# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5110    2. DATE DOCKETED: 05/16/2023

3. CASE NAME (lead parties only) People for the Ethical Treatment of Animals    v.    Tabak

4. TYPE OF CASE:    ☐ District Ct -  ◉ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes  ◉ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:21-cv-02380-BAH    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____

   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
      Judge Beryl A. Howell    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 03/31/2023    e. Date notice of appeal filed: 05/11/2023

   f. Has any other notice of appeal been filed in this case?    ○ Yes  ◉ No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?    ○ Yes  ◉ No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ◉ No
      If NO, why not?  No transcripts are necessary for this appeal as the case was decided without oral argument.

   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ◉ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ◉ No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?    ○ Yes  ◉ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ◉ No    If so, provide program name and participation dates
   _____

Signature /s/ Stephanie Krent    Date June 15, 2023
Name of Party People for the Ethical Treatment of Animals, Inc., Madeline Krasno, and Ryan Hartkopf
Name of Counsel for Appellant/Petitioner Stephanie Krent
Address 475 Riverside Drive, Suite 302, New York, NY 10115
Phone ( 646 ) 745-8500    Fax (  ) -

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

[ Save ]    [ Reset Form ]    [ Print Form ]

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS,
MADELINE KRASNO, and RYAN
HARTKOPF,

        Appellants,

   v.

LAWRENCE A. TABAK, in his
official capacity as Acting Director of
the National Institutes of Health, and
XAVIER BECERRA, in his official
capacity as Secretary of the U.S.
Department of Health and Human
Services,

        Appellees.

Case No. 23-5110

## <u>CERTIFICATE OF SERVICE</u>

I, Stephanie Krent, certify that on June 15, 2023, I electronically filed a true and correct copy of the foregoing Civil Docketing Statement using the CM/ECF system, effecting service on all parties per D.C. Circuit Rule 25(f).

Dated: June 15, 2023

        Respectfully submitted,

        /s/ Stephanie Krent
        Stephanie Krent

1