UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Appellants,<br><br>    v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Appellees. | Case No. 23-5110 |

## **APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

    Pursuant to D.C. Circuit Rule 28.1(a)(1), Appellants submit this Certificate as to Parties, Rulings, and Related Cases.

    **(A)**     **Parties and Amici.** Appellants, who were plaintiffs in the district court, are People for the Ethical Treatment of Animals, Inc. (PETA), Madeline Krasno, and Ryan Hartkopf. Appellees, who were defendants in the district court, are Lawrence Tabak, in his official capacity as Acting Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S.

1

Department of Health and Human Services. No *amici* or intervenors appeared in the district court or in this appeal to date.

**(B)   Rulings under Review.** On March 31, 2023, United States District Judge Beryl A. Howell issued a memorandum opinion and order denying Plaintiffs–Appellants' motion for summary judgment and granting Defendants–Appellees' cross-motion for summary judgment. *People for the Ethical Treatment of Animals v. Tabak*, No. 21-cv-2380 (D.D.C. Mar. 31, 2023), ECF Nos. 43, 44. The March 31, 2023 opinion is not published in the federal reporter but is available at 2023 WL 2809867 and is attached to Appellants' Notice of Appeal, which was entered on this Court's docket on May 16, 2023.

**(C)   Related Cases.** The appealed ruling has not previously been before this Court or any other court. There are no related cases pending before this Court or any other court of which counsel is aware.

Dated: June 15, 2023                                 Respectfully submitted,

                                                               /s/ Stephanie Krent
                                                            Stephanie Krent
                                                            Alexia Ramirez
                                                            Katherine Fallow
                                                            Jameel Jaffer
                                                            Knight First Amendment Institute
                                                                 at Columbia University
                                                            475 Riverside Drive, Suite 302
                                                            New York, NY 10115
                                                            (646) 745-8500

stephanie.krent@knightcolumbia.org

*Counsel for Appellants*

 /s/ Christopher A. Berry
Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

Caitlin M. Foley
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

*Counsel for Appellants Madeline
    Krasno and Ryan Hartkopf*

Asher Smith
Jeffrey Stein
People for the Ethical Treatment of
    Animals, Inc.
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Appellant People for the
    Ethical Treatment of Animals, Inc.*