## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>        Appellants,<br><br>   v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>        Appellees. | Case No. 23-5110 |

## APPELLANTS' STATEMENT OF ISSUES

Pursuant to this Court's order dated May 16, 2023, Appellants present the following issue on appeal:

Whether the district court erred in ruling that the National Institutes of Health ("NIH") does not violate the First Amendment when it uses keyword blocking to prevent comments critical of the NIH's involvement in animal testing from appearing publicly on the NIH's Facebook page and Instagram account.

Dated: June 15, 2023                    Respectfully submitted,

 /s/ Stephanie Krent
Stephanie Krent
Alexia Ramirez
Katherine Fallow
Jameel Jaffer
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Appellants*

 /s/ Christopher A. Berry
Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

Caitlin M. Foley
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

*Counsel for Appellants Madeline
    Krasno and Ryan Hartkopf*

Asher Smith
Jeffrey Stein
People for the Ethical Treatment of
    Animals, Inc.
1536 16th Street NW
Washington, DC 20036

(202) 483-7382
AsherS@petaf.org

*Counsel for Appellant People for the*
   *Ethical Treatment of Animals, Inc.*