UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Appellants,<br><br>    v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Appellees. | Case No. 23-5110 |

## APPELLANTS' STATEMENT AS TO DEFERRED APPENDIX

Appellants will not be utilizing a deferred joint appendix pursuant to Federal Rule of Appellate Procedure 30(c).

Dated: June 15, 2023                                        Respectfully submitted,

                                                                            /s/ Stephanie Krent
                                                                          Stephanie Krent
                                                                          Alexia Ramirez
                                                                          Katherine Fallow
                                                                          Jameel Jaffer
                                                                          Knight First Amendment Institute
                                                                            at Columbia University
                                                                          475 Riverside Drive, Suite 302

New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Appellants*

/s/ Christopher A. Berry
Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

Caitlin M. Foley
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

*Counsel for Appellants Madeline
   Krasno and Ryan Hartkopf*

Asher Smith
Jeffrey Stein
People for the Ethical Treatment of
   Animals, Inc.
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Appellant People for the
   Ethical Treatment of Animals, Inc.*