# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** People for the Ethical Treatment of Animals

v.

Tabak

**Case No:** 23-5110

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☒ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

People for the Ethical Treatment of Animals, Inc.

Madeline Krasno

Ryan Hartkopf

### Counsel Information

**Lead Counsel:** Stephanie Krent

**Direct Phone:** (646) 745-8500  Fax: (___) ___-____  **Email:** stephanie.krent@knightcolumbia.org

**2nd Counsel:** Katherine A. Fallow

**Direct Phone:** (646) 745-8500  Fax: (___) ___-____  **Email:** katie.fallow@knightcolumbia.org

**3rd Counsel:** Alexia Ramirez

**Direct Phone:** (646) 745-8500  Fax: (___) ___-____  **Email:** alexia.ramirez@knightcolumbia.org

**Firm Name:** Knight First Amendment Institute at Columbia University

**Firm Address:** 475 Riverside Drive, Suite 302, New York, NY 10115

**Firm Phone:** (646) 745-8500  Fax: (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)