# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5110**  September Term, 2023

1:21-cv-02380-BAH

Filed On: December 1, 2023 [2029641]

People for the Ethical Treatment of Animals, et al.,

    Appellants

    v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

    Appellees

**O R D E R**

Upon consideration of appellants' consent motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellants' reply brief is now due January 5, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk