[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTHOPF,<br><br>        Plaintiffs–Appellants,<br><br>v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>        Defendants–Appellees. | Case No. 23-5110 |

**NOTICE OF DISTRICT COURT'S DECISION
ON LIMITED REMAND**

Pursuant to Federal Rule of Appellate Procedure 12.1(b) and this Court's January 8, 2024 order, Plaintiffs–Appellants submit this notice of the district court's order entered on limited remand in *People for the Ethical Treatment of Animals v. Tabak*, No. 21-CV-2380 (BAH) (D.D.C. Mar. 31, 2023) (*PETA*). On January 11, 2024, the district court granted the consent motion to dismiss with prejudice the remaining claims against Defendant Xavier Becerra regarding the U.S. Department

1

of Health and Human Service's own Facebook page. *PETA* Minute Order, January 11, 2024. The district court has subsequently transmitted the record back to this Court. *See PETA*, ECF. No. 50.

| January 17, 2024 | Respectfully submitted, |
|---|---|
| /s/ Caitlin M. Foley | /s/ Katherine Fallow |
| Caitlin M. Foley | Katherine Fallow |
| Animal Legal Defense Fund | Alexia Ramirez |
| 150 South Wacker Drive, Suite 2400 | Stephanie Krent |
| Chicago, IL 60606 | Jameel Jaffer |
| (707) 795-2533 ext. 1043 | Knight First Amendment Institute |
| cfoley@aldf.org | at Columbia University |
|  | 475 Riverside Drive, Suite 302 |
| *Counsel for Plaintiffs-Appellants Madeline Krasno and Ryan Hartkopf* | New York, NY 10115 |
|  | (646) 745-8500 |
|  | katie.fallow@knightcolumbia.org |
| /s/ Ashley Ridgway | *Counsel for Plaintiffs-Appellants* |
| Ashley Ridgway |  |
| Asher Smith |  |
| Aaron Frazier |  |
| PETA Foundation |  |
| 1536 16th Street NW |  |
| Washington, DC 20036 |  |
| (202) 483-7382 |  |
| ashleyr@petaf.org |  |
| *Counsel for Plaintiff-Appellant People for the Ethical Treatment of Animals, Inc.* |  |

2

## Certificate of Service

I, Katherine Fallow, certify that on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/ Katherine Fallow
Katherine Fallow