# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5110**             **September Term, 2023**

**1:21-cv-02380-BAH**

**Filed On: January 29, 2024** [2037878]

People for the Ethical Treatment of Animals, et al.,

      Appellants

      v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

      Appellees

## O R D E R

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that the motion be granted. The Clerk is directed to schedule this matter for oral argument as soon as the business of the court permits.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

                         BY:    /s/
                                   Michael C. McGrail
                                   Deputy Clerk