# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5110**                                     September Term, 2023

1:21-cv-02380-BAH

Filed On: February 16, 2024 [2041056]

People for the Ethical Treatment of
Animals, et al.,

       Appellants

      v.

Lawrence A. Tabak, in his official capacity
as Acting Director of the National Institutes
of Health and Xavier Becerra, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on April 25, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

          BY:    /s/
                  Michael C. McGrail
                  Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)