# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| No. 23-5110 | September Term, 2023 |
| | 1:21-cv-02380-BAH |
| | Filed On: April 8, 2024 [2048692] |

People for the Ethical Treatment of
Animals, et al.,

      Appellants

    v.

Lawrence A. Tabak, in his official capacity
as Acting Director of the National Institutes
of Health and Xavier Becerra, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 25, 2024, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Millett, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 10, 2024.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)