# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5110** | **September Term, 2023** |
| | 1:21-cv-02380-BAH |
| | Filed On: April 25, 2024 [2051339] |

People for the Ethical Treatment of Animals, et al.,

        Appellants

    v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

        Appellees

    **BEFORE:**    Circuit Judges Henderson, Millett, and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Thursday, April 25, 2024 at 9:30 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Stephanie Krent, counsel for Appellants.

    Jennifer L. Utrecht (DOJ), counsel for Appellees.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Anne A. Rothenberger
                Deputy Clerk