[ORAL ARGUMENT HELD APRIL 25, 2024]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, *et al.*, <br><br> Plaintiffs–Appellants, <br><br> v. <br><br> LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, *et al.*, <br><br> Defendants–Appellees. | Civil Action No. 23-5110 |

## MOTION TO WITHDRAW APPEARANCE

Alexia Ramirez of the Knight First Amendment Institute respectfully moves to withdraw as counsel for Plaintiffs–Appellants in the above-captioned case, as she is leaving the Knight Institute. Plaintiffs–Appellants will continue to be represented in this matter by the remaining counsel who have entered appearances in this case.

July 26, 2024

Respectfully submitted,

*/s/ Alexia Ramirez*

Alexia Ramirez
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alexia.ramirez@knightcolumbia.org

## **Certificate of Compliance**

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 49 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Alexia Ramirez*
Alexia Ramirez

## Certificate of Service

I, Alexia Ramirez, hereby affirm that on July 26, 2024, I caused the foregoing Motion to Withdraw Appearance to be served on all parties via this Court's Electronic Case Filing system.

Dated: July 26, 2024　　　　　　　　　*/s/ Alexia Ramirez*
　　　　　　　　　　　　　　　　　　　Alexia Ramirez