# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-5110                                          September Term, 2023
FILED ON: JULY 30, 2024

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, ET AL.,
    APPELLANTS

v.

LAWRENCE A. TABAK, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE NATIONAL INSTITUTES OF HEALTH AND XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-02380)

Before: HENDERSON, MILLETT, and GARCIA, *Circuit Judges*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed and the District Court be directed to enter summary judgment in favor of the appellants, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:     /s/

                                        Daniel J. Reidy
                                        Deputy Clerk

Date: July 30, 2024

Opinion for the court filed by Circuit Judge Garcia.