# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5110**                      **September Term, 2023**

**1:21-cv-02380-BAH**

**Filed On: July 30, 2024** [2067318]

People for the Ethical Treatment of Animals, et al.,

        Appellants

    v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

        Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                    BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk