# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5110**                                                       **September Term, 2024**

                                                                        **1:21-cv-02380-BAH**

                                                    **Filed On: September 23, 2024** [2076315]

People for the Ethical Treatment of
Animals, et al.,

       Appellants

    v.

Lawrence A. Tabak, in his official capacity
as Acting Director of the National Institutes
of Health and Xavier Becerra, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services,

       Appellees

## M A N D A T E

In accordance with the judgment of July 30, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

               BY:   /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the judgment filed July 30, 2024