# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** PETA

v. Tabak, et al.

**Case No:** 23-5110

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lawrence A Taback

Xavier Becerra

### Counsel Information

Lead Counsel: Jennifer L. Utrecht

Direct Phone: ( 202 ) 353-9039   Fax: (___) _____   Email: jennifer.l.utrecht@usdoj.gov

2nd Counsel: Daniel Tenny

Direct Phone: ( 202 ) 514-1838   Fax: (___) _____   Email: daniel.tenny@usdoj.gov

3rd Counsel:

Direct Phone: (___) _____   Fax: (___) _____   Email:

Firm Name:

Firm Address:

Firm Phone: (___) _____   Fax: (___) _____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)