UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>　　　　Appellants,<br><br>　v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>　　　　Appellees. | Case No. 23-5110 |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, undersigned counsel certifies that Appellant People for the Ethical Treatment of Animals, Inc. (PETA) has no parent corporations and no publicly held corporation owns 10 percent or more of their organization's stock. PETA is a nonprofit, tax-exempt 501(c)(3) corporation. Founded in 1980, PETA is dedicated to establishing and defending the rights of all animals. PETA's public education and campaign activities have a particular focus on animal mistreatment in laboratories, the food

1

industry, the clothing trade, and the entertainment industry, as well as other issues including cruelty to domesticated animals who are often considered "pests."

Dated: June 15, 2023

Respectfully submitted,

/s/ Stephanie Krent
Stephanie Krent
Alexia Ramirez
Katherine Fallow
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Appellants*

Asher Smith
Jeffrey Stein
People for the Ethical Treatment of
  Animals, Inc.
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
AsherS@petaf.org

*Counsel for Appellant People for the
  Ethical Treatment of Animals, Inc.*

2