# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW  
Washington, DC 20001-2866  
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** People for the Ethical Treatment of Animals

v.  **Case No:** 23-5110

Tabak

## TRANSCRIPT STATUS REPORT

- ⦿ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.
- ◯ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|-------------------|
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|-------------------|
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |
|      |                    |                   |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51  
August 2009 (REVISED)

[ Save ]  [ Reset Form ]  [ Print Form ]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Appellants,<br><br>    v.<br><br>LAWRENCE A. TABAK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br><br>    Appellees. | Case No. 23-5110 |

## **CERTIFICATE OF SERVICE**

I, Stephanie Krent, certify that on June 15, 2023, I electronically filed a true and correct copy of the foregoing Transcript Status Report using the CM/ECF system, effecting service on all parties per D.C. Circuit Rule 25(f).

Dated: June 15, 2023                                        Respectfully submitted,

                                                                                /s/ Stephanie Krent
                                                                               Stephanie Krent