# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** People for the Ethical Treatment of Animals

**v.**                                    **Case No:** 23-5110

Tabak

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Madeline Krasno

Ryan Hartkopf

### Counsel Information

Lead Counsel: Christopher A. Berry

Direct Phone: ( 707 ) 795-2533  Fax: ( ___ ) _____ - _____   Email: cberry@aldf.org
ext. 1041

2nd Counsel:

Direct Phone: ( ___ ) _____ - _____  Fax: ( ___ ) _____ - _____   Email:

3rd Counsel:

Direct Phone: ( ___ ) _____ - _____  Fax: ( ___ ) _____ - _____   Email:

Firm Name: Animal Legal Defense Fund

Firm Address: 525 E. Cotati Ave. Cotati, CA 94931

Firm Phone: ( 707 ) 795-2533  Fax: ( ___ ) _____ - _____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

| Save | Reset Form | Print Form |