[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, MADELINE KRASNO, and RYAN HARTKOPF,<br><br>    Appellants,<br><br>v.<br><br>LAWRENCE A. TABACK, in his official capacity as Acting Director of the National Institutes of Health, and XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services,<br>        Appellees. | No. 23-5110 |

**APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES PURSUANT TO CIR. R. 28(a)(1)**

**A.    Parties and Amici**

Plaintiffs-Appellants are People for the Ethical Treatment of Animals, Inc. (PETA), Madeline Krasno, and Ryan Kartkopf.

Defendant-Appellees are Lawrence Tabak, in his official capacity as Acting Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services. No amici or intervenors appeared in the district court.

B.  **Rulings Under Review**

Plaintiffs-Appellants seek review of the March 31, 2023 Memorandum Opinion and Judgment by Judge Beryl A. Howell, United States District Court for the District of Columbia, denying Plaintiffs-Appellants' motion for summary judgment and granting Defendants-Appellees' cross-motion for summary judgment. *People for the Ethical Treatment of Animals v. Tabak*, No. 21-cv-2380 (D.D.C. Mar. 31, 2023), ECF Nos. 43, 44. The district court's opinion is not published in the federal reporter but is available at 2023 WL 2809867 (D.D.C. Mar. 31, 2023).

C.  **Related Cases**

The appealed ruling has not previously been before this Court or any other court. We are aware of no related pending cases.

Respectfully submitted,

DANIEL TENNY

 /s/ **Jennifer L. Utrecht**
JENNIFER L. UTRECHT
(202) 353-9039
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7710
   Washington, D.C.  20530

**JULY 2023**