## No. 23-5110

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

People for the Ethical Treatment of Animals, Madeline Krasno, and Ryan Hartkopf,

*Plaintiffs–Appellants,*

v.

Lawrence A. Tabak, in his official capacity as Acting Director of the National Institutes of Health, and Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services,

*Defendants–Appellees.*

---

On appeal from the United States District Court for the
District of Columbia — No. 1:21-CV-02380 (Howell, B.)

---

## JOINT APPENDIX — VOLUME II OF IV (JA126–JA264)

Daniel Tenny
Jennifer L. Utrecht
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530
(202) 353-9039
daniel.tenny@usdoj.gov
jennifer.l.utrecht@usdoj.gov

*Counsel for Defendants–Appellees*

Stephanie Krent
Katherine A. Fallow
Alexia Ramirez
Jameel Jaffer
Knight First Amendment Institute at
    Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

*Counsel for Plaintiffs–Appellants*
*(Additional counsel on next page)*

Christopher A. Berry
Animal Legal Defense Fund
525 E. Cotati Ave.
Cotati, CA 94931
(707) 795-2533 ext. 1041
cberry@aldf.org

Caitlin M. Foley
Animal Legal Defense Fund
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(707) 795-2533 ext. 1043
cfoley@aldf.org

*Counsel for Plaintiffs–Appellants
  Madeline Krasno and Ryan Hartkopf*

Ashley Ridgway
Asher Smith
Aaron Frazier
People for the Ethical Treatment of
  Animals, Inc.
1536 16th Street NW
Washington, DC 20036
(202) 483-7382
ashleyr@petaf.org

*Counsel for Plaintiff–Appellant People
  for the Ethical Treatment of Animals,
  Inc.*

# Table of Contents

**VOLUME I**

Docket Entries ..................................................................................... JA001

Corrected Complaint (ECF No. 7), filed September 10, 2021 ........................ JA011

Attachment 1 to Corrected Complaint (ECF No. 7-1), filed
    September 10, 2021 ................................................................................. JA044

Attachment 2 to Complaint (ECF No. 7-2), filed September
    10, 2021 ................................................................................................. JA048

Joint Stipulation (ECF No. 28), filed February 11, 2022 ................................. JA052

Order (ECF No. 43), filed March 31, 2023 ...................................................... JA092

Memorandum Opinion (ECF No. 44), filed March 31, 2023 ........................... JA094

Notice of Appeal (ECF No. 45), filed May 11, 2023 ...................................... JA124

**VOLUME II**

Exhibit 1 to Joint Stipulation (ECF No. 28-1),
    filed February 11, 2022 .......................................................................... JA126

Exhibit 2 to Joint Stipulation (ECF No. 28-2),
    filed February 11, 2022 .......................................................................... JA143

Exhibit 3 to Joint Stipulation (ECF No. 28-3),
    filed February 11, 2022 .......................................................................... JA151

Exhibit 4 to Joint Stipulation (ECF No. 28-4),
    filed February 11, 2022 .......................................................................... JA154

Exhibit 5 to Joint Stipulation (ECF No. 28-5),
    filed February 11, 2022 .......................................................................... JA190

Exhibit 6 to Joint Stipulation (ECF No. 28-6),
    filed February 11, 2022 .......................................................................... JA194

Exhibit 7 to Joint Stipulation (ECF No. 28-7),
    filed February 11, 2022 ..................................................................JA198

Exhibit 8 to Joint Stipulation (ECF No. 28-8),
    filed February 11, 2022 ..................................................................JA200

Exhibit 9 to Joint Stipulation (ECF No. 28-9),
    filed February 11, 2022 ..................................................................JA202

Exhibit 10 to Joint Stipulation (ECF No. 28-10),
    filed February 11, 2022 ..................................................................JA204

Exhibit 11 to Joint Stipulation (ECF No. 28-11),
    filed February 11, 2022 ..................................................................JA207

Exhibit 12 to Joint Stipulation (ECF No. 28-12),
    filed February 11, 2022 ..................................................................JA212

Exhibit 13 to Joint Stipulation (ECF No. 28-13),
    filed February 11, 2022 ..................................................................JA215

Exhibit 14 to Joint Stipulation (ECF No. 28-14),
    filed February 11, 2022 ..................................................................JA241

Exhibit 15 to Joint Stipulation (ECF No. 28-15),
    filed February 11, 2022 ..................................................................JA244

Exhibit 16 to Joint Stipulation (ECF No. 28-16),
    filed February 11, 2022 ..................................................................JA247

Exhibit 17 to Joint Stipulation (ECF No. 28-17),
    filed February 11, 2022 ..................................................................JA250

Exhibit 18 to Joint Stipulation (ECF No. 28-18),
    filed February 11, 2022 ..................................................................JA256

Exhibit 19 to Joint Stipulation (ECF No. 28-19),
    filed February 11, 2022 ..................................................................JA262

# VOLUME III

Exhibit 20 to Joint Stipulation (ECF No. 28-20),
    filed February 11, 2022 ........................................................JA265

Exhibit 21 to Joint Stipulation (ECF No. 28-21),
    filed February 11, 2022 ........................................................JA270

Exhibit 22 to Joint Stipulation (ECF No. 28-22),
    filed February 11, 2022 ........................................................JA295

Exhibit 23 to Joint Stipulation (ECF No. 28-23),
    filed February 11, 2022 ........................................................JA302

Exhibit 24 to Joint Stipulation (ECF No. 28-24),
    filed February 11, 2022 ........................................................JA316

Exhibit 25 to Joint Stipulation (ECF No. 28-25),
    filed February 11, 2022 ........................................................JA320

Exhibit 26 to Joint Stipulation (ECF No. 28-26),
    filed February 11, 2022 ........................................................JA349

Exhibit 27 to Joint Stipulation (ECF No. 28-27),
    filed February 11, 2022 ........................................................JA355

Exhibit 28 to Joint Stipulation (ECF No. 28-28),
    filed February 11, 2022 ........................................................JA358

Exhibit 29 to Joint Stipulation (ECF No. 28-29),
    filed February 11, 2022 ........................................................JA364

Exhibit 30 to Joint Stipulation (ECF No. 28-30),
    filed February 11, 2022 ........................................................JA366

Exhibit 31 to Joint Stipulation (ECF No. 28-31),
    filed February 11, 2022 ........................................................JA373

Exhibit 32 to Joint Stipulation (ECF No. 28-32),
    filed February 11, 2022 ........................................................JA378

Exhibit 33 to Joint Stipulation (ECF No. 28-33),
    filed February 11, 2022 ..........................................................JA382

Exhibit 34 to Joint Stipulation (ECF No. 28-34),
    filed February 11, 2022 ..........................................................JA386

Exhibit 35 to Joint Stipulation (ECF No. 28-35),
    filed February 11, 2022 ..........................................................JA389

Exhibit 36 to Joint Stipulation (ECF No. 28-36),
    filed February 11, 2022 ..........................................................JA392

Exhibit 37 to Joint Stipulation (ECF No. 28-37),
    filed February 11, 2022 ..........................................................JA395

Exhibit 38 to Joint Stipulation (ECF No. 28-38),
    filed February 11, 2022 ..........................................................JA398

Exhibit 39 to Joint Stipulation (ECF No. 28-39),
    filed February 11, 2022 ..........................................................JA405

**VOLUME IV**

Exhibit 40 to Joint Stipulation (ECF No. 28-40),
    filed February 11, 2022 ..........................................................JA410

Exhibit 41 to Joint Stipulation (ECF No. 28-41),
    filed February 11, 2022 ..........................................................JA413

Exhibit 42 to Joint Stipulation (ECF No. 28-42),
    filed February 11, 2022 ..........................................................JA419

Exhibit 43 to Joint Stipulation (ECF No. 28-43),
    filed February 11, 2022 ..........................................................JA423

Exhibit 44 to Joint Stipulation (ECF No. 28-44),
    filed February 11, 2022 ..........................................................JA435

Exhibit 45 to Joint Stipulation (ECF No. 28-45),
    filed February 11, 2022 ..........................................................JA439

Exhibit 46 to Joint Stipulation (ECF No. 28-46),
     filed February 11, 2022 ...........................................................JA441

Exhibit 47 to Joint Stipulation (ECF No. 28-47),
     filed February 11, 2022 ...........................................................JA444

Exhibit 48 to Joint Stipulation (ECF No. 28-48),
     filed February 11, 2022 ...........................................................JA446

Exhibit 49 to Joint Stipulation (ECF No. 28-49),
     filed February 11, 2022 ...........................................................JA450

Exhibit 50 to Joint Stipulation (ECF No. 28-50),
     filed February 11, 2022 ...........................................................JA453

Exhibit 51 to Joint Stipulation (ECF No. 28-51),
     filed February 11, 2022 ...........................................................JA457

Exhibit 52 to Joint Stipulation (ECF No. 28-52),
     filed February 11, 2022 ...........................................................JA459

Exhibit 53 to Joint Stipulation (ECF No. 28-53),
     filed February 11, 2022 ...........................................................JA527

Exhibit 54 to Joint Stipulation (ECF No. 28-54),
     filed February 11, 2022 ...........................................................JA529

Exhibit 55 to Joint Stipulation (ECF No. 28-55),
     filed February 11, 2022 ...........................................................JA531

Exhibit A to Defendants' Cross-Motion for Summary
     Judgment (ECF No. 31-2), filed May 6, 2022 ......................................JA566

Exhibit B to Defendants' Cross-Motion for Summary
     Judgment (ECF No. 31-3), filed May 6, 2022 ......................................JA574

Exhibit 56 to Plaintiffs' Opposition to Defendants' Cross-
     Motion for Summary Judgment and Reply in Support
     of their Motion for Summary Judgment (ECF No. 35-
     1), filed May 27, 2022 .............................................................JA581

Exhibit 57 to Plaintiffs' Opposition to Defendants' Cross-
Motion for Summary Judgment and Reply in Support
of their Motion for Summary Judgment (ECF No. 35-
2), filed May 27, 2022............................................................JA587

# EXHIBIT 1





**National Institutes of Health (NIH)**
June 24, 2021 ·

A new observational study has begun to evaluate the immune responses generated by COVID-19 vaccines administered to pregnant or postpartum people. Researchers will measure the development and durability of antibodies against SARS-CoV-2, the virus that causes COVID-19, in people vaccinated during pregnancy or the first two postpartum months. Researchers also will assess vaccine safety and evaluate the transfer of vaccine-induced antibodies to infants across the placenta and through breast milk. https://www.nih.gov/.../nih-begins-study-covid-19...

NIH.GOV
**NIH begins study of COVID-19 vaccination during pregnancy and postpartum**
Researchers will evaluate antibody responses in vaccinated participants and their infants.

1.1K 334 Comments 177 Shares

Like Comment Share

All comments

Write a comment...

**Juma Solomon Okoth**
Absolutely after second dose vaccines vacciceted ensure masks still , sanitizer still,due to Mutation you can undergoes & can lead to carrier !!!, circumspected line should be strictly mate Zero zone % Free zones of Corona pandemic viruses (prevention better than cure!!).
Like · Reply · 27w

**Sarah Fuller**
I'm 23 weeks pregnant and I will not take any damn shots
16
Like · Reply · 27w

**Singh Kumar**
**Sarah Fuller** download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
https://t.me/joinchat/lZjaej0JDoVhMzI0

T.ME
NEW YORK STOCK EXCHANGE

**Connie Doodick**
We have pregnant women with significant problems with COVID. Benefits vs Risks.

Like · Reply · 27w                                                    ❷ 2

**Jason Johnson**
Stop spamming my facebook! I didn't sign up for these, I blocked the city of san diego facebook account. PLEASE STOP!

Like · Reply · 27w                                                    ❶ 1

**Christine Walsh**
Wow. Experimenting on humans. So much for bioethics.

Like · Reply · 27w                            ❷ 6

**James Lich**
Are we seeing any issues with newborns not latching after birth?

Like · Reply · 27w

**Susan Smith**
I'd stay away from it if I were you!

Like · Reply · 27w            ❷ 6

**Angellina Velishek**
Wow, I thought the studies were supposed to be done BEFORE releasing vaccines to the public. 😌

Like · Reply · 27w                                            ❶😆 15

> **Chad Mayer**
> **Angelina Velishek** what a novel idea
>
> Like · Reply · 27w              ❷ 2

> **Singh Kumar**
> **Angelina Velishek** download telegram and click on the link below to join the platform this is an opportunity between me and you.
> ❤️❤️❤️❤️❤️❤️❤️❤️❤️
> https://t.me/joinchat/iZjaej0JDoVhMzI0
>
> > ⓘ
> > T.ME
> > **NEW YORK STOCK EXCHANGE**
>
> Like · Reply · 27w

> Reply to Angelina Velishek...              ☺ 🖼 🎁 📷

**Matthew Brady**
It's funny how they seem to be removing replies that go against a certain agenda they can't take the facts especially when they go against

Like · Reply · 27w                                                    ❶ 1

**Imenia Wright**
OMG I NEED TO NOT GO TO FLORIDA SKIE

Like · Reply · 27w

**Juma Solomon Okoth**
Emphasize on viruses undergoing mutations after vaccination done , infectious & infected should worn masks whether they have completed doses & stop stigmatisation.

Like · Reply · 27w

**Aaliyah Austin**
Nice

Like · Reply · 27





**Enrique Vargas**
El sars 5G es lo que está causando dicha enfermedad más a más personas vulnerables y catastróficas
Like · Reply · See Translation · 27w 1

**Jay Bird**
So read it again..Study means experiment.
Like · Reply · 25w 3

**William C Plummer**
I am never going to trust the NIH, CDC, or WHO ever again. If the "science" doesn't fit their political goals, then it is ignored or lied about.
Like · Reply · 27w 11

**Jhelicka Cabalza Danguilan**
what if you dont know your pregnant and you got vaccinated?
Like · Reply · 25w 2

**El Wolanin**
Nuts.
Like · Reply · 27w

**Delia Aviles** ···

Like · Reply · 26w

**Delia Aviles**

Like · Reply · 26w

**Delia Aviles**

Like · Reply · 26w

**Christy Birkey**
**Katie Birkey**
Like · Reply · 27w

**Katie Birkey**
**Christy Birkey** how do I sign up? 😀

**Wayne Merritt**
NIH 😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩 😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩😩
Like · Reply · 25w

**Janeth Aragon Castro**
Maritza Renée Aragón Jonathan Aragon
Like · Reply · See Translation · 27w · Edited

**Georgi Gurgica Mala**
Tired if No accountability...

We must demand accountability from China - soecifically ...regarding allowing "Outgoing flights" filled w/infected passengers to rest of world MUST be addressed as a act of treason!
Now lets NOT take it out on Asians' living here, pls! They're here to escape what China is and what NO-One deserves!
But pls don't let yourself be destracted from what Chinas' & mire importantly - how "WHO" organization failed the world! They also have to take some of the blame & be held accountable for their deceitful handling of this whole situation! This could of been stopped in China! Without any outgoing flights = what would of happened is 100% less deaths, loss of wages, loss of everything we hold dear in life was taken from us! Flights should if been at a standstill as any travel at all... PPP NOT being available is each countries mistake and showed World leaders need to be held accountable as well = BUT hiding the truth is UNforgivable! The toll on us all MUST be someones' fault and MUST NEVER happen. 2nd time!
The coronavirus cover-up is getting uglier- the stunning new revelation that China deleted key information that could've uncovered the mystery of the origins of COVID.
Like · Reply · 27w                                                                    3

    **Immanuel Ganu**
    Georgi Gurgica Mala dont go for it.
    Like · Reply · 27w

    Reply to Georgi Gurgica Mala...                              😊 😎 🎁 🗑

**Rachel F Dale**
Not getting the vaccine while pregnant, good way to begin a miscarriage to a healthy innocent life.
Like · Reply · 27w                                                                    😡 1

**Siti Khodijah**
i'm so happy, i love you                              ···
Like · Reply · 27w

**Ruth Carter**
Aka "Experiment" 🤰😷😇
Like · Reply · 27w

**Beatrice Aldrich Moore**
Why in the world would you get a vaccine that is not approved yet by the FDA unknowing if it will affect your baby? They are going to assess after the fact?
Like · Reply · 27w · Edited                                                    10

    **Ruth Thompson**
    Beatrice Aldrich Moore Even if the FDA approve it, does not mean it is safe. Who knows what will happen to people in the future with this experiment?
    Like · Reply · 27w                                                                2

        **Beatrice Aldrich Moore**
        Ruth Thompson yes I agree!



Like · Reply · 27w

**Keisha Love Ferguson**
They are going to use poor unsuspecting victims first. India, Africa, Mexico, etc..

Like · Reply · 27w

Reply to Beatrice Aldrich Moore...

**Ed Abuelo SB**
I've been exposed to the virus twice and have robust antibody levels 9 months after my last symptoms. This is science, not political science...

Like · Reply · 25w

**Krista Piercy RN**
great they begin this AFTER they vaccinate a 100+mill people

Like · Reply · 27w

**Stephanie Bray**
Lab rats!

Like · Reply · 27w

**LaNie R Ulgado**
Job Elie Jhackie Legaspi

Like · Reply · 27w

**Valicia Van**
Luke Van

Like · Reply · 27w

**Courtney Surls**
Shelby Smithey

Like · Reply · 27w

**Shelby Smithey**
Courtney Surls I'll be interested to see what comes of this, for sure!

Like · Reply · 27w

Reply to Courtney Surls...

**Mark Polkovitz**
Abigail Shaw

Like · Reply · 27w

**Singh Kumar**
Mark Polkovitz download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤️❤️❤️❤️❤️❤️❤️❤️❤️
https://t.me/joinchat/iZjaej0JDoVhMzl0

T.ME
**NEW YORK STOCK EXCHANGE**

Like · Reply · 27w

Reply to Mark Polkovitz...

**Lucy Keith**
So if WHO have stated that vaccines shouldn't be given to children......
Why on earth are you giving it to pregnant women ?

Like · Reply · 27w



**Gena Hulse**
**Lucy Keith** exactly
Like · Reply · 27w

**Kaitlyn Sharpe**
**Lucy Keith** it's been known to kill babies in utero
Like · Reply · 27w

**Liesl Kopp**
**Kaitlyn Sharpe** I'd love the source to this information please. The vaccine does not cross the placenta.
Like · Reply · 27w

**Kaitlyn Sharpe**
**Liesl Kopp** the source was it happened to people I know. Go ahead, do what you want but I'll continue to warn others
Like · Reply · 27w · Edited

**Liesl Kopp**
**Kaitlyn Sharpe** Unfortunately miscarriages are incredibly common, especially in the first trimester. I do know that pregnant women are in the higher risk category for getting Covid. There's a lot of positive data with the Covid vaccine and getting it during pregnancy.
Like · Reply · 27w

**Kaitlyn Sharpe**
**Liesl Kopp** the baby was 41 weeks...Died the day after the mom got the vaccine .. this has happened in all trimesters. Everything a mother consumes their babies consume also. Even the pesticides we eat. Goes straight into our babies livers. This is a short synopsis..
Like · Reply · 27w

**Liesl Kopp**
**Kaitlyn Sharpe** sorry that your friend lost her baby and that late in her pregnancy. How sad. 😢 the antibodies are the only thing that cross the placenta and not the actual vaccine.
Like · Reply · 27w

Reply to Lucy Keith...   😊 📷 🎁 🗑

**Siwe Hlanjwa**
Can a eight months pregnant women get vaccine and won't it affect the baby or get miscarriage
Like · Reply · 27w

**Terri Moon-Sorenson**
**Siwe Hlanjwa** Don't do it!!
Like · Reply · 27w        3

**Rachel F Dale**
Don't do it
Like · Reply · 27w

Reply to Siwe Hlanjwa...   😊 📷 🎁 🗑

**Kay Sloate**
This "vaccine" is experimental and only on an emergency basis. No pregnant woman should even consider taking it
Like · Reply · 27w        7

**Stephanie Bray**
**Kay Sloate** the evil people who seized kontrol of our government says it's safe for mom and baby so get it.

JA132





**Joleen Spencer**
Who in God's name would participate in this? Risky their unborn babies life and theirs. We have already heard the stories about pregnant woman losing their babies after the vaccine. And they are just now studying that?
9
Like · Reply · 27w

**Sam Bear**
**Joleen Spencer** I went on reddit/covidvaccinated page and I saw so much people with negative side effects lasting for months.
1
Like · Reply · 27w

**Dijana Halilagic**
26 weeks got both doses and we are doing just fine
2
Like · Reply · 27w · Edited

**Amanda Loomer Baker**
Also 26 weeks today! Got both doses, also while breastfeeding my 2-year-old. We're all happy and healthy!
1
Like · Reply · 27w

**Joleen Spencer**
**Amanda Loomer Baker** You think you are. Time will tell.
1
Like · Reply · 27w

Reply to Joleen Spencer...

**Sam Bear**
If you go on Reddit/covidvaccinated page you will quickly change your mind on getting the jab.
5
Like · Reply · 27w

**Terri Moon-Sorenson**
No pregnant woman with an ounce of brains will take a vaccine for covid 19
6
Like · Reply · 27w

**Heidi Schroeder**
CHILD ABUSE!!! 1
Like · Reply · 25w

**Jane Zabel**
they used to pay lab rats.
Like · Reply · 26w

**Kaye Bedynek**
**LaNie R Ulgado Eileen Amalia Gualberto Jennifer Javier** give you idea read those comments
1
Like · Reply · 27w

**Sadie Rohl**
You "doctors" and "scientists" have made us all sick.
4
Like · Reply · 25w

**Jay Griff**
You would have to be a special kind of stupid to get this vaccine while pregnant
9
Like · Reply · 27w

**Singh Kumar**
**Jay Griff** download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
https://t.me/joinchat/IZjaej0JDoVhMzI0

T.ME

**Jenna Silverayne Hart**
Great way to either make her miscarry or make her child sterile or come out deformed... We are not lab rats

Like · Reply · 27w                                                                   👍 9

> **Gena Hulse**
> **Jenna Silverayne Hart** yep
>
> Like · Reply · 27w

> Reply to Jenna Silverayne Hart...                                   😊 📷 🎁 📷

**Tanya Yara**
Vaccines against the coronavirus
https://youtu.be/zD0QGg8Kk7s

> ▶  YOUTUBE.COM                                                                      ⓘ
>    Belarus: opposition, immigrants, smuggling. Vaccines
>    against the coronavirus

Like · Reply · 27w

**William Clement**
I'm so excited and short of words, I saw some testimonies weeks back, people were posting about the excellent work of Mr Marvin, and I decided to give it a try, since then I've been seeing positive result in all my trading, making countless withdrawal and profit. all thanks to God for making me find someone like Mr Marvin scott, you can get in touch with him on the name below.. 👇 👇 👇 👇
Marvin Scott

Like · Reply · 25w

**Singh Kumar**
download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤️❤️❤️❤️❤️❤️❤️❤️❤️
https://t.me/joinchat/iZjaej0JDoVhMzI0

> T.ME                                                                                 ⓘ
> **NEW YORK STOCK EXCHANGE**

Like · Reply · 27w

**Cathy Luedeman Holster**
**Cristy Thompson Craven**
Like · Reply · 27w          👍 1

> **Singh Kumar**
> **Cathy Luedeman Holster** download telegram and click on the link below to
> join the platform this is an opportunity between me and you.
> ❤️❤️❤️❤️❤️❤️❤️❤️❤️
> https://t.me/joinchat/iZjaej0JDoVhMzI0
>
> > T.ME                                                                              ⓘ
> > **NEW YORK STOCK EXCHANGE**
>
> Like · Reply · 27w

> Reply to Cathy Luedeman Holster...                                 😊 📷 🎁 📷

**Kaylin Rehunin**



**Kaylin Behunin**
Have fun with your still births.    ···
Like · Reply · 27w          😮❤ 3

**Singh Kumar**
**Kaylin Behunin** download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤❤❤❤❤❤❤❤❤
https://t.me/joinchat/iZjaej0JDoVhMzI0

                                                                    *i*
                    T.ME
                    **NEW YORK STOCK EXCHANGE**

Like · Reply · 27w

Reply to Kaylin Behunin...                              ☺ 🖼 🎁 📷

**Karen McDaniel**
Amethyst Carpenter
Like · Reply · 27w   ❤ 1

**Singh Kumar**
**Karen McDaniel** download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤❤❤❤❤❤❤❤❤
https://t.me/joinchat/iZjaej0JDoVhMzI0

                                                                    *i*
                    T.ME
                    **NEW YORK STOCK EXCHANGE**

Like · Reply · 27w

Reply to Karen McDaniel...                             ☺ 🖼 🎁 📷

**Lindsey Drake**
Idk how you could even imagine taking this new "safe" vaccine while pregnant with all the unknowns and putting yourself and unborn child in potential danger
Like · Reply · 27w                                              ❤ 12

**Tanica Hesselgesser**
**Lindsey Drake** fear is a powerful thing.

Like · Reply · 27w

**Lindsey Drake**
**Tanica Hesselgesser** has nothing to do with fear . And everything to do with the fact other vaccines take 10+ years to be deemed safe and the covid vaccine takes months and is deemed "safe" other vaccines were created , studied, waited to see the short and long term effects on people and their children that are born before they were deemed safe. But the covid vaccine didn't need to do any of that to be deemed safe ?? How do you know in 5 years this vaccine doesn't effect your reproductive system because they didn't wait to see if that was a long term effect or not. It's nothing to do with fear and everything to do with the unknown and lack of information on what this vaccine will do and cause down the road .
Like · Reply · 27w                                              😮❤ 2

**Tanica Hesselgesser**
No, I was saying they used fear of covid to persuade these women to

JA135



Like · Reply · 27w

**Lindsey Drake**
**Tanica Hesselgesser** has nothing to do with fear . And everything to do with the fact other vaccines take 10+ years to be deemed safe and the covid vaccine takes months and is deemed "safe" other vaccines were created , studied, waited to see the short and long term effects on people and their children that are born before they were deemed safe. But the covid vaccine didn't need to do any of that to be deemed safe ?? How do you know in 5 years this vaccine doesn't effect your reproductive system because they didn't wait to see if that was a long term effect or not. It's nothing to do with fear and everything to do with the unknown and lack of information on what this vaccine will do and cause down the road .

Like · Reply · 27w                                                    😊👍 2

**Tanica Hesselgesser**
No, I was saying they used fear of covid to persuade these women to take the vaccine rather than wait for testing...mostly so they could use them as the experiment.

Like · Reply · 27w

**Alan D Curtis II**
**Lindsey Drake** Tell me you're not qualified to discuss science without telling me.

Like · Reply · 27w                                                    👍 2

**Lindsey Drake**
**Tanica Hesselgesser** oh yes that's very true! I misunderstood your comment I'm sorry.

Like · Reply · 27w                                                    👍 1

**Dawn Sizemore**
**Lindsey Drake** agreed. People tend to confuse "authorized" with "approved". None of these shots (they are not vaccines per se) have been approved. It took over 10 years of research to get the polio vaccine correct and in those 10 years, from the first mass inoculations, until FDA approval, a lot of children suffered paralysis and death because there was a false sense of security about being inoculated. No one should be forced or shamed into this thing. Especially people of child bearing age.

Like · Reply · 27w                                                    👍 1

**Tanica Hesselgesser**
**Lindsey Drake** no problem! I agree with you completely! The lack of studies and data and yet touting it as safe and effective is making me crazy!

Like · Reply · 27w

**Lindsey Drake**
**Alan D Curtis II** never said I was "qualified" I love science but there's not enough evidence, data, proof to back it up and deem it safe. And if it took 10 years for other shots why'd it only take a few months for this one . I'd be here all day if I stated all the odd things about this shot .

Like · Reply · 27w                                                    👍 2

⊙  Reply to Tanica Hesselgesser...                                    ☺ 🖼 🎁

**Chad Mayer**
**Lindsey Drake** agreed
Like · Reply · 27w



Like · Reply · 27w

Caroline Beedon
I agree. And keyword here "begins"! NIH begins study...

Like · Reply · 27w

Singh Kumar
Lindsey Drake download telegram and click on the link below to join the platform this is an opportunity between me and you.
❤️❤️❤️❤️❤️❤️❤️❤️❤️❤️
https://t.me/joinchat/iZjaeJ0JDoVhMzI0

i

T.ME
NEW YORK STOCK EXCHANGE

Like · Reply · 27w

Reply to Lindsey Drake...                          😊 📷 🎁 ⊟

Cheyanne Merriman
Kaydlynn Merriman

Like · Reply · 27w

Reply to Cheyanne Merriman...                      😊 📷 🎁 ⊟

Justin Nance
Lindsay Boulter " Like sheep to the slaughter "

Like · Reply · 27w                       🔴 3

    Lindsay Boulter
    Justin Nance *smmfh*
    Like · Reply · 27w      🔴 1

Reply to Justin Nance...                            😊 📷 🎁 ⊟

Fifi LeMieux
Why??? To kill or maim even more people???

Like · Reply · 27w

Reply to Fifi LeMieux...                            😊 📷 🎁 ⊟

Manny A Marino
I feel sorry for the people that took this poison. In the range of 12 to 24 Months from now you will start seeing the pain and anguish. Its going to be like they got stung by a scorpion. These people that took this poison will be in extreme pain and distress. There will be no available treatment because the poison already mutated in their blood system. They will be wishing for death but unable to find it.

Like · Reply · 27w                                       👍❤️ 4

    Ramonda Chaya
    Manny A Marino we don't know that, like we don't know anything about the long term effects.
    Like · Reply · 27w

    Jennie Zuñiga
    Manny A Marino based on your profile picture you look SUPER equipped to tell us all about the long term effects of the vaccine 🙄 go read a book.
    Like · Reply · 27w                                   👍❤️ 2



Like · Reply · 27w

**Alan D Curtis II**
How does a poison mutate in the blood stream? Be as specific as possible.

Like · Reply · 27w

**Manny A Marino**
Ramondele Chayele Bercovici I do know it doe. The God that I pray to gave me a dream of what will happen.

Like · Reply · 27w

**Kye Miracky**
Manny A Marino you're not wrong. I have the files that say so.

Like · Reply · 27w

**Manny A Marino**
Alan D Curtis II
The haploid humane genome consists of 3 billion nucleotides, Changes in just a single base pair can result in a dramatic physiological malfunction and mutation.

Like · Reply · 27w

**Manny A Marino**
Jennie zuniga you obviously already had this poison shot up your arm and you really don't want to hear the Truth because the Truth is very undesirable to you. I been wrong plenty of times before in my life but I'm not wrong this time. Good luck sweetheart. Pray

Like · Reply · 27w

Reply to Manny A Marino...

**Jamie Alarcon**
Aisha Affonso

Like · Reply · 27w

**Anthony Turtz**
Teneya Saens

Like · Reply · 27w

**JM Nave**
Shouldn't they have done this BEFORE the vaccine was used by pregnant women?

Like · Reply · 27w                                                     💟9

**John Hiltner**
I've been hearing about this forever
It's funny that people think this is new. Way before 2020 there was viruses swine flu all that crap. Now the government wants to take is serious? People die and are born everyday since the beginning of time. I don't think most of us understand that the government is corrupt and trying to control us. We claim it's from China but what makes you think our own government didn't have nothing to do with this? Since Bush even before than the government has hid so much bs from us. Like even me telling you this makes my blood hot the fact that our government is cowards. The government want us to hate each other so we can be separated that way we can be less populated. **** the vaccine shot **** the microchip. I'm not letting the government control my every move.
We are living in the end of times. And if that means the government locks me up because I don't put a ******* microchip in my body. So be it... At least I know I'll be with God when I die. That's what separates the die hard believers of God and the cowards that let the government control them. Anyways have a nice day. If anyone has a problem with what I said you can see me face to face.                          💟3

Like · Reply · 27w



Like · Reply · 27w

**Ricardo Arellano**
LMAO! So NOW THEY ARE DOING A STUDY, and the stupid people already took it, lmao!

Like · Reply · 27w                                                                    5

**Leslie Brady**
Pregnant and lactating women should not take any kind of vaccination.

Like · Reply · 27w                                                                    3

   **Caitlin Debes**
   Leslie Brady pregnant women have been taking the tdap vaccine for a while now.

   Like · Reply · 27w                                                                 1

      Reply to Leslie Brady...

**Stacey McGrath**
Kinda late

Like · Reply · 27w

**Marie Minnick**
**Jessica Moritz Minnick**

Like · Reply · 27w        1

**Jose Lopez**
This a perfect example that the vaccine 🔬 was not made for COVID COVID was invented for the vaccine and we are supposed to be the Guinea pig's

Like · Reply · 27w                                                                 3

**Hazel Kruse**
Unethical human experimentation in the United States
The government has been experimenting on it's people for years with or without consent. Look it up people.

Like · Reply · 27w                                                                 4

**Alyssia Marie**
**Veasna Mao** 1

Like · Reply · 27w

   **Veasna Fershee**
   Alyssia Fershee Thank you! I'll definitely read up on this

   Like · Reply · 27w

      Reply to Alyssia Marie...

**Cliff Shepard**
Why did the US Government, under Fauci, fund the Wuhan lab experiments, led by the Chinese Communist Party? Asking as a concerned American.

Like · Reply · 27w                                                                 8

   **Matthew Brady**
   It's funny how they seem to be working for the opposite agenda they're literally deleting everyone's replies

   Like · Reply · 27w                                                                 1

      Reply to Cliff Shepard...

**Gary Davenport**
HEY **Facebook** why no COVID fact checker or other warning on THIS post? Fascists!

Like · Reply · 27w                                                                 4





Like · Reply · 27w

**Maytee Sanz**
**Luly Chisholm**
Like · Reply · 27w

**Charlene Howles**
Get this Betty person outta here
Like · Reply · 27w

**Kamara Langenbrunner**
**MaKenna Camacho**
Like · Reply · 27w

**Brandan Lee**
So many little baby angels 👼 in heaven because of spontaneous miscarriage after an experimental poison injection. Heartbreaking.
6
Like · Reply · 27w

**Colleen Gottor**
Thank you God 1
Like · Reply · 27w

**Nathan Dick**
Isn't everyone glad they decided to see what effect the vaccine has on people 8 months after they started administering it to people! Everything about this flu bug has been completely backward.
13
Like · Reply · 27w

**Lee Ann Schertz Rhatigan**
**Nathan Dick** Agree
Like · Reply · 27w

Reply to Nathan Dick...

**Caitlyn Proctor**
**Chris Hine** shouldn't we know this before it's pushed on every American citizen!?
13
Like · Reply · 27w

**Gavy Valdez**
**AC Angel**
Like · Reply · 27w

**Daniel Mullin**
Don't take it its not approved by FDA. It's an experiment and everybody that's taking it you are the Guinea pig
9
Like · Reply · 27w

**Nick Meneses**
**Giovanna Oliveira**
Like · Reply · 27w

**Olivia Lynda**
Alright
Like · Reply · 27w

**Kerry Roberts**
**Ali Thornton**
Like · Reply · 27w

**Ali Roberts**
**Kerry Roberts** well maybe we'll finally get an answer to our questions then
1
Like · Reply · 27w

**Glen-Tricia Glidewell**
I know and do appreciate the continued and on going studies relating to this COVID-19 and the many variants.
As a parent of a child who contracted an encephalitis virus back in June 1980 (yes, I know the COVID-19 et.al. Viruses and Encephalitis Virus - Coxsackie type b - are two different viruses) and she struggled for 37 years with the many health issues that effected many parts of her body, until her body just gave out. So I am very aware that Viruses can unknowingly affect many areas of the body than we might want to believe they can and do.
One of the many areas that she had that changed was not only her personality but went from a very timid to often times aggressive in her behavior. We were told that the virus had caused that change.
With the increase in and openly heightened aggression that we all are experiencing around our country, it makes me wonder if the study on what this virus can do to different parts of the brain could be the reasoning behind this increase of so many people acting out so aggressively. This should be one study that just might awaken the "anti-vaxers" to actually getting the vaccine if they only knew what the virus could do to their brains if they get the virus. Just a consideration for research and study.
Like · Reply · 27w · Edited                                                              😊 4

> **Silvia League**
> Glen-Tricia Glidewell anti-COVID vax are only waiting for the experiment to end because we do not want to be part of that gene therapy experiment...
> There are also specialist who are worry about the spike protein that is in the experiment that can go to the brain and causes even more damage than the virus 🙄. If they keep censoring Nobel prize scientists worries and not accept the debates and give answers about it, we won't trust it... just a consideration for the big bosses
>
> Like · Reply · 27w · Edited

> Reply to Glen-Tricia Glidewell...                                           😊 📷 GIF 🖼

**Connie Kane Standhart**
Begins? BEGINS???? They are just NOW beginning a study, but have been saying all along that it is safe for pregnant women? WTF.
Like · Reply · 27w                                                              😊 12

> **Connie Kane Standhart**
> "Tens of thousands of pregnant and breastfeeding people in the United States have CHOSEN to receive the COVID-19 vaccines available under emergency use authorization. However, we LACK robust, prospective clinical data on vaccination in these populations," said NIAID Director Anthony S. Fauci, M.D., "The results of this study will fill gaps in our knowledge and help inform policy recommendations and personal decision-making on COVID-19 vaccination during pregnancy and in the postpartum period."
>
> Like · Reply · 27w

> **Laquel Anthony Sizemore**
> They never said it was safe for pregnant women. They always say "thought to be safe". 😜
> Like · Reply · 27w                                                        😊 2

>> **Diane Dory Wilmot**
>> Laquel Anthony Sizemore they have been researching it for years until Trump dismantled the research group that Obama created.
>> Like · Reply · 27w



**Vic Patterson**
Phase 4 of the guinea pigging. 🙂 🙂 💬 3
Like · Reply · 27w

**Nam Văn Lương**
video 8 fut E THư vũ VTV cùng bạn Trai phịch nhau trong Bốn tắm trend nhất Mạng xã hội thưởng thức ngay tại <===> Clip xxx full hd
Like · Reply · See Translation · 27w

**Alan Pang**
antibodies are reduced due to female elevated cortisol levels affect proinflammatory response implies less ability deal with vaccine and internal body infections like viruses
Like · Reply · 27w

**Chris Chalifoux**
Are you people completely stupid ? 💬 3
Like · Reply · 27w

**John Hoegemann**
Fauci doing a study of his own planned virus. Like letting a rat study cheese.
Like · Reply · 27w   💬 2

**اسكندرة خوري**
Alyssa Black *keyword... begun* •• 🤍 😌 😆 2
Like · Reply · 27w

**Don Lourie**
Steve Kirch, a researcher says the Covid "Vaccine" is killing people.
"It is baffling that the CDC says the vaccine is safe for pregnant women when it is so clear that this is not the case. For example, one our family friends is a victim of this. She ... See more
Like · Reply · 27w   👍😊😢 17

> **Tim Reid**
> **Don Lourie** I'd like to know as well.
> Like · Reply · 27w

> **Suze Dando**
> **Don Lourie** he's the man pushing ivermectin, isn't he?
> As sad as it is, miscarriages due to defects in the baby happen far more often than people realise. Someone should have made an entry on VAERS though.
> Like · Reply · 27w   💬 2

> **Hoku Ili**
> Can you list any sources, other than a friend of a friend/family??
> Like · Reply · 27w   💬 4

> **Eleftheria Kodosaki**
> **Don Lourie** he's an electrical and computer engineer. I'd suggest you take the word of people you'd go for medical advice. And actually listen to that medical advice.
> Like · Reply · 27w   💬 1

> **Hermestrismegistus Tesla**
> What's so baffling about eugenics?
> Like · Reply · 26w

> Reply to Don Lourie...   😊 📷 🎁 📷

Write a comment...

# EXHIBIT 2





**National Institutes of Health (NIH)**
August 31, 2021 ·

Racial and ethnic disparities in maternal mortality — deaths related to pregnancy or childbirth — in the United States may be larger than previously reported. https://www.nih.gov/.../nih-funded-study-highlights-stark...

NIH.GOV
**NIH-funded study highlights stark racial disparities in maternal deaths**
Disparities between Black and white women are concentrated among a few causes of death.

112 · 63 Comments 15 Shares

Like · Comment · Share

All comments

Write a comment...

**Karen Owens**
According to the doctor who led the study, "We conclude that the prominence of cardiovascular conditions among the leading causes of maternal deaths, particularly for Black women, highlights the importance of increased vigilance to improve early diagnosis and treatment of these complications."
Like · Reply · 17w

**Carol Dunbar**
Fauci resign!
Like · Reply · 17w

**Paul Dickey**
**Carol Dunbar** I think a better solution for Fraudci will be prison.
1
Like · Reply · 17w

**Carol Dunbar**
**Paul Dickey** true!
Like · Reply · 17w

**Alyssa Bienemann**
I did an article review during Graduate school on this topic. Kansas has the highest infant mortality rate for black babies. Too many of them are born premature or underweight (low birth weight).

Like · Reply · 17w

**Alyssa Bienemann**
The article I reviewed focused on both maternal health and infant mortality for black women and babies.

Like · Reply · 17w

Reply to Alyssa Bienemann...

**Karen Owens**
It is known that maternal mortality rate in the U.S. is significantly higher among black women compared to women of other races. The authors looked at a set of death certificates reporting maternal deaths among women of any race from 2015-2017. They found that maternal mortality in this group was 3.5 times higher among black women compared to non-Hispanic white women. Please scroll up and click on the article title (in bold type) to get information on the specific causes of death in this study.

Like · Reply · 17w

**Feraco Ed**
CRT        ❤ 1

Like · Reply · 18w

**Jenni Amanda**
**Feraco Ed** define CRT?

Like · Reply · 17w

↳ 5 Replies

**Feraco Ed**
Jenni, it's abundantly clear that you don't know! 👐👐👐 `.`,. `.`,. 🤪🤪🤪😄
😄😄😄😄😄

Like · Reply · 17w · Edited                                           ❤ 1

Reply to Feraco Ed...

**Dustin Vargas**
Death is racist. Heard it here first. Good work sniffing that out NIH! Looking forward to your next breakthrough!

Like · Reply · 17w · Edited                                            👍 1

**Gary Pack**
**Dustin Vargas** The article makes no statement about racism or that the causes of the greater number of deaths among Bleak women are the result of racism.

Death itself isn't the issue. But when there are a larger number of deaths under certain conditions, in this case maternal mortality, in identifiable population groups, racial and ethnic in this case, then there is an argument that we need to understand why these differences exist. The problem identified in this release is that maternal deaths are being under counted and in some cases attributed incorrectly to other causes.

The article that we need to understand what is happening:

"We conclude that the prominence of cardiovascular conditions among the leading causes of maternal deaths, particularly for Black women, highlights the importance of increased vigilance to improve early diagnosis and



**Gary Pack**
**Dustin Vargas** The article makes no statement about racism or that the causes of the greater number of deaths among Bleak women are the result of racism.

Death itself isn't the issue. But when there are a larger number of deaths under certain conditions, in this case maternal mortality, in identifiable population groups, racial and ethnic in this case, then there is an argument that we need to understand why these differences exist. The problem identified in this release is that maternal deaths are being under counted and in some cases attributed incorrectly to other causes.

The article that we need to understand what is happening:

"We conclude that the prominence of cardiovascular conditions among the leading causes of maternal deaths, particularly for Black women, highlights the importance of increased vigilance to improve early diagnosis and treatment of these complications,"

Why do you think the article is about racism?

Like · Reply · 17w

Reply to Dustin Vargas...

**Dennis Kraus**
Is obesity an underlying factor in black maternal mortality? Thought I read this..... 30% of obese women that died were black while 22% were non black. Black obese pregnant women showed 38% chronic cardiovascular disease

Like · Reply · 18w · Edited

**Suzanna Giddens**
**Dennis Kraus** Non-black is not always white. Hispanics and other ethnic/racial groups might be identified as white, but still be disadvantaged. In developed countries, people with low socioeconomic status tend to have higher rates of obesity.

Like · Reply · 18w

**Dennis Kraus**
Suzanna Giddens understood, but this is like an onion that needs the layers peeled back. It may "not" be inferior medical attention or care based on race......it may be that certain races have greater inherent risk factors preceding maternity? Some risk factors being genetic but others being derived from lifestyle (aka obesity).
I do understand that obesity manifests itself differently based on sociology-economic factors. But if this actually the case here, it would be a better service to those effected by calling out that the issue is obesity rather than suggest unequal healthcare services

Like · Reply · 18w · Edited

**Lilith Green**
**Dennis Kraus** sociologically speaking, racial bias is deeply embedded in western medical care and there are myriad historical and present day accounts that are well documented. You're continuing to look downstream by blaming the individual instead of diverting your attention upstream to an industry that is foundationally racist, sexist, ableist and homophobic. Yes, there are genetic and lifestyle factors at play, multi-causal analysis has already established that these disparities are multi-factorial. But to remove medical bias from the equation is irresponsible and horribly short sighted.

Like · Reply · 18w

JA146



**Lilith Green**
This also tells me that you aren't aware of how women's complaints are largely overlooked or brushed off in medical care. When you account for various intersections of oppression, such as race and class, the situation becomes more dire.

Like · Reply · 18w    5

**Dennis Kraus**
Lilith Green maybe, i am just simply asking question here as this problem may require the removal of emotions and personal bias (as you may be implying). In my job role, we often need to objectively and methodically address complex problems. It is a very common phenomena to assume things during the process of identifying a root cause and the appropriate corrective actions.....resulting in solutions that don't fix the problem. I'm sure that NIH is aware of this and will aim well before they shoot!

Like · Reply · 18w · Edited    2

**Lilith Green**
Dennis Kraus and which field are you in, again? Because I'm in social sciences, with an emphasis in medical. There is no "maybe", there's mountains of research that spans decades to support these claims. We specialize specifically in these complex problems.

Like · Reply · 18w · Edited    4

**Dennis Kraus**
Lilith Green healthcare industry

Kepner-Tregoe or bust!

Like · Reply · 18w · Edited

**Pam Marie**
Dennis Kraus and are you a doctor or someone who knows anyting about this situation? I don't think so. This is not some new news or maybe news or about being obese.. women of color have had problems with decent medical for years, just because you are uninformed doesn't mean its not real.

Like · Reply · 18w · Edited    1

**Irene Sinclair**
Pam Marie someone offering an alternative to your opinion may actually be better informed than you.

Like · Reply · 17w

Reply to Suzanna Giddens...

**Karen Owens**
Dennis Kraus This NIH study does not present any data on obesity rates.

Like · Reply · 17w

**Karen Owens**
Neither does the study present any data related to "socioeconomic status."

Like · Reply · 17w

Reply to Dennis Kraus...

**Susie Ormsby**
the nih is guv controlled. they are just pushing the looney liberal leftist racial victim narrative.

Like · Reply · 18w    6

**Alan D Curtis II**
Susie Ormsby so many buzzwords, so little meaning.

2



Like · Reply · 18w

**Pam Marie**
Susie Ormsby what the heck is wrong with you?

Like · Reply · 18w

**Susie Ormsby**
i could ask you the same question, but you wouldnt be able to answer.
that's what happens when you are a brain washed yet aggressive
professional victim mentality. too bad.

Like · Reply · 17w · Edited

**Karen Owens**
The NIH is neither liberal leftist nor conservative rightist. It is "the nation's
medical research agency — making important discoveries that improve
health and save lives." See nih.gov to find out what they do.

NIH.GOV
National Institutes of Health (NIH)

Like · Reply · 17w

Reply to Susie Ormsby...

**Pam Marie**
Yes, this is very true..

Like · Reply · 18w

**Paul Dickey**
The NIH's role as a domestic TERRORIST is definitely larger than being reported.

Like · Reply · 18w

**Anthony Chairez**
Paul Dickey imagine being upset at the analysis of racial disparities in
maternal deaths

Like · Reply · 18w

**Trish White**
Anthony Chairez he's down the rabbit hole.

Like · Reply · 18w

**Trish White**
Paul Dickey if so, why are you following?

Like · Reply · 18w

**David Wallace**
Trish White I doubt he owes you an explanation of anything he does,
Baby Cakes.

Like · Reply · 18w

**Trish White**
David Wallace misogynist

Like · Reply · 18w

**Sarah Latimer**
David Wallace misogynist.

Like · Reply · 17w

**Alan D Curtis II**
Imagine being so stupid. It's sad, but not so sad I don't laugh

Like · Reply · 18w

**Paul Dickey**
Alan D Curtis II yes, you are a sad sack...



Like · Reply · 18w

Paul Dickey
Alan D Curtis II yes, you are a sad sack...

Like · Reply · 17w · Edited

Karen Owens
Paul Dickey What have you observed that indicates to you that the National Institutes of Health has committed acts of domestic terrorism? I have never heard of this.

Like · Reply · 17w

Reply to Paul Dickey...

Jeff Bogner
The pandering from the 'system' is beyond unbearable. When percentages work in their favor, they exploit them. When whole numbers work in their favor, they exploit them. And they bounce between whole numbers and percentages so they can force manipulated stats down societies throats so they can continue to push their World Economic Forum Progressive agenda ...

Like · Reply · 18w                                                    ○ 3

Jenni Amanda
Jeff Bogner what happened to your "social media detox?." 😔

Like · Reply · 17w

Reply to Jeff Bogner...

John Lubbehusen
MAYBE IF DEMOCRATS WOULD QUIT WITH THE "FEEL GOOD" TREATMENT OF PEOPLE AND JUST SAY "BECAUSE YOU'RE FAT YOU ARE GOING TO HAVE MAJOR HEALTH PROBLEMS, LOSE WEIGHT OR RUN A MUCH GREATER RISK OF DYING". NOPE, DEMOCRATS DON'T WANT TO BE MEAN.

Like · Reply · 18w                                                    ○○ 3

Sarah Latimer
John Lubbehusen You haven't a clue, do you? This is a much larger discussion, about how medical professionals treat males and females differently, and white people different from black people. numerous studies have shown that doctors brush off patients' reports of pain when the patient is black, especially black and female. numerous studies have shown that doctors study male symptoms and often are ignorant of female symptoms when they present differently, as in a heart attack. numerous studies have shown that societal inequities and attitudes have contributed enormously to High cortisol levels and heart disease in African Americans. This is a discussion that has been going on for years.

Like · Reply · 17w                                                    ○○ 2

John Lubbehusen
Sarah Latimer AND ALSO IF IT'S BEEN A "DISCUSSION" WHY HAVEN'T YOU DONE ANYTHING ABOUT IT? THAT IS ONE THING ABOUT DEMOCRATS, THEY THROW MONEY AT THINGS AND HAVE CONFERENCES AND DO NOTHNG. AND I HAVE NO DOUBT A "MASTER OF EDUCATION" WILL FIX THINGS (LET ME GUESS,M YOUJ WORK FOR THE GOVERNMENT, PROTECTED FROM REALITY). AND I ALWAYS REMIND PEOPLE, THE BEST AND BRIGHTEST DON'T WORK FOR THE GOVERNMENT, THEY WORK IN THE PRIVATE SECTOR. AS A MATTER OF FACT, HOW MANY YEARS HAVE YOU BEEN STUDYING THIS?

Like · Reply · 17w                                                    ○ 1



in their favor, they exploit them. And they bounce between whole numbers and percentages so they can force manipulated stats down societies throats so they can continue to push their World Economic Forum Progressive agenda ...

Like · Reply · 18w                                                                    ⊙ 3

**Jenni Amanda**
**Jeff Bogner** what happened to your "social media detox?." 😑

Like · Reply · 17w

Reply to Jeff Bogner...                                                       ☺ ▣ 🎃

**John Lubbehusen**
MAYBE IF DEMOCRATS WOULD QUIT WITH THE "FEEL GOOD" TREATMENT OF PEOPLE AND JUST SAY "BECAUSE YOU'RE FAT YOU ARE GOING TO HAVE MAJOR HEALTH PROBLEMS, LOSE WEIGHT OR RUN A MUCH GREATER RISK OF DYING". NOPE, DEMOCRATS DON'T WANT TO BE MEAN.

Like · Reply · 18w                                                                  ⊙🌑 3

**Sarah Latimer**
**John Lubbehusen** You haven't a clue, do you? This is a much larger discussion, about how medical professionals treat males and females differently, and white people different from black people. numerous studies have shown that doctors brush off patients' reports of pain when the patient is black, especially black and female. numerous studies have shown                   ...
that doctors study male symptoms and often are ignorant of female symptoms when they present differently, as in a heart attack. numerous studies have shown that societal inequities and attitudes have contributed enormously to High cortisol levels and heart disease in African Americans. This is a discussion that has been going on for years.

Like · Reply · 17w                                                                  ⊙🌑 2

**John Lubbehusen**
**Sarah Latimer** AND ALSO IF IT'S BEEN A "DISCUSSION" WHY HAVEN'T YOU DONE ANYTHING ABOUT IT? THAT IS ONE THING ABOUT DEMOCRATS, THEY THROW MONEY AT THINGS AND HAVE CONFERENCES AND DO NOTHNG. AND I HAVE NO DOUBT A "MASTER OF EDUCATION" WILL FIX THINGS (LET ME GUESS,M YOUJ WORK FOR THE GOVERNMENT, PROTECTED FROM REALITY). AND I ALWAYS REMIND PEOPLE, THE BEST AND BRIGHTEST DON'T WORK FOR THE GOVERNMENT, THEY WORK IN THE PRIVATE SECTOR. AS A MATTER OF FACT, HOW MANY YEARS HAVE YOU BEEN STUDYING THIS?

Like · Reply · 17w                                                                    ⊙ 1

**John Lubbehusen**
SO DO YOU TEACH SOMETHING OR ARE YOU A LIFELONG STUDENT?

Like · Reply · 17w

**John Lubbehusen**
IS THIS FROM THE SAME AMA THAT JUST SAID THERE IS NO DIFFERENCE BETWEEN MEN AND WOMEN? AND WHERE DID YOU FIND THIS "STUDY"? IS THAT PART OF THE DEMOCRAT"VICTIM" CONDITION? BUT WHAT YOU SAY MAY VERY WELL BE TRUE BUT IT STILL AVOIDS THE FACT THAT EVERYONE TIPTOES AROUND "CONDITIONS" THAT PEOPLE HAVE BUT WILL BE CALLED RACIST, SEXIST, FAT SHAMING, ETC AND IF YOU WANT TO BE TREATED SERIOUSLY QUIT BEING A VICTIM. (ARE YOU SPEAKING FROM PERSONAL EXPERIENCE). DO YOU WEIGH 300 LBS AND EVERYONE TELLS YOU YOU LOOK RADIANT AND WHEN THE DOCTOR SUGGESTS YOU LOOSE 100 POUNDS YOU GET INSULTED?

Like · Reply · 17w

# EXHIBIT 3





**National Institutes of Health (NIH)**
September 1, 2021 ·

Clues about your health could be right at your fingertips. Take a look at your nails. They could give insight about possible health concerns. https://newsinhealth.nih.gov/2021/08/funky-fingertips

NEWSINHEALTH.NIH.GOV
**Funky Fingertips?**
Clues about your health could be right at your fingertips. Learn what your nails may be telli...

51 16 Comments 12 Shares

Like Comment Share

All comments

Write a comment...

**Karen Owens**
What truth do you hope will come out, and what constitutes the justice you hope for?
Like · Reply · 17w

**Karen Owens**
What does "weaponize" mean in this context?
Like · Reply · 17w

**Alonso Rodriguez**
Estaran haciendo estudios sobre inmunodeficiencia combinada severa ligada al cromosoma X estoy buscando ayuda para poder tratar a mi hijo
Like · Reply · See Translation · 17w

**Herberto Grande**
clues like your credibility has been compromised. Due to the fact that fauci emails show that you people funded the research on coronavirus to weaponize it atill weaponize it at the wahoon laboratories in China. I believe the truth will come out and Justice will have it's day.
Like · Reply · 17w · Edited 1

**Derosnec Niaga**
-Did you know that racists check the fingernails of people to see if they are "different" and also check the color of the palms of the hands? This NIH thing sounds racist to me. Don't do it! Don't buy into it.
Like · Reply · 17w 5

NEWSINHEALTH.NIH.GOV
**Funky Fingertips?**
Clues about your health could be right at your fingertips. Learn what your nails may be telli...

👍 51                                                      16 Comments 12 Shares

👍 Like              💬 Comment              ➤ Share           ▼

All comments ▼

Write a comment...                                            😊 🖼 🎁

**Karen Owens**
What truth do you hope will come out, and what constitutes the justice you hope for?
Like · Reply · 17w

**Karen Owens**
What does "weaponize" mean in this context?
Like · Reply · 17w

**Alonso Rodriguez**
Estaran haciendo estudios sobre inmunodeficiencia combinada severa ligada al cromosoma X estoy buscando ayuda para poder tratar a mi hijo
Like · Reply · See Translation · 17w

**Herberto Grande**
clues like your credibility has been compromised. Due to the fact that fauci emails show that you people funded the research on coronavirus to weaponize it atill weaponize it at the wahoon laboratories in China. I believe the truth will come out and Justice will have it's day.
Like · Reply · 17w · Edited                                    😆 1

**Derosnec Niaga**
-Did you know that racists check the fingernails of people to see if they are "different" and also check the color of the palms of the hands? This NIH thing sounds racist to me. Don't do it! Don't buy into it.
Like · Reply · 17w                                           😮👍 5

    **Karen Owens**
    **Derosnec Niaga** The National Institutes of Health (NIH News in Health) provides health information to anyone, regardless of race, to educate us about keeping healthy. This item briefly explains how nails grow and describes certain changes in your nails that could be a symptom of a specific disease and should be looked at by a doctor. Click on the words, "Funky Fingertips" and read it for yourself.
    Like · Reply · 17w                                       👍 1

    **Loraine Kirkpatrick**
    **Derosnec Niaga** funky fingernails
    Like · Reply · 17w

    **Derosnec Niaga**
    -So, you're not willing to recognize the racism? DEPLORABLE! Maybe you did vote for Trump after all. LOL!
    Like · Reply · 17w

    Reply to Derosnec Niaga...                               😊 🖼 🎁

Write a comment...

EXHIBIT 4





**National Institutes of Health (NIH)**
November 15, 2021 ·

Researchers found that SARS-CoV-2 can infect inner ear cells. Inner ear viral infections could explain the hearing and balance issues in some COVID-19 patients.

NIH.GOV
**SARS-CoV-2 infection of the inner ear**
Researchers found that SARS-CoV-2 can infect inner ear cells, which could explain the hea...

2.4K 429 Comments 1.4K Shares

Like Comment Share

All comments

Write a comment...

**Tula Mallos**
Michelle Macky All the people who have suffered after being vaccinated or death. 😢 I understand it's not one size fits all this so called vaccination! No one knows on any specific vaccine or drug how it will affect them. I had a flu vaccination once. Was in the hospital a month, in a coma for a week with meningitis. My daughter had a flu vaccination just before COVID-19. Poor 37 yr. old had pityriasis rosea all over her body for months. We believe she had COVID-19 in the very beginning 2020 but they weren't testing people then. My doctor said the vaccination it would probably kill me. I can't take antibiotics without reactions. So I do what is best with my body. Plus I know vaccinated people sick with COVID-19 too. Some died being vaccinated too. 😢 How in God's name do the big pharma know how in any situation a person's body will react to either getting COVID. Or a vaccination who can do more harm for them? It's a shot in the dark with or without. 🙏Prayers for us all. ❤️🙏
1
Like · Reply · 6w

**Erica Alice**
Well yeah. We knew this last year though.
5
Like · Reply · 7w

**Macy Brackenridge**
How did you know this what source?
2
Like · Reply · 7w

**Erica Alice**
**Macy Brackenridge** Lots of sources to look through, but research showed that really early on.

https://jamanetwork.com/.../jamaotola.../fullarticle/2768620

JAMANETWORK.COM
SARS-CoV-2 Isolated from the Middle Ear and Mastoid

Like · Reply · 7w

**Dionna Gilbert**
**Erica Alice** I agree. I had COVID last year. I had ear pain, runny nose, upset stomach, headache, stiff/sore neck, and sore back. No loss of taste or smell. So I knew last year that it infects the inner ear as well as nerve cells. Many different cel... See more

Like · Reply · 7w

**Erica Alice**
**Dionna Gilbert**Dionna Gilbert I concur.

Like · Reply · 7w

Reply to Erica Alice...

**Georgina Roth**
I had terrible vertigo for days when I had Covid last Christmas. Couldn't move my head at all without everything spinning out of control. I went to ER worried I was having a stroke and had a CT. No stroke, just Covid related 😟

Like · Reply · 7w                                                                15

**Nosredna TC**
Yes publish some data on what the MrNA technology is doing in people. Then maybe I will entertain your post as being objective, balanced and transparent

Like · Reply · 7w                                                                17

**Peter Roy**
**Nosredna TC** - Specious Nonsense.
And Silly Fear-Mongering.
FACT: The mRNA vaccine is biochemically destroyed within minutes of the injection.

Like · Reply · 7w                                                                3

**Margaret Ann Wheeler**
http://whistleblowing-nih-financial-fraud.org/

WHISTLEBLOWING-NIH-FINANCIAL-FRAUD.ORG
Whistleblowing Misconduct Fraud & Corruption at NIH

Like · Reply · 7w                                                                2

**Erica Alice**
**Nosredna TC**Nosredna TC I'm really worried about autoimmune, hematological, and neurological diseases developing over the next few years in both the vaccinated and infected that aren't having appropriate immune responses to the vaccines or virus.

Like · Reply · 7w                                                                2

JA156



Like · Reply · 7w

**Nosredna TC**
**Erica Alice** it is more so the vaccinated ..we are already seeing many autoimmune diseases in this group. Even the NHI and CDC convened a meeting to address it recently that was leaked. People are truly not getting informed consent. They are being deceived.

Like · Reply · 7w                                    3

**Alonso Barrientos**
**Nosredna TC** <— Qmoron

Like · Reply · 6w

**Nosredna TC**
**Alonso Barrientos** TC Anderson-⟩ ⟩ ⟩ ⟩ ⟩ Doctoral Prepared Medical Professional

Like · Reply · 6w                                    1

**Nosredna TC**
**Alonso Barrientos** stay in your engineering lane.

Like · Reply · 6w

**Erica Alice**
**Nosredna TC** As a walking fireball that comes from a long line of walking fireballs, it is heartbreaking to witness the world find out what it feels like to be like us. We need solutions, not division and censorship.

Like · Reply · 6w                                    1

**Alonso Barrientos**
**Nosredna TC** Stay on your flipping burgers lane

Like · Reply · 6w

**Nosredna TC**
**Erica Alice** we need honesty. Today one of my colleagues was describing an interaction she had with her fully vaccinated patient. The patient shared that she lost her son on Mother's Day. Her son took the 2nd dose of p.jab and started to feel ill. 2 weeks later he had a myocardial infarction at the gas station. He was 30 years old with no COMORBIDITIES. Two physicians told her it was likely caused by the p.jab ...however the coroner refused to put that on the death certificate.

She is now blaming herself for even taking the jab. and feels guilty about the death of her son.

Like · Reply · 6w · Edited                            1

**Nosredna TC**
**Alonso Barrientos** I will continue to advocate for my patients and save lives. Thank you .
Sincerely Dr. Anderson

Like · Reply · 6w

**Erica Alice**
**Nosredna TC** That's about as heartbreaking as can get. Dear God.

Like · Reply · 6w                                    1

**Nosredna TC**
**Erica Alice** indeed. I wish you the best. Follow the truth and stay strong

Like · Reply · 6w

Reply to Erica Alice...                              😊 🖼 🎬



**Heather Woods**
That's interesting 😅, pretty sure I haven't had Covid, but I have these issues, of longstanding. ( I've been attributing to combined ageing and sinus issues).

Like · Reply · 7w   ○1

> **Susan Stauffer**
> **Heather Woods** There are only a few ways that "the ear" can respond to any noxious stimulus, and so there are many possibilities for the cause of your issues. On the other hand, the presence of these symptoms in a large percentage of COVID victims serves to add them to the wide array that is the COVID symptom complex.
>
> Like · Reply · 7w   ○1
>
> ● Reply to Heather Woods...   ☺ ⊠ 📷 🎁

**Dana Greentree**
There are a few people who have ended up with nerve damage, how does that happen.

Like · Reply · 7w

> **Diane Dory Wilmot**
> **Dana Greentree** I have read how covid can cause holes in tissues and can also cause blood clots, so it wouldn't surprise me.
>
> Like · Reply · 6w
>
> ● Reply to Dana Greentree...   ☺ ⊠ 📷 🎁

**Jaclyn Bass**
**Felicia Whitman Pate** Have you read about this? I wonder if that's what happened to you? Are you completely better now?

Like · Reply · 7w

> **Felicia Whitman Pate**
> **Jaclyn Bass** - I am convinced that mine was related to the vaccine since that's when it started. Yes, it is gone for now - after five months.
>
> Like · Reply · 7w   ○👍💕 4
>
> > **Linda Dukes**
> > **Felicia Whitman Pate** my daughter also had ear problems after the vaccine
> >
> > Like · Reply · 7w   ○3
>
> > **Felicia Whitman Pate**
> > Don't get me wrong. I'm glad I took it since I'm a teacher and I basically work in a petri dish. I just really think it caused my long bout with vertigo.
> >
> > Like · Reply · 7w · Edited   ○2
>
> > **Wanda Steeves**
> > **Felicia Whitman Pate** 🙏
> >
> > Like · Reply · 7w
>
> ● Reply to Jaclyn Bass...   ☺ ⊠ 📷 🎁

**Lacy Marsh**
I have had ear problems since c19 back in January. They will not go away. One reason I will never touch the shot I am still dealing with c19 junk.

Like · Reply · 7w · Edited   ○1

**Greg Tammy Arena-Barger**
How can we trust them after they funded gain of function

Like · Reply · 7w   ○👍💕 15





**Peter Roy**
**Greg Tammy Arena-Barger** FALSEHOODS.

Like · Reply · 7w 2

**Lisa Scott**
**Greg Tammy Arena-Barger** says the organization that funded it right? Horrible

Like · Reply · 7w 3

Reply to Greg Tammy Arena-Barger...

**Rubina Halwani**
I want to sue every government responsible for this mess.

Like · Reply · 7w 3

**Wanda Steeves**
**Rubina Halwani** they need that cyber wall down 🇨🇳, they will revolt..

Like · Reply · 6w

Reply to Rubina Halwani...

**Ele Stevens**
Stop experimenting on animals. Time for animal free research.

Like · Reply · 7w 1

**Elijah Ignatieff**
What happened to people's ability to listen to common sense There is another disease plaguing the world. I think its called Statism.

Like · Reply · 7w · Edited 6

**Afzal Khan**
Your inner ear is important for helping you maintain your balance and equilibrium. It's known that some types of viral infections can impact the inner ear, leading to conditions that cause dizziness or vertigo. One such condition is vestibular neuritis.
Vestibular neuritis happens when an infection causes inflammation of the nerve that connects the inner ear to the brain.
However, this may not be the only way COVID-19 causes dizziness or vertigo

Like · Reply · 7w 9

**Priscilla Ross-Fox**
**Afzal Khan** I agree. I've known people who had vertigo years ago and I've had it also. I have more opinions but will keep those to myself because of Al go.

Like · Reply · 7w

**Diane Dory Wilmot**
**Priscilla Ross-Fox** I get vertigo and my Ear Nose Throat doctor taught me about the tiny calcium crystals that can form in the inner ear. He did some maneuvers and it went away. That has nothing to do with covid, but covid is an infection, so can attack the inner ear.

Like · Reply · 6w

**Afzal Khan**
**Diane Dory Wilmot** we should exercise(Brandt Daroff) for inner ear infection(canalithiasis)

Like · Reply · 6w

**Diane Dory Wilmot**
**Afzal Khan** I never heard of him. I was born with a deviated septum and my left ear didn't have the three bones inside, so exercise wouldn't have helped me. I had lots of infections as a child, and they even lanced my ears, cutting my eardrum once. I wasn't even told about my nose until I was in my thirties, and my inner ear until my 50's.

Like · Reply · 6w

**Afzal Khan**
**Priscilla Ross-Fox** yes, a month ago I have a mild symptoms I came to my friend home. He got infection in few days,called me that I have some symptoms and also a vertigo and dizziness problem.

Like · Reply · 7w

Reply to Afzal Khan...

**Lennart Österman**
**Clas Wikström** inte dina problem?

Like · Reply · See Translation · 7w   😊 1

**Samantha Joy**
Or the cochlear brain to computer interface that was illegally implanted...

Like · Reply · 7w   😆 3

**Alexandra Peterson**
That explains the ear pain with Covid I had but was not considered a symptom.

Like · Reply · 7w   👍 4

**Krystin Piston**
**Alexandra Peterson** same for me!

Like · Reply · 7w

Reply to Alexandra Peterson...

**Linda Dukes**
I heard that the vaccine can cause ear problems as well

Like · Reply · 7w   👍 9

**Chris Ding**
Oh noes, let's lock everyone in again and let the essentials take their chances with it

Like · Reply · 7w   👍 8

**Eric Allgrim**
**Chris Ding** oh noes, lets do nothing about it and just open our windows and have plenty of bleach and livestock medicine ready.

Like · Reply · 7w   👍 4

**Chris Ding**
**Eric Allgrim** because only lefty lives matter to you. Not the real working ppl who bring you your food. Btw I use livestock cream on my face, for lupus, for about five years now. Thanks for letting me know about your mental illness

Like · Reply · 7w   👍 1

**Eric Allgrim**
**Chris Ding** Keep the gaslights working.

Like · Reply · 7w   👍 1

**Chris Ding**



**Chris Ding**
Eric Allgrim lol that's the democrats department because you still haven't figured out that real working ppl have to dote on you to provide your services putting themselves at risk. You love staying home I bet

Like · Reply · 7w

**Chris Ding**
Eric Allgrim how embarrassing you can't do a simple Google search on soolantra? And you're a teacher

Like · Reply · 7w

**Eric Allgrim**
Chris Ding I have taught in person special education through the entire pandemic and two days into the school year where the mask mandate was lifted in my county, my wife and I got Covid pretty bad despite being vaccinated. Finger pointing, playing politics, pretending covid is a hoax and ignoring doctors and legit medical professionals has killed many Americans needlessly. And no im not Democrat, or Republican. Swearing allegiance to party over country is stupid.

Like · Reply · 7w

**Chris Ding**
Eric Allgrim I'm a libertarian myself and survived covid and I hope everyone understands that they don't really care about us. Hopefully ppl live through these boosters and bs. No one talks about antibodies. I hope ppl get smart enough to see the truth

Like · Reply · 7w

**Eric Allgrim**
Chris Ding antibodies, like the vaccine, lose effectiveness over a few months, which explains the need for boosters. States and other countries like Germany that had early success in vaccinating its people are having spikes in covid cases now where sta... **See more**

Like · Reply · 7w

**Dorothy Stoneinouye**
Eric Allgrim what % are vaccinated in Germany?

Like · Reply · 7w

**Dorothy Stoneinouye**
**Eric Allgrim**

Like · Reply · 7w

**Victoria Tompkins Zbikowski**
Eric Allgrim you are so right!

Like · Reply · 7w

**Chris Ding**
Eric Allgrim I had covid over a year ago and still have strong antibodies - you are wrong. You have been played and choose to believe it. You clearly follow lefty media. Good luck with your vaccines.

Like · Reply · 7w

**Chris Ding**
Dorothy Stoneinouye he's claiming he's not anything political but is parroting cnn

Like · Reply · 7w

JA161



Like · Reply · 7w

**Chris Ding**
Eric Allgrim you are worried about covid killing others and I'm worried about the vaccines killing and hurtful to ppl and children. We are not the same

Like · Reply · 7w      😊👍 2

**Eric Allgrim**
Chris Ding I actually followed my doctor's advice and made an informed decision. Thank God I wasn't hospitalized or worse like most who are not vaccinated.

Like · Reply · 7w      😆 1

**Chris Ding**
Eric Allgrim like I said good luck with the other 46 boosters you'll need. Hopefully your immune system can handle it

Like · Reply · 7w

Reply to Eric Allgrim...      😊 😲 🙂

**Barb Martin**
The only people I personally know hospitalized are vaxxed...sooooo...

Like · Reply · 7w

Reply to Chris Ding...      😊 😲 🙂 🗑

**Joel Flournoy**
Mine has been diagnosed as
Meineres disease, it's an incurable inner ear problem. Supposedly gotten during teen years from ear infections . no treatment either

Like · Reply · 7w      😊 3

**Diane Dory Wilmot**
Joel Flournoy get several opinions because I had vertigo for two months and people were saying I must have Meineres, but my ENT took care of it in no time. It was simply calcium crystals.

Like · Reply · 6w      😊 1

**Wanda Steeves**
Joel Flournoy 💯 mine diagnosed as Bppv, actually a tumor, so go w ur gut

Like · Reply · 6w

Reply to Joel Flournoy...      😊 😲 🙂 🗑

**Nancy Smith Carroll**
So what is suggested if someone has complications from Covid-19 and has hearing problems? Does anyone know if it will eventually get better?

Like · Reply · 7w

**Johnna Mellor**
Even regular colds do this, so it makes some sense. I know quite a few people who have had it, but only two have had any issues with balance and dizziness. Fortunately, it only lasted a couple of days.

Like · Reply · 7w

**Adan Oge Dima**
No wonder I had balance issue the two weeks I had covid

Like · Reply · 7w      😊👍 5

**Thomas Amlie**
Gee, maybe NIH shouldn't have funded the research that led to it (or at the very least, funded the facility where it was created).

Like · Reply · 6w

JA162



Like · Reply · 6w

**Paula Redmond**
After having the Moderna Vaccine I experienced vertigo, hearing loss in one ear, and tinnitus. Sought treatment for all these things as was necessary. I tried to report these things to the CDC, nothing on their sight to do that.   ···

Like · Reply · 7w                                                               😮👍👎 17

**Mary Mayer**
**Paula Redmond** you have to report it to VAERS. That's the government tracking website

Like · Reply · 7w                                                                        😮 9

**Kera Demarest**
Have sounds from my ear too. The buzzing of tinnitus

Like · Reply · 7w                                          😮 1

**Barbara Ellison Michonski**
**Paula Redmond** thank goodness you got the vaccine then. Just imagine what COVID-19 would have done!!

Like · Reply · 7w                                                                    😮👎 10

**Kelly BW**
**Barbara Ellison Michonski** the same damn shit the vaccine did

Like · Reply · 7w                                          😮 1

**Barbara Ellison Michonski**
Much worse...my sister-in-law had it n she said it was the worst she's ever been.   ···

Like · Reply · 7w                                          😮 1

**Nancy Smith Carroll**
**Barbara Ellison Michonski** I agree that the vaccine would be less damaging to the body than actually having Covid. I had the Moderna two step vaccine and 4 months later, unfortunately I came down with Covid.
It actually has affected my ears and I have been to the doctor.
I fought Covid at home when I initially came down with it. I drank lots of fluids, ate lots of chicken noodle soup and took vitamins and zinc.
My husband's friend now has Covid and was not vaccinated. He has been in and out of the doctor's office and he lost 22 pounds. He sleeps a lot.
His wife and family are extremely worried and they are hoping he pulls through. It is that serious. I am bringing over some soup and zinc tablets to them today. It's hard to find zinc in the stores.

Like · Reply · 7w                                                                        😊 1

**Michelle Macky**
**Nancy Smith Carroll** The vaccine is not "less damaging" than Covid... Over 50k deaths WORLDWIDE from the jab... For those people and the hundreds of thousands with permanent heart or neurological damage, the vaccines were far more damaging.

Like · Reply · 7w                                                                    😮 2

**Barbara Ellison Michonski**
**Nancy Smith Carroll** obviously some people on here are getting info. From places that doesn't back up the research. That's key. I took a research class in college n that's crucial.

Like · Reply · 6w                                                                        😮 1

**Nancy Smith Carroll**
**Barbara Ellison Michonski** I am not responding to certain people because they are not worth it. I had the vaccine and 4 months later, I was in contact with someone with Covid and I came down with it. I had it myself so I know a little something about...   See more

JA163



Like · Reply · 6w

**Nancy Smith Carroll**
**Barbara Ellison Michonski** I am not responding to certain people because they are not worth it. I had the vaccine and 4 months later, I was in contact with someone with Covid and I came down with it. I had it myself so I know a little something about it. I don't care about someone who thinks they are an expert.

Like · Reply · 6w

**Tula Mallos**
**Michelle Macky** 🙏 So many people have had different side effects you have no idea. I know some people that have died from the vaccination. I know people that have had tremendous complications after the vaccinations. I know people with the vaccination and without the vaccination survived or passed away from covid! People suffering covid after Effects non stop symptoms. They don't know how to treat. Unfortunately it's not one-size-fits-all. So far no Rhyme or Reason this vaccine is even working effectively. I am praying 🙏 I am not anti vaccination. So far it's scary to get it with all the complications that you could get. Then to give it to children we don't know what could happen I say no they have 99.9% to recover statistics. This so-called vaccination isn't living up to what it's supposed to do. Praying they figure this out. 🙏 I'm sorry for your losses. All the people who have suffered after being vaccinated or death. 😢 I understand it's not one size fits all this so called vaccination! No one knows on any specific vaccine or drug how it will affect them. I had a flu vaccination once. Was in the hospital a month, in a coma for a week with meningitis. My daughter had a flu vaccination just before COVID-19. Poor 37 yr. old had pityriasis rosea all over her body for months. We believe she had COVID-19 in the very beginning 2020 but they weren't testing people then. My doctor said the vaccination it would probably kill me. I can't take antibiotics without reactions. So I do what is best with my body. Plus I know vaccinated people sick with COVID-19 too. Some died being vaccinated too. 😢 How in God's name do the big pharma know how in any situation a person's body will react to either getting COVID. Or a vaccination who can do more harm for them? It's a shot in the dark with or without. 🙏 Prayers for us all. ❤️ 🙏

Like · Reply · 6w

**Tula Mallos**
**Michelle Macky** All the people who have suffered after being vaccinated or death. 😢 I understand it's not one size fits all this so called vaccination! No one knows on any specific vaccine or drug how it will affect them. I had a flu vaccination once. Was in the hospital a month, in a coma for a week with meningitis. My daughter had a flu vaccination just before COVID-19. Poor 37 yr. old had pityriasis rosea all over her body for months. We believe she had COVID-19 in the very beginning 2020 but they weren't testing people then. My doctor said the vaccination it would probably kill me. I can't take antibiotics without reactions. So I do what is best with my body. Plus I know vaccinated people sick with COVID-19 too. Some died being vaccinated too. 😢 How in God's name do the big pharma know how in any situation a person's body will react to either getting COVID. Or a vaccination who can do more harm for them? It's a shot in the dark with or without. 🙏 Prayers for us all. ❤️ 🙏

Like · Reply · 6w

Reply to Barbara Ellison Michonski...

**Kera Demarest**
Yes I am vaccinated too



Randie Goralski
**Paula Redmond** there are a lot of people experiencing this and being blown off
Like · Reply · 7w                                                                    ●1

Reply to Paula Redmond...                                                         ☺ ▣ ▣ ▣

**M Her Mar**
Si tan solo los asiáticos no se hubieran comido el pangolín o el murciélago 😣
.....ahora sí mucha comorbilidad asociada, muchas personas con sus patologías descompensadas en casa, muchos negocios y economía quebrada 😣
Like · Reply · See Translation · 7w · Edited

**Tina Tyler**
so now are they going to start making everybody wear earplugs.... ?? next is the eyes which is a way of transmission of a virus as well...
we will be wearing blindfolds ?? Speak no evil, hear no evil, see no evil ... hmmmmmmm
Like · Reply · 7w                                                                    ●1

**Lúçhä Pörvjdä**
I believe it. The flu caused my daughter to have a horrible ear infection that sent her to the ER.
Like · Reply · 7w                                                                    ●3

**Lisa Beth**
Many viruses effect the inner ear. Most coronaviruses can effect the ear. The issue is ENT drs basically are awful and dismiss most issues as they have little to no cures. Very little research is done for the inner and cures.
Like · Reply · 7w · Edited                                                          ●29

> **Lisa Ondris-green**
> **Lisa Beth** you might want to move to florida we have good ent's here.
> Like · Reply · 7w                                                                ●2
>
>> **Lisa Beth**
>> **Lisa Ondris-green** that's good to hear (no pun intended)
>> Like · Reply · 7w                                                              ●3

> **Jo Nic**
> **Lisa Beth** yes awful
> Zero help for my tinnitus
> Like · Reply · 7w          ●2

> **Bronwyn Wells**
> **Lisa Beth** this is so true
> Like · Reply · 7w

> **Shelley Beeman**
> **Lisa Beth** this is what I'm finding
> Like · Reply · 7w

> **Julie Shaunnessey**
> **Lisa Beth** had problems for years usually after an illness. I think inflammatory is also a culprit as I have Rheumatoid Arthritis.
> Like · Reply · 7w                                                              😊1

> **Peter Roy**
> **Lisa Beth** - Correctamundo.
> The Measles Virus used to be a common cause of childhood deafness.
> Like · Reply · 7w                                                              ●1

**Wanda Steeves**
**Lisa Beth** most ENTS are coasters. do nothing. I find them jerks

JA165



**Wanda Steeves**
Lisa Beth most ENTS are coasters, do nothing, I find them jerks..

Like · Reply · 7w

> **Diane Dory Wilmot**
> Wanda Steeves too bad you never met mine! He was fantastic and
> corrected my inner ear after I was born deaf in one ear. He was
> recommended by many people and he said he was so sorry I was over
> 50 when I found him.
>
> Like · Reply · 6w

Reply to Lisa Beth...

**Wanda Steeves**
I'm fighting an acoustic neuroma, 5yrs remission w Cbdoil, exposed to C it
started to grow.. not funny.

Like · Reply · 7w

> **Brenda Nibert**
> Wanda Steeves I'm so sorry!
>
> Like · Reply · 7w
>
> > **Wanda Steeves**
> > Brenda Nibert it's ok I found a stronger cbd 200mg instead of
> > 20mg, thank you
> >
> > Like · Reply · 7w
> >
> > **Brenda Nibert**
> > Hope it works 😬
> >
> > Like · Reply · 7w

> **Heather Rheingold**
> Wanda Steeves I'm wondering if mine was covid induced. Next mri this
> month
>
> Like · Reply · 6w

Reply to Wanda Steeves...

**Han HD**
the vaccine is the problem here, my mom and aunt has the same ear infection
after getting the jab..

Like · Reply · 7w

**Omar Amaury**
😬 Por favor, recordemos que debe existir suficiente información científica,
"casos" para poder AFIRMAR ESO.
Es decir, una muestra significativa que la justicia. NO CASOS AISLADOS poco
representativos a la población mundial.

Like · Reply · See Translation · 7w · Edited

**Giddey Liz**
I had minimal respiratory . It was all headaches and earaches and some
conjestion in sinuses for almost two weeks then brain fog and random migraines
since.

Like · Reply · 6w · Edited

**KimDijah Qelhatat**
Whatever I still won't take that vaccine

Like · Reply · 7w

> **Caxixi Yukino**
> KimDijah Qelhatat as long as you isolate, who cares
>
> Like · Reply · 7w

JA166





Like · Reply · 7w

**KimDijah Qelhatat**
**Caxixi Yukino** As long as you mind your business then I won't care. 😒
6
Like · Reply · 7w

**Sharon Cowen**
**KimDijah Qelhatat** I developed psoriasis on my legs, left-sided weakness and heart arrhythmia 5 months after taking the Moderna shots. Never had either of them before.
2
Like · Reply · 7w

Reply to KimDijah Qelhatat...

**James Michael Sigler**
Get the Wuhan Lab to help. They're reputable...😒😒😒
11
Like · Reply · 7w

**Seng Hee Wei**
Neurology was consulted for a worsening of his chronic tremor, Date: MRI EMG/NCV shows remyelination. His condition is likely permanent.
Like · Reply · 3w

**Synolve** · Follow
This is extremely irritating. Hubby & I had terrible wax build up during and after COVID. Plus our ears itches terribly and our hearing is not quite the same as it was before COVID
1
Like · Reply · 7w

**Kera Demarest**
I been dizzy for a weeks on and off. Could it be covid or am I just scaring myself?
Like · Reply · 7w

**Kenneth Sears**
Anything you have to keep getting jabbed with every six months..."or else we're all gonne die!!!"...doesn't match ANY definition of "vaccine" I ever heard of before.
11
Like · Reply · 7w

**Roland Palin III**
Give me a break. Let me guess now we have to wear ear masks right? 🤣
14
Like · Reply · 7w

**Sa'adi Nasim**

1
Like · Reply · 7w

**Florie Tuminello**
**Roland Palin III** winner of the internet today!
Like · Reply · 7w

Reply to Roland Palin III...

**Craig Salter**
When I was a child I had problems with my ears and every time I walked through a doorway I would slam my shoulder against the sides, yes ears play a big part in your balance and sense of awareness
Like · Reply · 6w

**Rosa De Lucas**
Y la vacuna??? Yo estoy vacunada y padezco de problemas de vértigo yo creo q

Like · Reply · 6w

**Rosa De Lucas**
Y la vacuna??? Yo estoy vacunada y padezco de problemas de vértigo yo creo q desde qye vacune.

Like · Reply · See Translation · 7w

**Gregg Thompson**
how do you test for that?

Like · Reply · 7w

**W Scott Jenkin IV**
Gregg Thompson if the ringing never goes away, you fall over just sitting down, and it feels like one side of your head is underwater... you've got it.

Like · Reply · 7w                                    3

Reply to Gregg Thompson...

**Renee Temple**
Wtf

Like · Reply · 7w

**Dennis Fuller**
It's been a year since we caught Covid. Now (11/15/21) we have finished our third shot. Feeling blessed that there are no bothersome side affects - so far.

Like · Reply · 7w · Edited                              3

**Michelle Macky**
Dennis Fuller Why would you get the vaccine if you had Covid and recovered ?!? That's the definition of insanity. Previous infection provides far greater immunity than any vaccine can. This has been made clear in the scicnce

Like · Reply · 7w

**Dennis Fuller**
Michelle Macky Well, "the greater immunity" bit hadn't been proven to my satisfaction at the time I started the regime. By-the-way, your definition of "insanity" really doesn't apply to me. You have a right to your opinion. I won't stoop to your level. At this point, I don't care if I get it or not.

Like · Reply · 7w · Edited

Reply to Dennis Fuller...

**Vegas Liz**
Read the article, it is about Covid19, not the vaccine.
Like · Reply · 7w                          6

**Barbara Richman**
Vegas Liz Ignore these anti-vaxxers. They know what it's about.

Like · Reply · 7w                                    1

Reply to Vegas Liz...

**Zuckforprison Bykowski**
Fraudi the mass murderer for prison
Infowars.com for real news

**INFOWARS.COM**
Infowars: There's a War on for Your Mind!

Like · Reply · 6w





**Vivaldy Medrano**
😔this explains a lot.
Like · Reply · 7w

**Elizabeth Hampton**
I got extremely sick a month before covid was announced in Arizona and shortly after I lost my hearing completely in my left ear two years later and I'm still completely deaf and my left ear with no answers I swear it was from covid
Like · Reply · 6w

**Sherwin Norombaba**
FAKE NEWS.
Like · Reply · 5w

**Michael Kane**
try nasal washing
Like · Reply · 6w

**Hatam Kazemini**
Pray For Vaccinated 🙏😥
Like · Reply · 7w

**Sage Juan**
Make sure you wear ear plugs....or maybe a full helmet
Like · Reply · 6w

**Dina Hashish** · Follow
**Noor Saad Laila Sami**
Like · Reply · 7w 😥 2

**Lawrence Powe**

**Vaccines are thoroughly tested for safety before they're made available to the public**
Source: World Health Organization
Like · Reply · 6w 😆 1

**Lindsay Woodin**
**Sherri Krajenta Nassar**
Like · Reply · 6w

**Ron Baione**
**White Coat Waste Project**
Like · Reply · 6w

**Gul Sanya**

Like · Reply · 7w

**Qudell Richards**

Like · Reply · 7w

**Qudell Richards**

Like · Reply · 6w

**Світлана Гавришко**

Like · Reply · 7w

**Dawn Crothers**
**Patricia Gilligan Wilson**

Like · Reply · 6w

**Patricia Gilligan Wilson**
**Dawn Crothers** interesting ... hummm

Like · Reply · 6w

Reply to Dawn Crothers...

**Barbara Richman**

Like · Reply · 7w

**Anita Johnson**
**Qudell** !!

Like · Reply · 6w

**Matt Fontarum**
**Sarah Eunice Caluma**

Like · Reply · 6w

**Jamie Young**
**Michael Young Madison Young Shantel Young**

Like · Reply · 6w

**Andrew Souter**
NIH and the other alphabet agencies have done worse than nothing to educate
the people. I'm deeply ashamed at the fascism in Wash DC.

Like · Reply · 7w

**Michelle Macky**
Omg. All viruses can cause that. More scare mongering rubbish.

Like · Reply · 7w

**Kim Alan McRae**
Oh boy

Like · Reply · 6w

**Dorci Classay**
**Chuck Scott** Check this out.. must be why I'm getting vertigo

Like · Reply · 7w

**Rasha Sallam**
**Nada Reda** 😊

Like · Reply · 6w

**Rocio Cullen**
**Patrick Cullen** This!!!



**Rocio Cullen**
**Patrick Cullen** This!!!
Like · Reply · 7w

**Clarissa Berry Slater**
**La Sheena Sutton**
Like · Reply · 7w

**La Sheena Sutton**
**Clarissa Berry Slater** I have been negative, unless it was a false negative.
Like · Reply · 7w

Reply to Clarissa Berry Slater...

**Madalyn Wetherbee Pate**
**Taylor Nichols**
Like · Reply · 7w

**Taylor Nichols**
**Madalyn Wetherbee Pate** wonder if this means the gov't will reimburse me for my woes
Like · Reply · 7w

Reply to Madalyn Wetherbee Pate...

**Nicole A. López Vargas**
**Morgan Stoddard**
Like · Reply · 7w

**Natasha Neal**
**Maya Rosenblum Zelio**
Like · Reply · 7w

**Khadija Imani II**
**Kaoutar Hanaa** 😕
Like · Reply · 7w

**Kaoutar Imani**
**Khadija Imani II**

Like · Reply · 7w

Reply to Khadija Imani II...

**Orlando Amigo**
Pura mierda todo lo que tiene relación con el fraude del covid 19 y la plan demia. La información esta disponible en Telegram https plandemia mundial 2021.
Like · Reply · See Translation · 7w

**Delene Darcel**
I take all information from government funded organizations with a grain of salt until I can get it verified by independent sources.





**Katy Isennock**
**Johnson Taylor** why i cant hear
Like · Reply · 7w

**Irakli**
**Beqa Kopaliani** კაი ხანია კოვიდი გჭირს შენ 🙂
Like · Reply · See Translation · 7w

**Fernando Ramond**
**Yady Parra González** ···
Like · Reply · 7w

**Yady Parra González**
**Fernando Ramond** mi equilibrio Fer 😍
Like · Reply · See Translation · 7w

Reply to Fernando Ramond...

**Margaret Ann Wheeler**
http://whistleblowing-nih-financial-fraud.org/

WHISTLEBLOWING-NIH-FINANCIAL-FRAUD.ORG
Whistleblowing Misconduct Fraud & Corruption at NIH
Like · Reply · 7w

**Sun LW**
**Monalisa Gregg** 😮 1
Like · Reply · 7w

**David Ray Bridger**
**Kayla Marie Bridger**
Like · Reply · 7w

**Emily Bird**
**Michelle J Mathis**
**Alexis Garcia**
Like · Reply · 7w

**Margaret Ann Wheeler**
**#Fauci #ChristineGrady #NIH**
Like · Reply · 7w

**Gul Sanya**
L

Like · Reply · 7w

**Gul Sanya**

Like · Reply · 7w

**Evie Brown**
**Char Marriner** 👍 1
Like · Reply · 7w

**Kristin Crandall**
**Lynn Witherspoon Pawlak**
Like · Reply · 7w

> **Lynn Witherspoon Pawlak**
> **Kristin Crandall** interesting. I can definitely say tinnitus with Covid is a problem!
> Like · Reply · 7w
>
> Reply to Kristin Crandall...                    ☺ ☺ 🗗 🗑

**Tabatha Dennis-Long**
Mom **Bobbie Dennis** maybe you had covid. 😊
Like · Reply · 7w

> **Bobbie Dennis**
> **Tabatha Dennis-Long** I might of, I still have a small ringing in my ear.
> Like · Reply · 7w
>
> > **Tabatha Dennis-Long**
> > **Bobbie Dennis** get that tested and see so you know in case any after effects
> > Like · Reply · 7w · Edited
> >
> > Reply to Tabatha Dennis-Long...               ☺ ☺ 🗗 🗑

**JJ Alexander**
https://www.youtube.com/watch?v=q6yPVZ6Khe0

> YOUTUBE.COM
> WATCH! Rand Paul HUMILIATE Dr. Fauci. See his REACTION

Like · Reply · 7w

**Christine Hülser**
Lies
Like · Reply · 7w

**Ali Baba**
Worst it will lead to ADE
Like · Reply · 7w

**Lisa Marie McNally**
Fauci (the NIH) and everyone else found to be involved in creating, funding, and trying to cover up the creation of Covid-19 and any other man-made/manipulated virus that has resulted in deaths and outright terrorism should be charged with and found guilty of crimes against humanity. People need to stop blindly trusting people just because they're in positions of "authority" and/or call it "science". They lie, cheat, bully, and manipulate people for their own gains. In addition to millions of people dying from Covid, we now have millions of people who have been injected with an experimental vaccine that's already killing people (including my own Mother) because they're trusting the "science" and the "authority" figures telling them it's what they should do.
Like · Reply · 7w

> **Johnna Mellor**
> **Lisa Marie McNally** Yep. Blindly following Fauchi, who is a virologist who talks out his a$$, is ridiculous. He has incentives to make poeple believe him, but even people with any background in medical anatomy and physiology can tell you he is misleading people. On purpose, because he does know viruses work. He assumes, in his arrogance, that no one knows that he is a liar and opportunist.
> Like · Reply · 7w



**Sarah Jacks**
**Adam Jacks**
Like · Reply · 7w

**Wells Bobby**
Politicians and health bureaucrats all have EAR COVID. It causes a common side affect where they no longer listen to the people who elect and pay their wages 👍😷
Like · Reply · 7w                                                                    👍😷 7

   **Johnna Mellor**
   **Wells Bobby** Actually what they have is Cranial Rectosis. It's tough to listen with your head up your a$$.
   Like · Reply · 7w

   Reply to Wells Bobby...                                                    😊 📷 🎞 🎁

**Betzaida TVera**
**Jaysa Ortiz**
Like · Reply · 7w

   **Jaysa Ortiz de Gordián**
   **Betzaida TVera** y el dolor 😣
   Like · Reply · See Translation · 7w

   Reply to Betzaida TVera...                                                 😊 📷 🎞 🎁

**Amy Odessa**
**Jewell ... Joel?**
Like · Reply · 7w

**Sara Rollins**
**Greg Rollins**
Like · Reply · 7w

   **Greg Rollins**
   **Sara Rollins** but im not a covid 19 patient
   Like · Reply · 7w

      **Sara Rollins**
      **Greg Rollins** maybe you were
      Like · Reply · 7w

   **Greg Rollins**
   **Sara Rollins** maybe the sun will explode
   Like · Reply · 7w

   Reply to Sara Rollins...                                                   😊 📷 🎞 🎁

**Phil Saleh**
https://www.facebook.com/permalink.php?story_fbid=1647916312073563&id=100005656307453
Like · Reply · 7w                                                                     😮 1

   **Peter Roy**
   **Phil Saleh** - SPURIOUS SPAM
   An Ignorant and Misogynous attack
   on the NZ Prime Minister
   Posted by an Anti-Vaxx TROLL-BOT
   with a Dodgy FB Page - full of all kinds of Propaganda.
   Either Putting for Putin,
   or one of Putin's Useful Idiots.
   Do svidaniya, Tovarisch.



**Vickie Lindsey**
Welp, that explains somethings
Like · Reply · 7w

**Missy America**
#FireFauciAct #ArrestFauci
Like · Reply · 7w

> **Pamela Brett**
> **Missy America** Yes!! Get that traitor out!! #ArrestFauci
> Like · Reply · 7w

Reply to Missy America...

**Shannon Muirheid**
Omg go away covid
Like · Reply · 7w

**Patricia Linn**
**Wendy Siever**
Like · Reply · 7w

> **Wendy Siever**
> **Patricia Linn** very interesting! We will talk more about this today
> Like · Reply · 7w

Reply to Patricia Linn...

**Bobby Farmer**
I'm wary now since one study was produced through NIH seemed to link paraceptamol with Autistic people? Dodgy Science me thinks
Like · Reply · 7w

> **Peter Roy**
> **Bobby Farmer** Non-Scientist TROLL-BOT
> Squeaks up from a Blank FB Page.
> Spews Whataboutism.
>
> WHATABOUTISM – A dishonest arguing method that attempts to discredit a fact or position by deflecting the discussion using false equivalencies or a reference to real or imagined misdeeds of others and insults.
> In the past, this method was used extensively by Soviet and Russian propaganda outlets. Now commonly used by Internet Trolls and BOTS.
>
> Like · Reply · 7w

Reply to Bobby Farmer...

**Richard Charles**
**Emily Thieme**
Like · Reply · 7w

**Michelle Walker**
**Alisa Brown Thomas** interesting...

JA175



**Alisa Brown Thomas**
**Michelle Walker** Good explanation

Like · Reply · 7w

Reply to Michelle Walker...

**Laurel R. Ybarra**
Of course they would know this. They helped create this BIO-WEAPON

The conversation we ought to having is about Defunding the NIH & Prosecuting the Criminals!

https://news.yahoo.com/nih-admits-funding-gain-function...

NEWS.YAHOO.COM
NIH Admits to Funding Gain-of-Function Research in Wuhan, Says EcoHealth Violated Reporting Requirements

Like · Reply · 7w

**Cozette Haley Jerry**
More fear mongering

Like · Reply · 7w

**Peter Roy**
**Cozette Haley Jerry** - No.
Reporting medical facts is information,
not "fear-mongering".
Fear-mongering is what Anti-Vaxxers do.
Like your FB Page Anti-Vaxx Propaganda does . . .

Like · Reply · 7w

Reply to Cozette Haley Jerry...

**Tao of Medicine, Acupuncture and Wellness**
Good findings

Like · Reply · 7w

**Lyn C Lawrence**
**Jane Paul Brown**

Like · Reply · 7w

**Jane Paul Brown**
**Lyn C Lawrence**, this explains a lot!

Like · Reply · 7w

Reply to Lyn C Lawrence...

**Angie Gregory**
**Chloe Lippart**

Like · Reply · 7w

**Sandra D Berrettoni-Johnson**
**Kim Dunning Flynn**

Like · Reply · 7w

**Shelley Beeman**
Thank you for the info

Like · Reply · 7w

**Eliane El Haj**
**Anna El Haj**









**Kristy Heintz D'Angelo**
**Sara Rollins**
Like · Reply · 7w

**Melania Olvera**
**Pearl Bernardo**
Like · Reply · 7w

**John Kurzman**
The vax doesn't stop the virus in your sinuses. No reason to believe it stops it in your ear either, so this is NOT a reason to get vaxed. This is why the vaxed spread delta too btw, as it lives in the sinuses of the vaxed, they just don't get sick from it in the rest of their body. Would be good to hear what kills it when in the inner ear though, sinus rinse, etc?
Like · Reply · 7w · Edited

**Cyn Ambros**
John Kurzman you can't reach the inner ear without cutting open the brain.
Anyone can spread Delta even your cat.
Nothing to do with the vaccine.
1
Like · Reply · 7w · Edited

Reply to John Kurzman...

**Christine Zavala Muñiz**
**YEnid MC**
Like · Reply · 7w

**Hazel Kwak**
**Christina Ucaranza** here is a reputable source for you
Like · Reply · 7w

**Sharon Cowen**
**Shelley Beeman** interesting isn't this?
Like · Reply · 7w

**Shelley Beeman**
**Sharon Cowen** I've read about this. I'm not sure if this is the case with me as My antibody blood test showed I've never had COVID
Like · Reply · 7w

**Sharon Cowen**
**Shelley Beeman** yeah, right. Who knows?!?
1
Like · Reply · 7w

Reply to Sharon Cowen...

**Sarah Hains DiFazio**
**Elizabeth Hains**
Like · Reply · 7w

**Heather Grandon**
**TimandKarla Pickett**
Like · Reply · 7w

**Juan Carlos Ramos-Escobedo**
**Karina Barreto**
Like · Reply · 7w

**Denise Buono-Gagnon**
**David Foyt**
Like · Reply · 7w

**Brittany Dixon**
**Joe Maricelli**
Like · Reply · 7w

Like · Reply · 7w

**Joe Maricelli**
Lucky me lol. 1

Like · Reply · 7w

Reply to Brittany Dixon...

**Hanan Tiijani**
**Rosana Rosana**

Like · Reply · 7w

**Rosana Rosana**
**Hanan Tiijani** El hamdoullah j'ai récupéré l'audition 1

Like · Reply · See Translation · 7w

Reply to Hanan Tiijani...

**Erica Parsons**
**Casey Brown** what Joni experienced 1

Like · Reply · 7w

**Myah Pazdera**
**Chris Terzic** your hearing 1

Like · Reply · 7w

**Jesus Istheway**
So don't take the Vaccine that causes the issues.

Like · Reply · 7w

**Lisa Beth**
**Jesus Istheway** it's all of them isn't it?

Like · Reply · 7w

Reply to Jesus Istheway...

**Nancy Shea**
**Liza Libisono Golden**

Like · Reply · 7w

**Liza Libisono Golden**
**Nancy Shea** ...ya it could be

Like · Reply · 7w

**Nancy Shea**
**Liza Libisono Golden** call doctor and get him a high antibiotic

Like · Reply · 7w

**Liza Libisono Golden**
**Nancy Shea**...he's fine now...back to normal

Like · Reply · 7w

**Liza Libisono Golden**
He's fine now everything back to normal

Like · Reply · 7w

**Liza Libisono Golden**
He's fine now everything back to normal

Like · Reply · 7w

Reply to Nancy Shea...

**Afzal Khan**
benign paroxysmal positional vertigo. BPPV occurs when tiny calcium particles (canaliths) are dislodged from their normal location and collect in the inner ear. The inner ear sends signals to the brain about head and body movements relative to gravity. It helps you keep your balance.

Like · Reply · 7w

**Kelli Schultz**
**Andrew Budgin** 1

Like · Reply · 7w

**Andrew Budgin**
**Kelli Schultz** what?

Like · Reply · 7w

**Kelli Schultz**
**Andrew Budgin** just thought you'd like to know 🤷‍♀️

Like · Reply · 7w

**Andrew Budgin**
**Kelli Schultz** huh?

Like · Reply · 7w

Reply to Kelli Schultz...

**Denise L Burger**
I had covid 3 months last year ..and every since then I can barley hear ..

Like · Reply · 7w

**Fatima Kanwal Hashmi**
**Nimra Abdul Khaliq** is liye I feel me deaf bhe ho rahe ho

Like · Reply · 7w

**Nimra Abdul Khaliq**
**Effh Kah** hu nhe rhe tum shru se he ase thein 🤣

Like · Reply · 7w

**Fatima Kanwal Hashmi**
Khabees insan ha ap

Like · Reply · See Translation · 7w

**Nimra Abdul Khaliq**
**Effh Kah** shukran

Like · Reply · 7w

**Nimra Abdul Khaliq**
**Effh Kah** it has nothing to do with covid , I believe 😂

Like · Reply · 7w

Reply to Fatima Kanwal Hashmi...

**John Schaller**
The China Virus. I'm

Like · Reply · 7w

**William Webb**
Does this align with the gain of function research that your funding paid for in Wuhan?

1

Like · Reply · 7w

**William Webb**
"NIH says grantee failed to report experiment in Wuhan that created a bat virus that made mice sicker | Science | AAAS" https://www.science.org/.../nih-says-grantee-failed...

SCIENCE.ORG
NIH says grantee failed to report experiment in Wuhan that created a bat virus that made mice sicker

SCIENCE.ORG
NIH says grantee failed to report experiment in Wuhan that created a bat virus that made mice sicker

Like · Reply · 7w

Reply to William Webb...

**Kayla Fruge Ritter**
**Barrie Trouard Ritter**
Like · Reply · 7w

**Zahilly Salinas**
**Eileen Garay Fernandez !!!**
Like · Reply · 7w

**Sarah Elizabeth Roscher**
Zahilly Salinas Eileen Garay Fernandez I've been treating this and BPPV SO MUCH in the past year. 💚
Like · Reply · 7w

**Zahilly Salinas**
Sarah Elizabeth Roscher yay! Proud of you and I'm sure you're doing great and really helping those lucky patients!
Like · Reply · 7w

Reply to Zahilly Salinas...

**Kayla Fruge Ritter**
**Julie Gallagher Fruge**
Like · Reply · 7w

**Taylor Suda Macklin**
**Eileen Sobocinski Jay Macklin**
Like · Reply · 7w

**Sue Long**
**Aaron Long**
Like · Reply · 7w

**Lea Lewis-Niederbaumer**
**Teri Putzier Lewis**
Like · Reply · 7w

**Polly Phillips**
**Elizabeth Phillips**
Like · Reply · 7w

**Crystal Howell**
That was my only sympton.. with headache!
Like · Reply · 7w

**Davey Thomas**
Covid virus Ear ringing - Energetic light body _ ear frequency - programmed Optogenetic blue light in D.N.A as our brains are evolving on fast scale, effects are ears, taste, smell, feel, values with others 💚 ⚡😁
Like · Reply · 7w · Edited

**Rami Mounir- Loufa**
**Dina Hashish**
Like · Reply · 7w

**Dina Hashish** · Follow
Rami Mounir- Loufa ana etarasht
Like · Reply · See Translation · 7w

**Rami Mounir- Loufa**

JA180







**Rami Mounir- Loufa**
**Dina Hashish** بجمله المصايب
Like · Reply · See Translation · 7w

Reply to Rami Mounir- Loufa...

**Adrian Ibarra**
**Maisie Ahern** r u kidding me
Like · Reply · 7w

**Hala Alghnaimat**
**Dina Abednasser** سبب الدوخة اللي ازنخ شي بالكورونا
1
Like · Reply · See Translation · 7w

**Dina Abednasser**
**حلا الغنيمات** كل مرة راح ينزل تحليل جديد
Like · Reply · See Translation · 7w

Reply to Hala Alghnaimat...

**Breanna Scorza**
**Josue A. Lopez** 1
Like · Reply · 7w

**Russell Odal**
Goddamn... that was some filthy, evil, sick, spineless, space age genetic engineering that we paid for over there in Fauci's Wuhan medical lab. Ingenious if you're a diabolical asshole, though.
Like · Reply · 7w

**Ahmed Issam**
**Mahmoud Khalifa** منور يا معلم 1
Like · Reply · See Translation · 7w

**Mahmoud Khalifa**
**Ahmed Issam**
انا كنت عارف 😢
Like · Reply · See Translation · 7w

Reply to Ahmed Issam...

**Mario Bonilla**
Thanks
Like · Reply · 7w

**Sonya Coppin**
**Hanna Kotanichek** maybe this is why I keep saying huh?
1
Like · Reply · 7w

**Cassidy Smith**
**Sara C. Jacoby**
Like · Reply · 7w

**Sara C. Jacoby**
**Cassidy Smith** woah. My balance has been WAY more off than usual.
1
Like · Reply · 7w

Reply to Cassidy Smith...

**Belen B. Herner**
**Debra**
Like · Reply · 7w

**Crystal Sauer**
**Cindy Bertrand-Cinquanti Neelam Kansara Casey Folmar Hosegood Sarah Grimm**

Like · Reply · 7w

**Neelam Kansara**
**Crystal Sauer** interesting!
Like · Reply · 7w

**Sarah Grimm**
Yes, that is interesting
Like · Reply · 7w

Reply to Crystal Sauer...

**Clivia Brenner-Horton**
**Klenisson Brenner**
Like · Reply · 7w

**Mari Sweeting**
That explains it. 1
Like · Reply · 7w

**W Scott Jenkin IV**
Is THAT what I am experiencing?
Like · Reply · 7w

**Cassie Bates**
Like all other respiratory infections... 3
Like · Reply · 7w

**Chris Harris**
**Theo Vaisala** 1
Like · Reply · 7w

**Lauren Lindsay**
**Noelle Schwartz** 1
Like · Reply · 7w

**Barb Martin**
I can't take the stupid 2
Like · Reply · 7w

**Leidy Pérez**
**Eugenio Guevar**
Like · Reply · 7w

**Ashley Sadlier**
**Donna Brennan**
Like · Reply · 7w

**Bruna Bittencourt**
**Joao Felipe Justo**
Like · Reply · 7w

**Lindsay Prigge**
**Sandra Kelly**
Like · Reply · 7w

**Jacquie Leclerc**
**Jessica Thibodeaux**
Like · Reply · 7w

**Katie Ballard**
**Mackenzie Thaxton**
Like · Reply · 7w

**Mackenzie Thaxton**
**Katie Ballard** I started seeing that during my externship.
Like · Reply · 7w

**Jacqueline Evans**
Anthony

Like · Reply · 7w

**Olga Torica**
Natalla nu al sanse sa vina de aici?

Like · Reply · See Translation · 7w

**Anne Rich**
So now a ear infection will be Covid19 ??? Oh ok ✅

Like · Reply · 7w                                    💬 2

**Affaf Dah**
Houda Sanaa 💬 1

Like · Reply · 7w

**RaSha Khalil**
Yousra 😍 1

Like · Reply · 7w

**Amiee Ingram**
Jordan Ingram 💬 1

Like · Reply · 7w

**Magdalena Gwaltney**
Michael Patrick Gwaltney

Like · Reply · 7w

**Tiffani Ashley Lugo**
Caitlin Marie Lugo Pfleshinger Yvonne Lugo

Like · Reply · 7w

> **Yvonne Lugo**
> **Tiffani Lugo** interesting
> Like · Reply · 6w          💬 1

> Reply to Tiffani Ashley Lugo...                 😊 ⬜ 🎁 📷

**Jackie Jennetten**
so I have a hole inmy eardrum that leads to a hole in my skull... do I need to worry?

Like · Reply · 7w

**Janet Corral**
Klara Holloway 😍 1

Like · Reply · 7w

**Matt Robb**
Cutapusa.com

> CUTAPUSA.COM                                         ⓘ
> CuTap Kills 99.99% of bacteria and viruses – CuTap Self
> Sanitizing Surface Patch

Like · Reply · 7w

**Darla Demp**
Jane Folse 😊 ···

Like · Reply · 7w

**Kim Evans Smith**
Emily Smith

Like · Reply · 7w

**Tara DuPree**
Hearing high-pitched frequencies in your ears is a sign of spiritual Awakenings and downloads. Pay attention to what's going on around you when your ears are ringing. That's the universe talking to you. Furthermore, I wouldn't believe a



**Tara DuPree**
Hearing high-pitched frequencies in your ears is a sign of spiritual Awakenings and downloads. Pay attention to what's going on around you when your ears are ringing. That's the universe talking to you. Furthermore, I wouldn't believe a single thing the NIH says.
Like · Reply · 7w

**Macy Brackenridge**
No hocus pocus, just the facts please ma'am
Like · Reply · 7w · Edited

**Tara DuPree**
Macy Brackenridge that IS a fact, you're just not ready to receive it. I'd get ready if I were you. ❤️
Like · Reply · 7w

**Macy Brackenridge**
Citation please to your source
Like · Reply · 7w

**Tara DuPree**
Macy Brackenridge how does one cite the supernatural power of creation/source/God? 🙄 People mock what they don't understand 🔮
Like · Reply · 7w

**Jennifer Moran**
Tara DuPree I assume this is an excellent parody. You should write for the Onion.
Like · Reply · 7w

**Tara DuPree**
Jennifer Moran well, we both know what assumption is so 🔮
Like · Reply · 7w

Reply to Tara DuPree...

**Yuli Alcaraz**
**Jorge-Fermin Ruiz Caballero**
Like · Reply · 7w

**Tanya Ribald**
I have COVID and my ears feel like they're going to explode.
Like · Reply · 7w

**Cheryl Norton**
No matter how u look at it we are F
Like · Reply · 7w

**Brittny McVey**
**Wendy Rollins Elliott**
Like · Reply · 7w

**Wendy Rollins Elliott**
Brittny St Amand McVey yes girl! I believe it
Like · Reply · 7w

Reply to Brittny McVey...

**Erica Sanchez**
**Sebastian Tobon**
Like · Reply · 7w

**Jenna Danyel**
Matthew Byrne maybe I got Covid in ma ear 👂
Like · Reply · 7w

JA184





**Karen DuBose**
Oh Dear God, why hasn't China been held liable for this virus and the devastation it has caused.
Like · Reply · 7w 4

**Jennifer Moran**
**Karen DuBose** what's your plan, Karen?
Like · Reply · 7w 1

**Karen DuBose**
Whats yours 1
Like · Reply · 7w

Reply to Karen DuBose...

**Bárbara Étrangère**
**Josh Rooks**
Like · Reply · 7w

**Keith Reyes**
I'm having this right now
Like · Reply · 7w

**Blaire Hartstein**
**Kristy Owens**
Like · Reply · 7w

**Lindsay Brady**
**Paryss Brady**
Like · Reply · 7w

**Wurood Ismail**
**Yara Al-Tawil** tinnitus?
Like · Reply · 7w 1

**Lizeth Murillo Guillén**
**Alberto Qh Stephannie Montoya**
Like · Reply · 7w

**Angel Fay**
**Melissa Barasoain**
Like · Reply · 7w

**Kathleen M Karrer Canova**
**Sharon Karrer Janzen**
Like · Reply · 7w

**George MacDonald**
We need to end this misperception that SARS is only a respiratory illness. It is systemic and can affect all parts of the body. - sometime permanently.
Like · Reply · 7w 22

**Jennifer Moran**
**George MacDonald** true, but the respiratory illness is what usually kills people.
Like · Reply · 7w

**George MacDonald**
**Jennifer Moran** Our health care system focuses only on mortality and ignores morbidity - which destroys people's lives.

They set a pretty low bar for themselves.

There are plenty of people with long term & permanent disabilities from this disease - but we seldom hear of them.
Like · Reply · 7w 2

**Jennifer Moran**
**George MacDonald** I disagree with your putting the blame for that on

**Jennifer Moran**
George MacDonald I disagree with your putting the blame for that on the healthcare system, but I agree that this is a big problem.

Like · Reply · 7w

**Eric Allgrim**
George MacDonald my wife and I had breakthrough cases of covid in August. Mine turned into what best be described as a painful stomach virus. My wife had no stomach issues but now needs an inhaler after minor physical exertion and still can't taste or smell.

Like · Reply · 7w

**Macy Brackenridge**
Because much is dismissed as just a coincidence or unrelated

Like · Reply · 7w

**Cassie Bates**
George MacDonald SARS stands for Severe Acute Respiratory Syndrome. That's exactly what it is.

Like · Reply · 7w

**George MacDonald**
Cassie Bates That's PART of what it does. It can also impact the whole system - especially the neurologic and circulatory systems.

The head of WH security lost a leg and toes on the other leg to COVID. Others have multiple neurologic problems.

Like · Reply · 7w

Reply to George MacDonald...

**Melisa Henderson Pierce**
Angela Zimmerman Carlisle

Like · Reply · 7w

**Angela Zimmerman Carlisle**
Melisa Henderson Pierce well, I've had this happening for almost 3 years or I'd love to blame it on Covid

Like · Reply · 7w

**Melisa Henderson Pierce**
Angela Zimmerman Carlisle thought it was interesting. It could have been a trigger for a worse flare up though.

Like · Reply · 7w

**Angela Zimmerman Carlisle**
Melisa Henderson Pierce Covid would definitely make it much worse. The common cold triggers it, so I can't imagine the issues the vid would cause.

Like · Reply · 7w

**Melisa Henderson Pierce**
Angela Zimmerman Carlisle The important thing is you got a good husband out of it 😊

Like · Reply · 7w

**Angela Zimmerman Carlisle**
Melisa Henderson Pierce I really did 😊😊😊

Like · Reply · 7w · Edited

Reply to Melisa Henderson Pierce...

**Jiya Nbde**
Know a family person got pfizer second shot and within two days developed mastoiditis which also lead to tympanic membrane damage. Hopefully she is not losing hearing in one ear now.

Like · Reply · 7w

Like · Reply · 7w

**Lisa Beth**
**Jiya Nbde** how would it give an outright bacterial infection like that.. was this confirmed as the cause?

Like · Reply · 7w

**Jiya Nbde**
**Lisa Beth** no doctor pointed out that it could be the vaccine which I find weird. Also she never experienced anything like that before in her life. They just gave her morphine for the excruciating pain, in hospital. It was in Uk.

Like · Reply · 7w

**Laura Lee**
**Lisa Beth** it well could have been a coincidence. She was probably brewing it before the vaccination, and then her immune response kicked in and she became aware of it.

Like · Reply · 7w

**Jennifer Moran**
**Jiya Nbde** no doctor pointed out that it could be the vaccine, which is because it couldn't be.

Like · Reply · 7w

**Macy Brackenridge**
There could be a relationship. Can't be ruled out entirely based on the timing of the shot.

Like · Reply · 7w · Edited

**Jane McIntire**
**Macy Brackenridge** takes longer than that to develop mastoiditis. The only cause is chronic otitis.

Like · Reply · 7w

**Jennifer Moran**
**Jiya Nbde** correlation is not causation.

Like · Reply · 7w

Reply to Jiya Nbde...

**Matthew Harrison**
Fact checked this with a whistle blower and it's possibly misinformation. The NIH has been accused of funding the lab that created Covid 19.

Like · Reply · 7w · Edited

**Brandy Lucore Swayze**
**Matthew Harrison**



imgflip.com

Like · Reply · 7w



Like · Reply · 7w

**Brandy Lucore Swayze**
Tell that to millions of us that are suffering with constant buzzing and other noises in our ears since having Covid.
1
Like · Reply · 7w

**George MacDonald**
**Matthew Harrison** Yeh, by right wing crazies!
😂😂😂
Like · Reply · 7w

**Matthew Harrison**
**George MacDonald** This was sarcastically directed toward FB since they they spend so much time fact checking and questioning sources of others posts.
1
Like · Reply · 7w

**Cary Schooley Farber**
**Matthew Harrison** too many people believe this crap & so much more !
Like · Reply · 7w

**Matthew Harrison**
This was sarcastically directed toward FB since they spend so much time questioning others sources. I believe Covid causes Tinnitus as well as the vaccine. In case you haven't noticed much of the side effects are the same.
1
Like · Reply · 7w

**Macy Brackenridge**
So CN VIII is being affected
Like · Reply · 7w

Reply to Matthew Harrison...

**Kathy Scoby**
**Diana Scoby, John Scoby**
1
Like · Reply · 7w

**Abrah Mäki**
**Christen Lundy**
Like · Reply · 7w

**Christen Lundy**
**Abrah Mäki** how about complete hearing loss in one ear?
Like · Reply · 7w

Reply to Abrah Mäki...

**Derek Antal**

Like · Reply · 7w

**Katie Johnson**
**Sara Higgins**

Abrah Mäki
**Christen Lundy**
Like · Reply · 7w

Christen Lundy
Abrah Mäki how about complete hearing loss in one ear?
Like · Reply · 7w

Reply to Abrah Mäki...

Derek Antal   ···



Like · Reply · 7w

Katie Johnson
**Sara Higgins**
Like · Reply · 7w

Camille Schafer
**Reign Schafer**
Like · Reply · 7w

Reign Schafer
Camille Schafer weirrrrd. My hearing was definitely muffled while I had it
Like · Reply · 7w

Reply to Camille Schafer...

Lora Bingaman
**Lisa Bingaman**
Like · Reply · 7w

Elijah Matias
😂😂😂😂
Like · Reply · 7w

Saud Javed
**Daniyal Shabbir** reason we keep stumbling into bs
Like · Reply · 7w · Edited

Daniyal Shabbir
Saud Javed there's a meme here somewhere .. there has to be
Like · Reply · 7w

Reply to Saud Javed...

Amanda Marshall
**Nastasia PrinceArbor'smom Wilson**
Like · Reply · 7w

Patricia Fowler Freeland
Fauci's evil minion really did create a super bug....huh???
Like · Reply · 6w

Write a comment...

# EXHIBIT 5



**National Institutes of Health (NIH)** ✔
December 2, 2021 · 🌐

Tapping your fingers may seem mindless. But this brief video, using an advanced imaging technology, shows just how the brain controls this simple movement.

**Finger Tapping**

DIRECTORSBLOG.NIH.GOV
**Tapping Into The Brain's Primary Motor Cortex**
If you're like me, you might catch yourself during the day in front of a computer screen min...

👍❤ 97                                                    16 Comments 24 Shares

👍 Like              💬 Comment              ↪ Share                    ▾

All comments ▾

Write a comment...                                        ☺ 📷 🎁

**Dana Greentree**
What?? Your just now figuring out that the brain controls everything. And all that communication between the brain and the body, run thought the neurological system, other wise called the nervous system. And if there is any kind of damage or blockage, on those nerves, can and will interrupt those messages, and when those messages get disrupted, it can cause dysfunction to all body function, that leads out from the area that is getting blocked or interrupted. And her is more information, Pain is like the check engine light in a technical, again communication that there is a mechanical malfunction in the are where the pain is occurring. PAIN IS NOT A MENTAL ISSUE, and whoever is saying that is totally ignorant about pain and it's fiction, and is getting paid to spread half truth and misinformation. Not everything that happens in the brain is a mental issue.

Like · Reply · 4w                                                    👍❤ 4

  **Ayub Jamshaid**
  **Dana Greentree** you have a lot to learn still about pain science
  Like · Reply · 4w                                        ❤ 2

    **Dana Greentree**
    **Ayub Jamshaid** I guessing you know it all???? So tell me.
    Like · Reply · 4w

  **Ayub Jamshaid**
  Not my job to educate you... read some articles or books on pain
  science lol.
                                                      ❤ 1



**Dana Greentree**
Ayub Jamshaid Then stop acting like you do know it all. And telling others they don't know anything. Let me guess you have been convinced that pain is emotional, LOLOLOLOL. Pain and emotions are two different functions of the body. Do you think pain from a broken arm is emotional suffering, how about pain after some kind of injury. Funny when medical cannot find the root cause of the pain, it's mental issue. Ever hear of Degenerative Disc Disease, this is something that everyone has to deal with at some point, even you. Medical does not know how to fix, treat, cure, so just to cover their inability, they scapegoat and tell you it's all in your head, and tell you to go ride "Rainbow Unicorns". Deteriorating spine, that falls all over the place, that puts pressure and irritations all over the surrounding tissue and nerves, Arthritis, cancers, and all those other hard to treat medical conditions, that cause that communication, pain. Pain is there to let you know there is an internal mechanical malfunction. Would you call them emotional. Muscle tension, stress caused by some kind of situation that happened or is happening outside the body, that causes emotional disturbance, sure that is more in the area of mental health. Spend some time with some one who has a painful medical condition, that medical cannot fix, treat, cure, and call them mental. And when that day comes that you too end up with painful medical condition, go ahead and call yourself mental as well. There are a lot of fine lines when to comes to medical. And the fine lines between Pain and Emotions are many.

Like · Reply · 4w

**Ayub Jamshaid**
Dana Greentree lol, I'm getting my doctorate in physical therapy. I understand pain science. You don't need to write a paragraph talking to me about degenerative discs disease. Look up the bio psychosocial model of injury. You sound very arrogant. You obviously have no education.

Like · Reply · 4w                                          👍1

**Dana Greentree**
Ayub Jamshaid I'm happy for you that your are getting educated. It's just sad, that a lot of Dr's think that expensive piece of paper makes them a know it all. No I'm not arrogant, after 10 years of "Go see your doctor they can help" wasted therapy, wasted injections, I'm no better than I was 10 years ago, Dr's don't like me because I make them face up to thier failures. So tell me Doc, can you fix Degenerative Disc Disease, how about Arthritis, and all the other diseases that disable and kill. But "Go see the doctor they can help".

Like · Reply · 4w

Reply to Dana Greentree...                                  😊 📷 🎭

**Sherwin Norombaba**
FAKE NEWS.

Like · Reply · 4w

**Kathy Hart**
BRING BACK CHRIS CUOMO...OR... #boycottcnn

Like · Reply · 4w

**Eric Hoffman**
**Cathy Corbett Reiling**

Like · Reply · 4w



# EXHIBIT 6





**National Institutes of Health (NIH)**
5h ·

It takes billions of neural connections to power our basic motor skills. This video shows a key neural circuit in voluntary movement and confirms its long-believed existence.

DIRECTORSBLOG.NIH.GOV
**Groundbreaking Study Maps Key Brain Circuit**
Biologists have long wondered how neurons from different regions of the brain actually int...

Visit the COVID-19 Information Center for vaccine resources.
Get Vaccine Info

121 · 32 Comments 18 Shares

Like · Comment · Share

All comments

Write a comment...

**Donna Walter**
NIH, did YOU read the article???? 🤣🤣🤣 5
Like · Reply · 5h

**Donna Walter**
UPDATE
NIH finally read it and realized it was not about covid!!😂
Like · Reply · 2h · Edited

Reply to Donna Walter...

**April Lowell McCreary**
Oh, dear. **National Institutes of Health (NIH)** you've attached the wrong link with the wrong intro text, unfortunately. 1
Like · Reply · 4h

**Cindy Shank**
**April Lowell McCreary** makes you wonder why the V don't work?

**Cindy Shank**
**April Lowell McCreary** makes you wonder why the V don't work?
Like · Reply · 3h

Reply to April Lowell McCreary...

**Karen Vethekar**
🙄 I'm confused by the article and the post.
Like · Reply · 5h    😊 8

**Josh Briggs**
They work really well so you have to get a booster now!🙂
Like · Reply · 6h    👍😆 4

**David Filskov**
How do you test for immunity from T- / memory cells?
Like · Reply · 4h

**Mary Katarzyna Marek**
**National Institutes of Health (NIH)**/WRONG LINK
Like · Reply · 6h    👍 3

**Cindy Shank**
The US had less cases and deaths in 2020 w/o this crap than2021 with the wonder cure? What do you think more cv deaths 2021??? Does anyone have a reason for this? Just curious.
Like · Reply · 3h · Edited

**Aurora Howlett**
So THIS is why there are so many horrible side effects to the innefective covid vaccines? Because the shots interfere with the nervous system?
Like · Reply · 23m

**John Schaller**
Just remember if you actually get sick you should seek monoclonal antibodies within a few days or they won't work. All references available at louderwithcrowder.com

LOUDERWITHCROWDER.COM
Louder With Crowder

Like · Reply · 6h    👍😆 4
↳ 1 Reply

**Charles Wobbs Concia**
Yeah they just invented this test in order to prove covid works that's kind of funny.
Like · Reply · 6h    👍 3

**Arshad Ali**
If vaccine is successful then why cases are going up ?
Why do we need boosters ?
And now they are talking booster every six months ?... **See more**
Like · Reply · 4h    👍 1

**Karen Vethekar**
**Arshad Ali** if god exist why do we suffer? 🙄
Like · Reply · 4h    👍 1
↳ View 3 previous replies

**Karen Vethekar**
**Arshad Ali** yep. I have all my vaccinations and boosters.



Like · Reply · 5h

**Arshad Ali**
If vaccine is successful then why cases are going up ?
Why do we need boosters ?
And now they are talking booster every six months ?... **See more**
1
Like · Reply · 4h

**Karen Vethekar**
**Arshad Ali** if god exist why do we suffer? 🥲
1
Like · Reply · 4h

**Arshad Ali**
**Karen Vethekar**
Good question
So you came to earth on your own ?
Like · Reply · 4h

**Karen Vethekar**
**Arshad Ali** I believe so. Just like you can be a virgin and have a baby right? 🥲
1
Like · Reply · 4h

**Arshad Ali**
**Karen Vethekar**
R u fully vaccinated?
Like · Reply · 4h

**Karen Vethekar**
**Arshad Ali** yep. I have all my vaccinations and boosters.

You?
Like · Reply · 4h

**Arshad Ali**
**Karen Vethekar**
No vaccination for me
Like · Reply · 3h

**Karen Vethekar**
**Arshad Ali** never been vaccinated before?
Like · Reply · 2h

**Arshad Ali**
**Karen Vethekar**
Only childhood
Like · Reply · 2h

**Karen Vethekar**
**Arshad Ali** that's good to hear.
Like · Reply · 2h

# EXHIBIT 7





nihgov · Follow
National Institutes of Health (NIH)

nihgov #NIH is officially launching an IG account! Follow us for cool science images, health tips, and a behind-the-scenes look at the nation's top biomedical research institute! #Followus #FirstPost #Health #Wellness #Science #research

205w

starchild_mo Welcome to IG! Look forward to seeing updates on the amazing work y'all are up to!

203w Reply

emesarmy Yay! Welcome to the #insta party!

203w Reply

s1ccmade 👌

190w Reply

rickymooredaniels are cells somewhat like the façades of nuclei acids? 😃

167w Reply

chaymaequeenkh م

40w Reply ···

chaymaequeenkh م

40w Reply

73 likes

JANUARY 23, 2018

Add a comment... Post

nihgov · Follow
National Institutes of Health (NIH)

s1ccmade 👌

190w Reply

rickymooredaniels are cells somewhat like the façades of nuclei acids? 😃

167w Reply

chaymaequeenkh م

40w Reply

chaymaequeenkh م

40w Reply

chaymaequeenkh م

40w Reply

chaymaequeenkh م

40w Reply

chaymaequeenkh م

40w Reply

chaymaequeenkh م

40w Reply

73 likes

JANUARY 23, 2018

Add a comment... Post

# EXHIBIT 8





nihgov • Follow

nihgov Did you know it's #HepatitisAwarenessMonth? #HuBMAP researcher from #PennState, Dr. Hua Tian, and Columbia University's Brent Stockwell present a high resolution cluster secondary ion #massspec image of mouse liver that shows biomolecules at single cell level. Red = immune cells, yellow = stellate cells, magenta = Kupffer cells, aqua = cell boundaries, blue – nuclei, green = glutamine synthase #womeninscience #NIH

32w

julesmzu It's IVERMECTIN!! They just refuse to admit it. See the FLCCC

32w 1 like Reply

rae.gan867 Frauds. Big embarrassment to America

32w Reply

331 likes

MAY 22, 2021

Add a comment... Post

nihgov • Follow

Columbia University's Brent Stockwell present a high resolution cluster secondary ion #massspec image of mouse liver that shows biomolecules at single cell level. Red = immune cells, yellow = stellate cells, magenta = Kupffer cells, aqua = cell boundaries, blue – nuclei, green = glutamine synthase #womeninscience #NIH

32w

julesmzu It's IVERMECTIN!! They just refuse to admit it. See the FLCCC

32w 1 like Reply

rae.gan867 Frauds. Big embarrassment to America

32w Reply

zhalgas_zharkimbaev ALLAHU AKBAR.

28w Reply

331 likes

MAY 22, 2021

Add a comment... Post

# EXHIBIT 9



nihgov · Follow

**nihgov** Repost from @nichd_nih: Learning how blood and lymphatic vessels in the eye develop and function is important for understanding and treating human eye diseases and disorders. This picture of an anesthetized adult zebrafish was taken with a powerful microscope that uses lasers to illuminate the fish. The image shows blood vessels (red) and lymphatic vessels (blue) in the eye. This picture was named an "Image of Distinction" in the 2019 Nikon Small World competition.
Credit: Daniel Castranova, Weinstein Lab
@DCastranova
.
.
.
#NICHD #NIH #ScientificImages #ModelOrganisms
#Zebrafish

24w

**jennifer.cowan.507** @thelymphaticmessage

24w Reply

**na.tabesh** Thanks very useful medical physiology.

24w Reply

**na.tabesh** Are Irritable Bowel Syndrome and Ulcerative Colitis Related?
Yes, only the organ is involved in each colon.
We successfully passed the irritable bowel syndrome.
But we have been on ulcerative colitis Crown

683 likes

JULY 20, 2021

Add a comment... Post

nihgov · Follow

**jennifer.cowan.507** @thelymphaticmessage

24w Reply

**na.tabesh** Thanks very useful medical physiology.

24w Reply

**na.tabesh** Are Irritable Bowel Syndrome and Ulcerative Colitis Related?
Yes, only the organ is involved in each colon.
We successfully passed the irritable bowel syndrome.
But we have been on ulcerative colitis Crown colitis for a long time without result.
During this time, only the diameter of the fistula narrows slightly to the skin.
Only this.
Do you have a solution?
Precisely what has been done with migraine headaches with a 95% recovery rate.
But we are helpless in cluster headaches.
There is a bad type in every type of disease.

23w Reply

**diverdowncа** ARREST FAUCI NIH WUHAN IV, crimes against humanity, biological warfare WUHAN VIRUS

23w 2 likes Reply

**beba__rb** Fire Fauci

19w Reply

683 likes

JULY 20, 2021

Add a comment... Post

# EXHIBIT 10





nihgov · Follow ···

nihgov Researchers used artificial intelligence to map hundreds of new protein structures, including this 3D view of human interleukin-12 (blue) bound to its receptor (purple). Credit: Ian Haydon, University of Washington Institute for Protein Design, Seattle
.
.
.
#NIH #AI #artificialintelligence #proteinfolding #scienceimage #3D #protein #proteinscructure #scienceanimation #research #science

23w

stevenk311 "Protien" folding? Protein scrture?
23w Reply

juanruso12 Wow! Wow wow
23w Reply

this_metafiltered_life The fact this isn't getting more attention says a lot about science in America...oh wait, climate change and vaccine denialism already do a great job of illustrating that pathetic point.
23w Reply

communityhealthed We're a student-led nonprofit public health organization that works to educate communities across the United States by preparing and distributing reliable, evidence based educational materials written by students.

960 likes
JULY 27, 2021

Add a comment... Post

nihgov · Follow ···

communityhealthed We're a student-led nonprofit public health organization that works to educate communities across the United States by preparing and distributing reliable, evidence based educational materials written by students. Help us to make medical information accessible to all! Check us out!
22w Reply

weareibec Great to see progress on the future of science!
22w Reply

nail_sulaiman100 Follow @doc.rehan for all medical updates and vibes🔥🔥
22w Reply

saveourchildrenow The Hawaiian Government is trafficking Children. Waikiki is a Hotspot for child prostitution. The U.S Government and Local City Officials are involved in child trafficking networks in Hawaii. The Military and Honolulu Police department has many ties associated with child trafficking networks.
22w Reply

gime_donth_leger Beautiful 😍😍😍
22w Reply

stars.medals These covid shots are NOT vaccines, they are GENE THERAPY because

960 likes
JULY 27, 2021

Add a comment... Post

**nihgov** · Follow

Help us to make medical information accessible to all! Check us out!

22w Reply

**weareibec** Great to see progress on the future of science!

22w Reply

**nail_sulaiman100** Follow @doc.rehan for all medical updates and vibes🔥🔥

22w Reply

**saveourchildrenow** The Hawaiian Government is trafficking Children. Waikiki is a Hotspot for child prostitution. The U.S Government and Local City Officials are involved in child trafficking networks in Hawaii. The Military and Honolulu Police department has many ties associated with child trafficking networks.

22w Reply

**gime_donth_leger** Beautiful 😍😍😍

22w Reply

**stars.medals** These covid shots are NOT vaccines, they are GENE THERAPY because vaccines prevent infection and spread but these covid shots DON'T prevent either the infection nor the spread therefore they are NOT vaccines.

22w 1 like Reply

960 likes

JULY 27, 2021

Add a comment... Post

# EXHIBIT 11











nihgov • Follow

nihgov NIH scientists found a process in cells that may limit the level of infectivity of SARS-CoV-2. Mutations in the alpha & delta variants overcome this effect, potentially boosting the spread of the virus. The knowledge could inform efforts to develop new interventions for #COVID19. This discovery is an example of basic research in action. Read more: https://bit.ly/3BYLte3

Image: Creative rendition of SARS-COV-2 virus particles with spike proteins dotting their surfaces. Image not to scale.

Credit: @niaid
.
.
.
#NIH #NIDCR #COVID19 #NIHBasicScience #basicresearch #basicscience

7w

richardhemenez Science rules! 🙌
7w 1 like Reply

Hide replies

itsarepublicstupid 🤡
6w Reply

valesalinas2003 Experimenten entre humanos mismo 😡😡😡😡

1,029 likes
NOVEMBER 15, 2021

Add a comment... Post

nihgov • Follow

valesalinas2003 TENER POR MÁS DE 10 AÑOS A ANIMALES ENJAULADOS NO ES CIENCIA‼️ ES TORTURA
7w 2 likes Reply

valesalinas2003 NO DESCANSAREMOS HASTA QUE SUS JAULAS QUEDEN LIBRES DE ANIMALES
7w 1 like Reply

amaliafaradila #stopanimaltesting
7w 1 like Reply

aysglcannn #stopanimalstesting
7w 5 likes Reply

isavb0619 🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕🐕
2w Reply

joe_steele_79 Thank you folks for all you do
7w 2 likes Reply

aysglcannn #stopanimalstesting
7w 4 likes Reply

dilyasays End Murray's horrific primate experiments!!!

1,029 likes
NOVEMBER 15, 2021

Add a comment... Post

nihgov · Follow

aysglcannn #stopanimalstesting
7w 5 likes Reply

isavb0619 🐕🐕🐕🐕🐕🐕🐕🛑🛑🛑🛑🛑🛑🛑🛑🛑🛑
2w Reply

joe_steele_79 Thank you folks for all you do
7w 2 likes Reply

aysglcannn #stopanimalstesting
7w 4 likes Reply

dilyasays End Murray's horrific primate experiments!!!
7w 4 likes Reply

claudiane35 Deixem os animais em paz!! Vocês financiam Elisabeth murray para torturar animais!!!🤮🤮🤮🤮🤮🤮👎👎👎
7w 3 likes Reply

karmenkikkas #stopanimalabuse #stopanimalcruelty #stopanimaltesting 🤢🤢🤢🤢
6w 1 like Reply

bakimliyim_com #stopanimalstesting
6w 1 like Reply

1,029 likes
NOVEMBER 15, 2021

Add a comment... Post

nihgov · Follow

physician_scientist The sad thing that the current leaders of the NIH have done is lose the trust of the public with science. Never in history has this ever happened. The current leadership isn't leading. They are desecrating science and causing more people to be resistant to novel helpful therapies.
7w Reply

pecaruso I love the NIH but I wish you guys were empowered more to solve the true problems facing health/biomedical research than be backed into the politically fueled economic corner and have to use your brilliance on economic crisis' rather than true crisis' facing humanity for so many decades and will continue to plague us until we remove dinosaurs from leadership that care more about money than humanity.
7w 2 likes Reply

silver_sonuvabtch NIH funded the gain of function research that created COVID 19.
7w 4 likes Reply

valesalinas2003 #animalabuser
7w 3 likes Reply

psychoeducation_addiction hello everyone! i'm sponsoring this new page because i think our society need more awarness on problems related to addiction, and my goal it's to provide a

1,029 likes
NOVEMBER 15, 2021

Add a comment... Post

nihgov • Follow

**psychoeducation_addiction** hello everyone! i'm sponsoring this new page because i think our society need more awarness on problems related to addiction, and my goal it's to provide a evidence based form of information about lecit and illecit drugs, unhealthy addictive behaviors and change,
approaching them through art. i hope you would enjoy and learn something from it!

6w Reply

**mar.lynsita** #STOPANIMALABUSE

7w 3 likes Reply

**hudsontoo12** Serious question- how do you people sleep at night? How do you allow one man to dictate the price of souls? I think the world will remember the NIH for 'Crimes Against Humanity'. Shame on all of you for not sending out a content message. You killed people.

6w 2 likes Reply

Hide replies

**dennis_kinsington** Nuremberg part 2

6w Reply

**julesmzu** Is it Ivermectin? Because we all know that works. Does the "new" treatment involve ivermectin (under a new formulation maybe)?

7w Reply

1,029 likes

NOVEMBER 15, 2021

Add a comment... Post

nihgov • Follow

**dominatortheterrible6** Why did Pfizer add a heart attack drug in the clot shot for kids

6w Reply

**itsarepublicstupid** Not a good night for NIH and the despicable people behind the gain of function research, the release of the virus, and the coverup. Now NIH wants a 20% budget increase from our taxes.

6w Reply

**valesalinas2003** TORTURADORES

7w 1 like Reply

**valesalinas2003** ASESINOS‼️‼️‼️

7w 1 like Reply

**bakimliyim_com** #animalabuser Murray is the worst person on this earth. NIH is the most disgusting cooperation for letting her do this. #freeguinness

6w 1 like Reply

**tamale_jackson2** I thought you guys were supposed to be looking out for the health of the public. It seems you're doing the exact opposite and putting millions of people at risk just for big pharma profits

7w 3 likes Reply

1,029 likes

NOVEMBER 15, 2021

Add a comment... Post

**nihgov** · Follow

7w 1 like Reply

**bakimliyim_com** #animalabuser Murray is the worst person on this earth. NIH is the most disgusting cooperation for letting her do this. #freeguinness

6w 1 like Reply

**tamale_jackson2** I thought you guys were supposed to be looking out for the health of the public. It seems you're doing the exact opposite and putting millions of people at risk just for big pharma profits

7w 3 likes Reply

**baktybekova7_** Требую освобождения всех животных!!!!! Сволочи!🤬🤬🤬🤬😡😡😡😡

7w 1 like Reply

**bsb1183** The jabbed are walking variant factories. I'll just go ahead and keep my natural immunity.

7w 1 like Reply

**araijelson1** CAN'T THANK YOU ENOUGH FOR THE SMILE YOU HAVE BEEN PUTTING ON MY FACE EVER SINCE I STARTED INVESTING WITH YOU. THANK YOU FOR TURNING MY $1,000 TO $23,300 IN JUST 7 DAYS @trhy65hjdt66uj

6w Reply

1,029 likes

NOVEMBER 15, 2021

Add a comment... Post

# EXHIBIT 12







nihgov • Follow ···

nihgov 👁 Eye see you looking at HuBMAP's #immunofluorescence microscopy image of a human retina from Dr. Angela Kruse at Vanderbilt University. We think that shows great insight and vision on your part 😎
Long spindly cells on top – Müller glia, green layer – retinal pigmented epithelium
.
.
.
#WomenInScience #ScienceImage #NatEyeInstitute #SpragginsLab #NIH #imaging #SciArt #PublicHealth #science

14w

darenkalm MURDERER!!! GO TO HELL!!

12w Reply

katiebug1987 Save the beagles!!!

12w Reply

Liked by grrattacapo and others

OCTOBER 22, 2021

Add a comment... Post

nihgov • Follow

puppy 1/39

14w Reply

ahm12w2 La muerte no es ciencia hijos de puta

14w Reply

ronnie_kharmarbha Let the puppies live , put your ugly faces infront of those sandflies

14w Reply

madimafiwrites PUPPY KILLERS

14w Reply

lora.creates #savethechildren #savethebeagles

14w 1 like Reply

sophia.marcolla U mf puppy killers

14w 1 like Reply

Liked by grrattacapo and others

OCTOBER 22, 2021

Add a comment... Post

# EXHIBIT 13

nihgov • Follow

nihgov 🔵 Eye see you looking at HuBMAP's #immunofluorescence microscopy image of a human retina from Dr. Angela Kruse at Vanderbilt University. We think that shows great insight and vision on your part 😎
Long spindly cells on top – Müller glia, green layer – retinal pigmented epithelium

#WomenInScience #ScienceImage #NatEyeInstitute #SpragginsLab #NIH #imaging #SciArt #PublicHealth #science

14w

darenkalm MURDERER!!! GO TO HELL!!
12w  Reply

katiebug1987 Save the beagles!!!
12w  Reply

watch_1t_ And then u blaming parents for fucking letting their kids on electronics n social media!!! It's YALL EVIL FUCKS !!!!!!!!! POISONING AMERICAN FOOD!!!!!!!!!!!!! CREATING ALL THESE HEALTH PROBLEMS!!!!! EVERY. SINGLE. ONE. OF. THEM!!!!!!!!!!!!
13w  Reply

watch_1t_ Phoney ass government agency!!!!! TAKE OUT ALL THE NASTY DISGUSTING CHEMICALS ENDOCRINE DISRUPTORS, PLASTICS, HFCS IN AMERICAN FOOD!!!!!!!!!!!!! THIS IS GENOCIDE!!!!! @nih @who @cdc @fda
13w  Reply

turds_revenge2 #crimesagainstchidren #crimesagainsthumanity #thesepeopleareevil #thesepeoplearestupid #thesepeoplearesick
13w  Reply

turds_revenge2 #nuremberg2
13w  Reply

turds_revenge2 #faucilieddogsdied
13w  Reply

turds_revenge2 #animalcruelty
13w  Reply

turds_revenge2 #adrenochromeproduction
13w  Reply

_lauren.donaldson_ Horrible people
13w  1 like  Reply

luciacastaldo_ ew i hate u
14w  Reply

bri__allison You should all have your head put in those cages… an eye for an eye.
14w  Reply

sarahpear55 Deaths and injuries from vaccine on VAERS.org
14w  Reply

ninastoriesgn What you did to those dogs is sickening. How can you sleep at night?
14w  Reply

_emilymcknight_ Evil
14w  Reply

quiet_cj #donotcomply
14w  Reply

quiet_cj #fauciemails #plandemic #wuhanlab #wuhanvirus #gainoffunctionresearch #hydroxychloroquine #ivermektin #propaganda
14w  Reply

quiet_cj #beaglelivesmatter imagine what we DONT know about. #adrenochrome
14w  Reply

jessicalynnlifts MONSTERSS!!!!!! 🤬🤬
14w  Reply



tate.orpen I hate you guys so much. Fauci needs life in prison
14w  Reply

living_life8899 You guys all deserve a one way ticket to GITMO especially Fauci.
14w  Reply

blancaisela1 SAVE THE BEAGLES!!!!
14w  Reply

sarahpear55 To all the heinous monsters that have preyed upon the innocent, I have a fitting punishment if convicted of crimes against humanity. They should have their vocal cords surgically removed and their heads should be placed in a box of sandflies while beagle puppies watch.
14w  Reply

gustavoh48 Take down the government
14w  Reply

soldbysyl DISGUSTING AND shameful!! Are you MONSTERS?!?! How can you perpetuate this barbarity against innocent puppies 😡😡😡😡
14w  Reply

shiela_ffrey12 Save yourself from herpes virus with natural remedies from @yusuf_herbs I have been cured from genital herpes I know how it feels thinking nothing else can be done
14w  Reply

angelina.isola CLOSE THIS SHIT DOWN WE DONT NEED YOU NIH
14w  1 like  Reply

jasmin_fabienne Puppies ha?! Disgusting!!! Shame on you!!!!
🔴
14w  Reply

mindofafunnymanswhore Evil bastards with no integrity or moral compass
14w  Reply

x2jz_jon You are all sick!!! What if I locked your heads and let insects eat you alive? @nihgov
14w  Reply

philip.90 Murderers!
14w  Reply

kraaven.redd Save the puppies
14w  Reply

oklastday You people are sick and need to be in jail.
14w  Reply

varnicajain HOW CAN YOU EVEN THINK THAT SUCH RESEARCHES WOULD BENEFIT YOU! You think killing poor creatures who cannot speak for themselves would favor you ever??? GOD, I HOPE YOU ALL ROT ON EARTH!!!!

jnavost54321 God is watching every NIH employee. He sees what you are doing.
14w  Reply

wandering_with_winter #savethebeagles
14w  Reply

nishkaax #stopanimalcruelty #animalcruelty #animalcrueltyfree #bananimalcruelty
14w  Reply

minttuhonkaniemi #stopanimalcruelty
14w  Reply

tesa_____ SHAME ON YOUUUUUU
14w  Reply

valeriexarmas_ Psychos
14w  Reply

abbyelinsky 🔵 YOU GUYS ARE HORRIBLE
14w  Reply



**deby_chale** You all are monsters!! #savethepuppies
14w   Reply

**jmolenda0131** Really puppies and children!!!!! Hope somehow you get injected with your own poison
14w   Reply

**keanayomomma** YOU GUYS ARE DISGUSTING
14w   Reply

**melissaerinmartin** SOCIOPATHS
14w   Reply

**_layla.lee_** rot in hell
14w   Reply

**_layla.lee_** killers
14w   Reply

**jenniemmitchell1.0** #fuckfauci #fuckjoebiden #adrenochromeextraction #adrenochromeelites
14w   Reply

**markplymale** You all are horrible people
14w   Reply

**ahm12w2** La muerte no es ciencia hijos de puta
14w   Reply

**ronnie_kharmarbha** Let the puppies live , put your ugly faces infront of those sandflies
14w   Reply

**madimafiwrites** PUPPY KILLERS
14w   Reply

**lora.creates** #savethechildren #savethebeagles
14w   1 like   Reply

**sophia.marcolla** U mf puppy killers
14w   1 like   Reply

**kgt592** Leave the poor dogs alone you sickos Puppy Killers, watch and see how karma will come for all of you for being evil psychopaths without souls . #fraudcci #fauccitorturespuppies #faucciserialkiller #fauccithedogabuser #animalabuseisnotscience #animaltortureisnotscience #savethebeagles
14w   Reply

**xtenia5** Gross organization. How can you all sleep at night
14w   Reply

**turds_revenge2** #adrenochromeproduction
14w   Reply

**reslisxx** SAVE THE BEAGLES
14w   Reply

**reslisxx** SAVE THE BEAGLES
14w   Reply

**reslisxx** As a human I feel sorry that people like you do such cruel things,you are nothing than ignorant.I am really heartbroken that our humanity is ignorant and heartless,I don't know how you can still work like this,like it never happened,you have a really cold heart,it is really sad.I am disgusted,shame on you as a humans.I am really mad at you
14w   Reply

**sabella_90** Killer science!!!! Leave dogs alone!!! So sick!!!
14w   Reply

**reslisxx** #stopanimalcruelty
14w   Reply

**sheri_barker** Remove gain of function. Fire Fauci
14w   Reply

**figaropravda** #fauciliedpeopledied
14w   Reply

**figaropravda** #faucilieddogsdied
14w   Reply

JA218



figaropravda #arrestfauci
14w  Reply

empressmellie @beaglefredom @beaglefreedom
@beaglefreedom
14w  Reply

hivaleunx Sad sad sad and pathetic killers
14w  Reply

crazycraver Defund the NIH
14w  Reply

lucy.valen13 You cover Fauci!!! You are killers!!
14w  Reply

lucy.valen13 You don't have hearts. You are killers!!!
14w  Reply

emma.x.x.14 Sick b@stards!! Leave the puppies alone!!!!
Murderers!!!
14w  Reply

lianamartinez Shame on anyone who is involved!
14w  Reply

lianamartinez PUPPY KILLERS
14w  Reply

ericasanchezsu Puppy killers!!!
14w  Reply

nataly_smoreira Killers 😡
14w  Reply

ashleynicole511 Beagles, monkies and orphaned children with
AIDS. YOU PEOPLE ARE SICK!!!! How do you sleep at night?!?!?
14w  1 like  Reply

robwinchesterart TRUE EVIL EXISTS. Bought and paid for with
our us tax dollars. You will not get away with it.
14w  Reply

alwayswildnfree TERRORISTS!
14w  Reply

shoe.spanner 🔴🔴🔴
14w  Reply

katmarie6126 😡😡😡😡
14w  Reply

katmarie6126 Shameless and disgusting.
14w  Reply

ashmovesdifferent Leave the dogs alone you fucking morons
14w  Reply

iarafinkfoschino There are alternatives for c r u e l a n i m a l t
e a t l n g. The development for a n l m a l f r we alternatives
are out there. End this unnecessary act now. More context on
my last post .
14w  Reply

turds_revenge2 #adrenochromeproduction
14w  Reply

princesss_beckyyy Shame on you
14w  Reply

jahimsaa Im curious who's ACTUALLY running this page. It
seems to be a child posting on it
14w  Reply

2mhb2 Arrest Fauci
14w  Reply

ay.s__ Save the beagles!!!!!!!!
14w  Reply

ghislainewasmurdered Disgraceful scumbags you all are!
14w  Reply





[redacted]

**shristi_2324** Leave the dogs aloneee 😡
14w Reply

**melycepeda36** Motherfuckers save the beagles!
14w Reply

**richie_1122** At least crop the photo better next time....
14w 1 like Reply

**superflyguitarguy** 🤬🖕
14w Reply

**balidreamstulum** Fucking assholes!!!!
14w Reply

**nfiorela** Justicia a los cachorros!!!
14w Reply

**itsgyzelle** #firefauci
14w Reply

**alexelizabethdeleon** Save the beagles
14w Reply

**joellealzaibak** Bitches !!!
14w Reply

**lynns.millette** How do u sleep at night knowing what you did to those poor helpless puppies?! Your whole organization is beyond disgusting, evil, and inhuman. How would you feel if you were forcefully tied down if you were being Eaten alive by sand flies? Fauci and anyone who was involved deserve to rot in prison that's something my tax dollars SHOULD be going towards. Fucking heartless cowards.
14w Reply

**animal__drawing** 💩💩💩💩💩💩💩
14w Reply

**animal__drawing** 😡😡😡
14w Reply

**animal__drawing** SICKOS AND PUPPY KILLERS
14w Reply

**animal__drawing** TORTURES
14w Reply

**animal__drawing** Leave the dogs ALONE
14w Reply

**animal__drawing** You belong in hell!!!!
14w Reply

**animal__drawing** Puppy killers
14w Reply

**michaelapadova** SICK!!!! LEAVE THE DOGS ALONE!!!
14w Reply

**michaelapadova** Puppy killers
14w Reply

**michaelapadova** #stopanimalcruelty
14w Reply

**stephaniefaryas** Sick bastards!!!
14w Reply

**stephaniefaryas** Sick bastards!!!
14w Reply

**bareaestheticsco** Wtf is wrong with you guys
14w Reply

**bareaestheticsco** Disgusted
14w Reply

**carolinadzdu** Wtf! You guys are doing to the dogs it's abuse!!!!!! 🔥🔥🔥
14w Reply

carolineaaair #stopanimalcruelty
14w   Reply

analauradh F*CK you!!!!!!!
14w   Reply

dricherson2014 Fire Fauci! #defundnih
14w   Reply

kiwasabi5 Covid19 is a hoax. SarsCov2 has never been isolated
nor proven to exist. You are complicit in Crimes Against
Humanity.
14w   3 likes   Reply

pricillarosetaylor You're pigs
14w   Reply

exoticcarsandcreditusa Fauci should be tarred and feathered
along with some at the CDC and WHO - but make no mistake,
the real targets are the likes of Bill Gates and a few others
14w   Reply

exoticcarsandcreditusa Defund the @nihgov
14w   Reply

tonyconnor1 Address the elephant in the room you sick fu<ks.
The people no longer acknowledge your organization. The
people know what you're about. The people will ultimately
circle your kind. Money, elite friends & the bubbles you live in
will not provide shelter.
14w   Reply

soniadiaz09 #stopanimalcruelty #stopanimalabuse
#stopanimaltesting❌
14w   Reply

niix368 🔴
14w   Reply

kthlynmercado Horrible horrible!!!!!
14w   Reply

valenttinavargas Sick bastards
14w   Reply

lucaschmidttt y'all going to hell
14w   Reply

lucaschmidttt y'all a terrible organization
14w   Reply

lucaschmidttt save the beagles
14w   Reply

vegana_antinatalista ponga fin a la experimentación con
monos por favor, ¡son horrorosos!
14w   Reply

nany_vargas_ballenato ponga fin a estos experimentos
horrorosos.
14w   Reply

arcaritatiane #stopanimalcruelty
14w   Reply

edithlol2021 Fire Fauci!!!
14w   Reply

edithlol2021 Save the beagles!!!!
14w   Reply

gabbybrov PUPPY KILLERS
14w   Reply

caffeinated_mama79_2 All of you need to go to prison!!!
14w   1 like   Reply

soytatisok F * vk u @nihgov
14w   Reply

tacoh_ Murders !!
14w   Reply

lindsay_allee FIRR FAUCI





14w Reply

**carallen** BURN IN HELL

14w Reply

**noemiroddriguez** Leave the dogs alone !

14w Reply

**vanialpr** I wish you what you did to the Beagle puppies. Monsters!!!

14w Reply

**katherinewestonn** i hope whoever was mean to those puppies goes to heck

14w Reply

**katherinewestonn** u disgust me

14w Reply

**cynthianixon** And we see you... it's all coming to light

14w Reply

**oncelostclothingco** 🖕🏴‍☠️

14w Reply

**jadeeevf** SAVE THE BEAGLES 😡😡😡😡😡

14w Reply

**megangrahamfitness** Just curious, but why don't you post any pictures of the barbaric experiments that you've been doing on dogs?

14w Reply

**adessastine** THE WAY YOU THROW THEM SO INHUMANLY IN THE TRASH WITH NO GUILT. THE ULTIMATE SIN

14w 1 like Reply

**oliverlovessophie** #defundfauci #endanimaltestingnow

14w Reply

**austinweiss** ✔ Just checking in with y'all about the beagles and sand flies and another gain of function funding

14w 4 likes Reply

**lionparty43** #crimesagainsthumanity

14w 1 like Reply

**lionparty43** #letsgobrandon

14w 1 like Reply

**lionparty43** #arrestfauci

14w 1 like Reply

**soyraffi** 🤬🤬🤬🤬🤬

14w Reply

**sum_buns** God will strike you down NIH and all involved ⚡⚡

14w 3 likes Reply

**sum_buns** Glows like your Luciferaze 👹

14w 2 likes Reply

**that.brad.guy93** Let's go Brandon!

14w Reply

**wwyyzer** #adrenchromeproduction

14w 1 like Reply

**unnkknownn1.1** PUPPY KILLERS!!!!!

14w Reply

**a.m.y.s.h.o.r.t** Save the beagles!!!!!!

14w Reply

**juliaisabela.s** 🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮

14w Reply

**cxhxaxnxexlx** 👎👎👎👎👎👎

14w Reply

**adessastine** KARMAS A BITCH, AND IT'LL EAT YOU UP I PROMISE.

14w Reply

**yborianni** Asesinos
14w Reply

**iescalante1977** Sociopaths!
14w Reply

**kay_k_xx** Monsters! Leave the dogs alone!!!
14w Reply

**bentleyw5** Sick bastards let experiments be done on you @nihgov
14w Reply

**pepsypenna1** So that's one way y'all have been adrenalizing the children's blood? Have them eaten live? What are the other ways ? Bet there's a money trail here we can find.
14w 4 likes Reply

**nico__ptrr** Save the beagles ! Killer
14w Reply

**pepsypenna1** We KNOW it's not just dogs you've been experimenting on.
14w 5 likes Reply

**pepsypenna1** Where are the pics of the babies being eaten alive ?
14w 2 likes Reply

**disciple2_4actual** Soon your evil will be exposed to the world.
14w Reply

**l_m_capps** #prisonforfauci #fauciisafraud
14w Reply

**sarahpear55** So let me get this straight, Fauci harvested human baby scalps and grafted them to mice, tortured puppies to death and severed their vocal chords to silence their screams, and created COVID-19 in a lab, which killed millions. And people are still listening to him???? He should be in prison!!!
14w Reply

**abigailthefrog** save the beagles
14w Reply

**turds_revenge2** #frazzledrip #adrenochromeproduction
14w 5 likes Reply

**txgrl11** If you don't know, Look up Adrenochrome!!!! ITS ALL ABOUT THE CHILDREN
14w 4 likes Reply

**txgrl11** SAVE THE CHILDREN
14w 4 likes Reply

**paybackvet** Why would you let Dr fauci do such hideous experiments on innocent beagle's, that is about as cruel as you can get! us😡
14w Reply

**alwayswildnfree** #SAVETHECHILDREN
14w 1 like Reply

**alwayswildnfree** H A N G T H E B A S T A R D S
14w Reply

**alwayswildnfree** Dog killers
14w 1 like Reply

**alwayswildnfree** Murderers
14w Reply

**alwayswildnfree** Pain is coming
14w 1 like Reply

**montana_birder** There will in the future be a thorough inquiry, not only into the active staff themselves, but those funding these atrocities
14w 1 like Reply

**alwayswildnfree** ARREST FRAUDCI AND HIS MAN WIFE!
14w 1 like Reply

**deadmanxwayne** TRASH !!









14w Reply

**tamale_jackson2** Bunch of bought-off scientists calling the shots @nihgov

14w 4 likes Reply

Hide replies

**turds_revenge2** @tamale_jack2 yep

14w 1 like Reply

**bsb1183** You're all going to jail!

14w Reply

**xdarkmoonrisingx** How goes the #adrenochrome extractions? Save the Beagles...ELIMINATE the NIH #crimesagainsthumanity #animalabusers #puppykillers

14w 2 likes Reply

**lt_herring** Did the terrorized chimpanzee adrenochrome y'all helped Fauci extract NOT work out??? Asking for a friend...

14w Reply

**paulterranovatattoo** @nihgov are scum🤢🤢🤮🤮🖕🖕🖕

14w Reply

**turds_revenge2** @nihgov are y'all planning on releasing killer sand flies on us? #gainoffunction

14w 8 likes Reply

**turds_revenge2** SAVE THE CHILDREN

14w 10 likes Reply

**turds_revenge2** Y'all go look up adrenochrome on duckduckgo if you don't know what that is.

14w 7 likes Reply

**1111_autumnstars** THE GREAT AWAKENING!!

14w Reply

**turds_revenge2** You fvcking people are demonic

14w Reply

**jessica_mmartinez** #firefauci

14w Reply

**cupcakehomicide** #DefundTheNIH

14w 2 likes Reply

Hide replies

**turds_revenge2** @cupcakehomicide #crimesagainsthumanity #crimesagainstchidren #adrenochrome #animalcruelty

14w 1 like Reply

**turds_revenge2** You fvcking liars

14w Reply

**turds_revenge2** I see y'all removing my comments

14w 10 likes Reply

Hide replies

**10_grosse_negerlein2** @turds_revenge2 Naaaahhhhhh....

14w 1 like Reply

**10_grosse_negerlein2** @10_grosse_negerlein2 😂😂😂😂

14w 1 like Reply

**mmasonmartinez** murderers

14w Reply

**turds_revenge2** #crimesagainsthumanity #crimesagainstchidren #animalcruelty

14w 9 likes Reply

Hide replies

**10_grosse_negerlein2** @turds_revenge2 🤙....💪

14w Reply

**turds_revenge2** #fauxvid19 🖕 #faucilieddogsdied #fauciliedpeopledied

14w Reply

turds_revenge2 #faucilieddogsdied you people are fvcking evil
14w Reply

pandakot999 Killers 👎 👎 👎
14w Reply

jasminn.n Fucking sick
14w Reply

breezyd_2.0 Fck you pos evil demons.
14w Reply

irenerosado #stopanimalcruelty
14w Reply

johnbartlettny Save the Beagles. Shame on u
14w Reply

guidoumc1123 #defundnih #animalabuse
14w Reply

guidoumc1123 #animalabuse
14w Reply

guidoumc1123 #defundnih
14w Reply

scrumboldt 🖕🖕🖕🖕🖕🖕🖕🖕🖕🖕🖕🖕
14w Reply

ouravonne2 #beagleslivesmatter
14w Reply

nellsinpinkk You disgusting piece of shitS! How could you live with yourselves? #STOPANIMALCRUELTY
14w Reply

m.bhalla1411 Free the dogs.... Puppy killers
14w Reply

joaquin_r08ledo #defundnih
14w Reply

kud33 Why did you purge language on gain of function from your website? Telling....
14w 1 like Reply

lilith_iil #stopanimalcruelty
14w Reply

nati_pierzati Killers!
14w Reply

frankenkitty97 Shams on you!! Leave the dogs alone!
14w Reply

miguelxsuxx I WANNA PUT YOUR HEADS IM CAGES
14w Reply

miguelxsuxx GO TO HELL AND BURN
14w Reply

miguelxsuxx LET THEM FREE
14w Reply

miguelxsuxx FAILED ABORTION MOTHERFUCKER
14w Reply

miguelxsuxx YOUR MOM SHOULD'VE SWALLOWED YOUR ASS
14w Reply

innerlightgram #stopanimalcruelty
14w Reply

innerlightgram #stopanimaltesting
14w Reply

innerlightgram A total disappointment and failure
14w Reply

**steph8721** SAVE THE BEAGLES!!!

14w Reply

**solciiandrada** ❌❌❌❌❌❌❌❌❌❌❌❌❌

14w Reply

**solciiandrada** BASTA DE TORTURAS

14w Reply

**solciiandrada** ❌❌❌❌❌❌❌❌❌❌❌❌❌❌

14w Reply

**sluttbiebss** YOU GUYS ARE SICK HUMAN BEINGS

14w Reply

**lifework2019** #savethebeagles

14w Reply

**twinkle6184** Puppy killers inhuman

14w Reply

**viviyuri** 😢

14w Reply

**hh24_rn** Leave our kids and dogs alone! 😡

14w Reply

**gasparina09** 🖕🖕🖕🖕🖕🖕😒

14w Reply

**samrtinez** SAVE THE BEAGLES!!!!!! #SAVETHEBEAGLES

14w Reply

**samrtinez** How is it possible that dogs are put in cages to be eating alive by flies in 2021? Why will you give money to do that? 🤢🤢🤢

14w 1 like Reply

—— Hide replies

**katmarie6126** @samrtinez The money comes out of OUR taxes. It's sick!

14w 1 like Reply

**mollys_lips3** Save the beagles! #stopanimalcruelty

14w Reply

**brendareva** Sickos!!! 😱

14w Reply

**maria_van_niel** Save the beagles!

14w Reply

**nemo__brown** MURDERERS!?!

14w Reply

**danna._.jpg** You will pay it, abusers

14w Reply

**abulldoglife** @nihgov = Pure evil

14w Reply

**goldddiiee** #defundNIH

14w Reply

**goldddiiee** Exposure is coming for all. The puppies are the tip of the tipping iceberg. #fauciisakiller

14w 1 like Reply

**kerrinlynnn** Wait till u find out what they are doing to the children... with VACCINES....

14w 1 like Reply

**ashleyiafrate** Someone should put Fauci's head in a box and let flies eat at him

14w Reply

**lisawalchusky** #firefauci

14w Reply

**ashleyiafrate** Absolutely despicable

14w 1 like Reply

jetplxne fuckin weirdos
14w  Reply

allie7767 Puppy killer. You lost all respect!
14w  1 like  Reply

hiiii_miiii122 SAVE THE PUPPIES 🔴🔴🔴 SAY NO TO EVIL SCIENCE
14w  1 like  Reply

dmcgishere Do something about Fauci. So disgusting. See the pictures of what he did to puppies on @peta
14w  Reply

alexandraxnicole Dog killers ❤️
14w  Reply

aestheticcliniciverpool YOU SCUMBAGS
14w  Reply

nika.dasilva PUPPY KILLERS 😡
14w  1 like  Reply

horny_unicorny Save the beagles!!!!!!!!!
14w  Reply

blackdiamonddetailingg Save beagles
14w  Reply

wesbvv Save the beagles
14w  Reply

sierra.viridiana PUPPY KILLERS
14w  Reply

whiteprivilege2021 Puppy killers!
14w  Reply

hgmdiego 😂😂😂😂😂
14w  Reply

hgmdiego 😂😂😂😂
14w  Reply

hgmdiego 😂😂😂😂😂😂😂😂😂😂
14w  Reply

krisy125 sickos. So glad you guys have been exposed.
14w  1 like  Reply

izabela_wojtas_ You people are the cruelest. How can you even look in a mirror?!? What the hell is wrong with you?!?! How can you do this to those pups ?!?!? You are just f****d up!!!!
14w  1 like  Reply

hannah.gagain you guys can go to hell 😡
14w  1 like  Reply

_meganpilled Blm (beagle lives matter)
14w  Reply

priihsant PUPPY KILLERS!!!! 😡😡😡😡😡
14w  Reply

tlnbabe #firefauci 😡
14w  Reply

be.creeative Animales, enfermos
14w  Reply

be.creeative Animales son ustedes
14w  Reply

dievonletzternacht Save the Beagles!!!
14w  Reply

iamsteef1 ARREST FAUCI!
14w  Reply

alessandra.ramirez puppy killers.
14w  Reply



dafne_navaa Dejen de maltratar animalees! Asesinos
14w   Reply

matchacharu #stopanimalcruelty
14w   Reply

hinaspsp Nojo
14w   Reply

mehndi_by_amala #Stopanimalcruelty
14w   Reply

lishamirz Save the beagles
14w   Reply

lishamirz Puppy killers
14w   Reply

nikomikadze Dog killers
14w   Reply

jumarcone 👎👎👎👎
14w   Reply

valkiriaa_soares Save the beagles!!!!!!!
14w   Reply

prisveggie Save the beagles hdspm!
14w   Reply

ggracesmithhh PUPPY KILLERS
14w   Reply

ggracesmithhh DEFUND NIH
14w   2 likes   Reply

ggracesmithhh SAVE THE BEAGLES
14w   Reply

b_yasmin_ #stopanimalcruelty
14w   Reply

gonzamansilla_ You bastards!!
14w   Reply

marielyebra RELEASE THE DOGS, A HOLES
14w   Reply

mariana_solipa Torturam cães
14w   Reply

nickogapoveche SAVE THE BEAGLES!!!! You're killers!
14w   Reply

avec_serif LEAVE THE PUPPIES ALONE
14w   Reply

lizzyelljay DOG MURDERERS !
14w   Reply

varelacelena SAVE THE DOGS
14w   Reply

mynameisemyyy Leave the dogs alone
14w   Reply

miliehansson #animalabusers 🔴🔴
14w   Reply

oliaxcirco #murders
14w   Reply

oliaxcirco #murders
14w   Reply

barrorgaincet Asesinos hijos de. P. #animalrights
14w   Reply

live_love_pray8 Ase #si #nos de animales!
14w   Reply



**benthje** you're insane
14w   Reply

**zommgirl** #ArrestFauci
14w   Reply

**iatauroadri** What are you doing with beagles? Monsters
14w   Reply

**iatauroadri** https://www.instagram.com/p/CVedZWSF1fY/?utm_medium=copy_link what is that????
14w   Reply

**theoatmilkman** Save the beagles
14w   Reply

**osmo5566** Burn in hell !
14w   Reply

**osmo5566** Burn in hell !
14w   Reply

**versusariq** Fuk yalll
14w   2 likes   Reply

**d_a_novaes** Nojo 🤮
14w   Reply

**marshie_k** Disgusting. You should be ashamed.
14w   Reply

**_eva_camilo** 🤬🤬🤬🤬🤬
14w   Reply

**_sem_nome_2021_** SAVE THE BEAGLES, SEUS CUZÃO! BR🟡
14w   Reply

**emily.granatx** PUPPY KILLERS
14w   Reply

**hannahpferdehof** Murder
14w   Reply

**bette_withane** Rot in hell
14w   Reply

**staffordshire_nala** Disgusting!! 🔴🔴
14w   Reply

**shandilyashambhavi** Barn fauci
14w   Reply

**lucyageeva** I know karma will get you and your company with all this wrong things you do with this demon Fauci. You will suffer as well it's just a question of time
14w   Reply

**laurasophie__r** You guys are the worst! Shame on you!
14w   Reply

**denzi_mga** SICKENING!! LEAVE THE DOGS ALONE
14w   Reply

**iman__sardar** #stopanimaltesting #stopanimalabuse #stopanimalcruelty #stopkillinganimals !
14w   Reply

**mataraniariimoe** 🔴🔴🔴🔴🔴🔴🔴🔴🔴
14w   Reply

**ben_wattz** Mother fuckers, save the beagles
14w   Reply

**jasminkiemel** #stopanimalcruelty !!!
14w   Reply

**xleeor** Murderers, all of you. There's a special place in hell for every single one of you!!
14w   Reply

**patriotblackbarbie** PUPPY KILLERS
14w   2 likes   Reply







**just_another_weeb_101** DOG KILLERS
14w Reply

**liliaduch** @hsiglobal ??
14w Reply

**nisha_ar91** It's institutes like you who make the world a cruel, ugly place and create diseases like covid!
14w Reply

**liliaduch** 👎👎👎
14w Reply

**katieskye_m** disgusting
14w Reply

**nisha_ar91** #arrestfauci
14w Reply

**jokadaro_** What a shame to be called NIH, can you even think twice and say loud the shit you've done? Probably not
14w Reply

**arbaaazzzzzzzz** Fucking monsters
14w Reply

**odinsaidmama** #animalabuser
14w Reply

**odinsaidmama** #animalabuse
14w Reply

**zackireland619** Boooooooooooooooo
14w Reply

**lolabel123** Where of your pictures of tortured puppies???? 😥
14w Reply

**la_chancita** 👎
14w Reply

**jcmaree89** How can you justify tormenting innocent puppies 😡😡😡
14w Reply

**purplefairyania** Save the beagles🙏
14w Reply

**toooniowen** Disgusting!!!!!
14w Reply

**aryanraj01** Torturers!!!!
14w Reply

**emmyluu1** DISQUSTING!!!!!!
14w Reply

**emmyluu1** SICK PEOPLE
14w Reply

**babiwinand** Sickos
14w Reply

**babiwinand** Free the puppies!!!!!!!!
14w Reply

**ziafoley** LETTING FLIES FEED ON PUPPIES, HOW ABSOLUTELY DISGUSTING!!! 😡
14w Reply

**aveganfeminist** Shame on you.
14w Reply

**hayley_wilks** Puppy killers!!!! Save the beagles
14w 1 like Reply

**onlyrescuedogsmom** Disgusting useless humans.
14w Reply

**hazey_matheus** Dog murdererd
14w Reply

[redacted]

**defnekrhsyn** 🤬😡
14w Reply

**leolovesyouall** fucking criminal!!! you have to die suffering🔥🔥🔥🔥🔥🔥
14w Reply

**sarita_am_11** Puppy killers
14w Reply

**sarita_am_11** Puppy killers
14w Reply

**mariska_sagapo_** 👎👎👎👎👎👎😡
14w Reply

**lio_disordered** Mofo get ur head out of ur buttt
14w Reply

**lio_disordered** Mofo mofo mofo u will die
14w Reply

**lio_disordered** Save the beagle u mofo
14w Reply

**ginger_thorn** Eh what's a couple beagles lives in the grand scheme of the $ they make off of this "science". Wear your masks and shut the hell up. Only the elite Democrats get a pass. You peasants get your covid vaxxes every 6 months or lose your jobs and live in the gutters.
14w 1 like Reply

**the_ridges_are_back_back** F*cking Killers!!!!
14w Reply

**itsconnie** Are u kidding me? WTF ! Leave the beagles pups ALONE !
14w 1 like Reply

**crypto_ayda** shame on you, i hope ypur moms head is butchered 🖤🙂
14w Reply

**_maggieamaya** Torturadores dan vergüenza A SC O de gente 👎
14w Reply

**yaminalaroussi** 🤮🤮🤮🤮🤮🤮
14w 1 like Reply

**chris.shay** Beagle murders. How could you perform such horrible experiments you should be in prison
14w Reply

**mcmakelove** #SaveTheAnimals
14w Reply

**babeharatha** Yall are not human! Heartless creature's
14w Reply

**mcmakelove** Why y'all out here killing puppies tho
14w Reply

**j0ell_0** go f u cccc your selfs
14w Reply

**j0ell_0** go fucc your selfs
14w Reply

**aridimattia** Killers!!!!!!!!!!!
14w Reply

**nicolee_duree** Abusers
14w Reply

**gourdsandghouls** #savethebeagles #savetheanimals #stopanimaltesting @potus #arrestfauci
14w Reply

**meliazhuang** #STOPANIMALCRUELTY
14w Reply

**jemm.may** #stopanimalabuse

**onlywali** Terrible terrible government agency.
14w   Reply

**chimpi.blacky.cloe.bob.marley** Karma 😡😡😡😡
14w   Reply

**kaitlynhornbaker** no
14w   Reply

**manuel_lucas_morais** 🏆🏆🏆🏆🏆
14w   Reply

**_gaia_rising_** Evil. Those images are sickening. Inhumane.
14w   Reply

**bernadettegaile** DEMONS
14w   Reply

**nany_vargas_ballenato** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos, no nos ignoren!!
14w   Reply

**vegana_antinatalista** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos.
14w   Reply

**zanatta_lauraa** Coloca a foto dos animais que vcs torturam seus filha da puta
14w   Reply

**gabs_cohen** #stopanimaltesting #stopanimalabuse
14w   Reply

**tokimarketsv** STOPPPPP TO CRUELTY
14w   Reply

**tokimarketsv** SAVE THE BEAGLES!!! STOPPPPPPPO
14w   Reply

**dogchainss** PUPPY KILLERS #shameonyou
14w   Reply

**gisstahl** Lo que hacen no es ciencia es TORTURA!!!! 😡😡😡😡
14w   Reply

**gisstahl** #stopanimaltesting 😡😡😡😡😡😡😡😡😡😡😡 dejen a los animales en paz! ❌❌❌❌❌❌
14w   Reply

**madeline_krasno** @nihgov has an entire list of blocked words that will automatically hide your comments related to a n i m a l t e s t i n g. Link in my bio for more info on my current #freespeech lawsuit!
14w   5 likes   Reply

**kuhu.ks** marega saale tu jldi marega aur gandi se gandi maut marega
14w   Reply

**kuhu.ks** krle madarchodh kitne comments delete krega aur report krega !
14w   Reply

**kuhu.ks** you all are soo naive you all are cheap
14w   Reply

**kuhu.ks** ❌❌❌❌❌❌❌
14w   Reply

**kuhu.ks** you all should die go to hell
14w   Reply

**kuhu.ks** puppy killer !
14w   1 like   Reply

**kuhu.ks** you people should keep yourself in that cage and i will show you how bites are done
14w   Reply

**kuhu.ks** vou don't deserve to be on this earth



14w   1 like   Reply

**kuhu.ks** you people are disgusting human beings
14w   3 likes   Reply

**riyasinha___** You and your useless experiments are murders...
14w   Reply

**ericxnorman** 🖕
14w   Reply

**bernardabobovecki** burn in hell monsters
14w   2 likes   Reply

**widyaaao** PUPPY KILLER
14w   2 likes   Reply

**ag989765** #peta
14w   Reply

**ag989765** SHAME ON YOU!!!!!!!!!
14w   Reply

**alexisliohn** The recent news about the cruel puppy experiments on beagles.. primates being tortured by acid and snakes is horrific. i do not want my taxes going towards any of this. Be ethical. https://thehill.com/changing-america/well-being/medical-advances/578086-bipartisan-legislators-demand-answers-from-fauci#stopanimaltesting
14w   Reply

**iamfrancisalvarez** You bunch of fux.
14w   2 likes   Reply

**novitaitaliani90** Are u crazy ?!!🔴🔴🔴🔴
14w   Reply

**daisyziga** #stopanimalcruelty #stopanimaltesting #stopanimalabuse
14w   Reply

**rodrigorinaldini** 😡😡😡😡😡😡
14w   Reply

**ftk12023** Puppy killers!
14w   2 likes   Reply

**dayra_cruz_** Disgusting!
14w   Reply

**ferraciolicamila** PUPPY KILLERS, STOOOP, ENOUGH!!!!!
14w   Reply

**erickagiannelly** Using science for sadisms and psychopathy. You should investigate your level of psychopathies.
14w   2 likes   Reply

**erickagiannelly** Waiting for the Law of Return for something inhuman and cruel. Here you do, here you pay
14w   Reply

**lizthedfordwalsh** SAVE THE BEAGLES!!!!
14w   5 likes   Reply

**erickagiannelly** MONSTERS
14w   4 likes   Reply

**klips33** Save the beagles!!!
14w   4 likes   Reply

**sabgk** KILLERS
14w   3 likes   Reply

**joselynlizette** #stopanimalcruelty
14w   4 likes   Reply

**shathrat_hope** Sham on you killers 🔴🔴😡
14w   3 likes   Reply

**camilacatriman** #animalcruelty #stopanimaltesting #faucifraud
14w   Reply

**tishablvck** @nihgov MONSTERS





[redacted]

14w 3 likes Reply

**lynfulmore_** FIRE FAUCI.
14w 3 likes Reply

**seth_da_great__** Death penalty.
14w Reply

**m_soledad_mo** 💩💩💩
14w 2 likes Reply

**study_life01** 😡😡😡😡😡😡😡
14w 3 likes Reply

**study_life01** 😡😡😡😡😡😡😡
14w 3 likes Reply

**lohaaane.c** #stopanimalcruelty🚫
14w 3 likes Reply

**fvvvn11** AND WHOEVER ROCKS WITH YOU
14w 1 like Reply

**silviolocatelli** 💩💩💩💩💩💩
14w 3 likes Reply

**silviolocatelli** 😡😡😡😡😡😡😡😡
14w 4 likes Reply

**fvvvn11** ROT IN HELL YOU FUCKTARDS
14w Reply

**fvvvn11** FUCKING PATHETIC
14w Reply

**socalinvestor73** F YOU GUYS 🔥
14w Reply

**vipackard** Puppy killers 🤬
14w 4 likes Reply

**paulinhajms** It's outrageous what you've been doing to the poor puppies!!!
14w 3 likes Reply

**daza_lex** PUPPY KILLERS!!
14w 6 likes Reply

—— Hide replies

**alexisliohn** @daza_lex 😦
14w 1 like Reply

**ludianydias** 🤮🤮🤮🤮🤮🤮
14w 3 likes Reply

**kawingler** Save the baby humans?
14w 3 likes Reply

**k_marie_jones** Pure Evil
14w 3 likes Reply

**erhortopan** Shame on you all. You have abused American tax dollars- I hope you're defunded and every single person held accountable.
14w 11 likes Reply

**jharkin1** You are barbarians, quit experimenting on Beagles.... you pieces of shit!
14w Reply

**the_live_oak** #FauciTorturesBeagles
14w 4 likes Reply

**lucky.seed.co** 🖕🖕🖕🖕🖕🖕🖕 booooo you suck! #FJB
14w Reply

**cl4ri44** SAVE THE BEAGLES !
14w 20 likes Reply

—— Hide replies

**alexisliohn** @cl4ri44 and primates..horrific tests on

14w · 2 likes · Reply

alexisliohn @cl4ri44 commenting on @potus page..

14w · Reply

shannonh1973 WTF us wrong with y'all

14w · 16 likes · Reply

cherryslushiee What's done in the dark will eventually come to light

14w · 15 likes · Reply

takeadifferntpath Disgusting

14w · Reply

hano2wiceofficial What did all those experiments yield?! Sickos 🤮🤮🤮

14w · 10 likes · Reply

maria.goman._ #faucilledpuppiesdied

14w · 9 likes · Reply

710.mikejames2.0 Fire fauci

14w · Reply

finstafunsun2020 @senatorrandpaul looks like he was right

14w · 15 likes · Reply

lizdolego SICK!! LEAVE THE DOGS ALONE!

14w · 98 likes · Reply

p3rc_n0witzki ARREST ANTHONY FAUCI!!!

14w · Reply

clubflims no one likes you btw 😂😂😂

14w · 7 likes · Reply

davaloshomes Fire FAUCI 👍um

14w · 13 likes · Reply

nature.booklover Save the Beagles !!!!!

14w · 325 likes · Reply

syrinaxoxo Shame on you #stopanimalcruelty

14w · 15 likes · Reply

lc_bombshell Why did you remove language on gain of function from your website. Where's the transparency. #defundNIH

14w · 90 likes · Reply

jonahhensley Y'all some terrible people

14w · Reply

thealexstrohm #FireFauci

14w · 32 likes · Reply

tricia.weinstein #firefauci

14w · 10 likes · Reply

tricia.weinstein Sick puppy killers!!!!!

14w · 16 likes · Reply

adamasztalos Eventually all lies come to light. The present administration's cover up of all Fauci's crimes are past obscene. It shows the trail of a much bigger corruption that is getting harder and harder to hide, which is why the present administration is forcing the social media giants to tune up censorship. It won't help. Whoring science to politics has shows the total disregard to voters and taxpayers intelligence.

14w · 119 likes · Reply

fesbueno_ #stopanimalcruelty

14w · 52 likes · Reply

fesbueno_ JUSTIÇA PELOS CACHORROS!!!!!!!!! 😡😡😡😡😡😡

14w · 19 likes · Reply

juan2thecarlos Disgusted 😩

14w · Reply

tom_goodwn I can't wait to watch all of you go to prison. You are all sick and twisted people. We have no place on earth for

your kind.

14w   Reply

**knighted_lobster** #stopanimalabuse #stopanimaltesting #stopanimalcruelty . their lives are much more valuable than u pathetic assholes. get a grip.

14w   Reply

**tengeloff** Death penalty for those involved

14w   3 likes   Reply

**deniseakc** You all are inhumane and disgusting evil!!! The NIH serves no good purpose other than stealing tax payer dollars!!! To jail all of you!!!

14w   2 likes   Reply

**everascendinglight** Sickos

14w   44 likes   Reply

**elder.jon** #arrestfauci

14w   1 like   Reply

**carrie_ossa** Sickos and puppy killers

14w   121 likes   Reply

**samantharuskcaplinger** Fire Fauci. Defund the NIH.

14w   62 likes   Reply

——  Hide replies

    **tom_goodwn** @samantharuskcaplinger #ArrestFauci and #defundnih

    14w   6 likes   Reply

    **adlk_mountaim_girl** samantharuskcaplinge 🏚️👏🤝

    13w   Reply

**thaynaraac** Disgusting scientists

14w   4 likes   Reply

**thaynaraac** Killer science

14w   155 likes   Reply

**operation.meteor** What was the point of drugging dogs and having insects eat them alive? You fuckers are disgusting.

14w   7 likes   Reply

**thepinkglamsuite** Killing humans and dogs, Wowwww what's next?

14w   3 likes   Reply

**rican_ramos_** You will need to be tried in a court of law you sick bastards

14w   2 likes   Reply

**je_mappelle_tania** SAVE THE BEAGLES!

14w   365 likes   Reply

**laryslisboaa_** Ridículos

14w   1 like   Reply

**carlacoutoure** DR FAUCI IS A M U R D E R E R

14w   13 likes   Reply

**travispeterson** Get fucked.

14w   2 likes   Reply

**otanniell** Tortura animais não é ciência. É crueldade

14w   27 likes   Reply

**otanniell** Você acham certo isso que vocês fazem com os animais ?

14w   19 likes   Reply

**otanniell** A justiça tarda mais não falha

14w   12 likes   Reply

**otanniell** Bando de filhos da puta

14w   Reply

**snowfall.andrea** What's up with Fauci and the beagles getting eaten alive by flies??

14w   72 likes   Reply



Hide replies

**megangrahamfitness** Seriously, they have so many pictures on their Instagram why aren't they sharing the terrible pictures of the dogs being eaten alive? They should really show off their work.
14w   7 likes   Reply

**t.troveco** I hope there is a lot of splatter when Fauci dies.
14w   2 likes   Reply

**grace_loveforever1** You're fired! Yes, I just fired all of you who work for and run this organization! You're all fired! You don't work for me or my family anymore! How can anyone be so sick in the head and sick in their heart!? Truly not human! Demons!
14w   9 likes   Reply

**mollycatx2** #endanimalabuse #fuckfauci
14w   5 likes   Reply

**julesmzu** We already knew the lab was funded in part by your organization. Now you admit it and Fauci lies to Congress about it. It's time to recognize ivermectin for the successful treatment that it is.
14w   19 likes   Reply

**_marianakeller** #FauciTorturesBeagles
14w   10 likes   Reply

**bbbbbbbbbbbbbbbbbbbbbbbbbbbbkxk** PUPPY KILLERS DISGUSTING
14w   17 likes   Reply

**clasendra** Are you still killing dogs? Justice will come for you
14w   16 likes   Reply

Hide replies

**alexisliohn** @clasendra primates too-horrible tests
14w   Reply

**stephan_bowman624** #followthemoneyinsteadofthescience
14w   10 likes   Reply

**stephan_bowman624** #naturalimmunity👍
14w   1 like   Reply

**stephan_bowman624** #arrestfauci
14w   13 likes   Reply

**stephan_bowman624** #stopanimalcruelty
14w   11 likes   Reply

**notgintare** Disgusting. Not shocked - the gov gets away with anything and everything.
14w   14 likes   Reply

**doyouevenbicepbro** When I'm in charge of the NIH, things are gonna be different.
14w   11 likes   Reply

**maxniederman** Criminal organization
14w   3 likes   Reply

**maxniederman** Puppy killers
14w   27 likes   Reply

**adrake927** How dare you. You are monsters.
14w   3 likes   Reply

**jerrod0** You guys need to be held accountable!!!Defund the NIH!!!
14w   53 likes   Reply

Hide replies

**lc_bombshell** @jerrod0 👏👏👏this 100%. This department needs to be dismantled immediately.
14w   5 likes   Reply

**daynehn** PUPPY KILLERS
14w   356 likes   Reply

**the_live_oak** #FauciTorturesBeagles
14w   13 likes   Reply



__0118_  So when does fauci get arrested for creating the virus?

14w   109 likes   Reply

Hide replies

ffenl  @__0118_ and Francis Collins

14w   5 likes   Reply

_____steven_____  @__0118_ you have evidence that he created a virus? 😆 please

14w   1 like   Reply

ashley.elliott  @_____steven_____ he funded research in wuhan that did, yes. Including coronavirus research. So yeah...

14w   4 likes   Reply

_____steven_____  Ok so where is your evidence that he funded research in wuhan. If you're bringing that up, you should be able to provide a credible source for that. So yeah...

14w   1 like   Reply

ashley.elliott  @_____steven_____ A simple search for "Fauci funded wuhan lab coronavirus research" brings up many articles for you to read for yourself.

14w   3 likes   Reply

_____steven_____  @bruno.kirshner you're thirsty for attn aren't you?

14w   Reply

silvaa.jl  Só lhes desejo a falência, pelas torturas aos animais! 😡 BR

14w   8 likes   Reply

carvalho_gabriella  Bandidos!!!!!!!!!!! 🔴🔴🔴🔴🔴

14w   3 likes   Reply

juliapedrosa__  Death penalty for those responsible

14w   103 likes   Reply

juliapedrosa__  Freaks. You are humanity's sewer and failure

14w   21 likes   Reply

ihatewhiteprivilege_  How about when fauci put dogs heads in cages and had sand flies eat them alive. Go NIH!!! 🙄 anyone who could do that to a dog sick "scientist" joseph mengal was a doctor too.

14w   8 likes   Reply

juliacabeloshumanos  T o r t u r e r s

14w   38 likes   Reply

juliacabeloshumanos  M u r d e r e r s

14w   26 likes   Reply

juliacabeloshumanos  #stopanimalcruelty

14w   32 likes   Reply

juliacabeloshumanos  #animalabuser

14w   39 likes   Reply

claraigarashi  https://www.instagram.com/p/CVam6s8F87S/?utm_medium=copy_link

14w   Reply

claraigarashi  #stopanimalcruelty

14w   141 likes   Reply

aleebrumm  🔴🔴 a justiça vira!

14w   34 likes   Reply

Hide replies

silvaa.jl  @aleebrumm Sim!BR

14w   Reply

fuentes_del_fuego  #FireFauci

14w   32 likes   Reply

stars.medals  ...Fauci should be sentenced to death in the court of law.

14w   6 likes   Reply

lane_staley_  https://nationalfile.com/nih-quietly-changes-definition-of-gain-of-function-amid-fauci-wuhan-lab-scandal-

JA238

14w · 3 likes · Reply

**lane_staley_** The National Institutes of Health quietly changed the definition of "gain-of-function" amid fallout from revelations concerning Dr. Anthony Fauci's funding of dangerous coronavirus experiments at a laboratory in Wuhan, China.

14w · 11 likes · Reply

**madeline_krasno** No longer use T A X $$ to cut vocal cords of d o g s and k i l l them

14w · 330 likes · Reply

**madeline_krasno** So we are now using tax dollars to cut the vocal chords of poppies so they can't cry in pain from your experiments! Truly disgusting. @nihgov.

14w · 24 likes · Reply

— Hide replies

**meirageyser** @madeline_krasno your comment was hidden 😳

14w · 3 likes · Reply

**madeline_krasno** @meirageyser I know. It's seriously absurd.

14w · 4 likes · Reply

**alexisliohn** @madeline_krasno your comment is hidden-why? 🤬

14w · 1 like · Reply

**madeline_krasno** @alexisliohn because it contains words that @nihgov likely reports as problematic. That's why I had to try several times to make a comment that showed up.

14w · 2 likes · Reply

**alexisliohn** @madeline_krasno I see-your other posts stayed up-good work!!

14w · 1 like · Reply

**madeline_krasno** @alexisliohn took 3 or 4 tries 😆

14w · 1 like · Reply

**your_trainer_dj** Tried to remove "Gain Of Function" definition from your website because Rope Burns Fauci got caught lying under oath in a crime against humanity and soon faces his end? NIH is a dead agency, never to be listened to again.

14w · 27 likes · Reply

— Hide replies

**lc_bombshell** This is 100% a fact! They are trying to cover their tracks. The whole department needs to be dismantled. All of them need to go. We will never forget this! Fauci needs to go to prison for the rest of his life!

14w · 2 likes · Reply

**vegana_antinatalista** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos por favor!!!

14w · Reply

**nany_vargas_ballenato** corten de inmediato el financiamiento para los experimentos crueles y sin valor de Elisabeth Murray de terror en monos.

14w · 21 likes · Reply

**vincentramcharan** So you guys did fund gain of function research that caused covid 19. What a world and you won't even put this news on tv

14w · 61 likes · Reply

— Hide replies

**lc_bombshell** @vincentramcharan they denied and denied then finally admitted it. This department needs to be dismantled and Fauci needs to go to jail for lying to Congress and also get charged with treason as well as charged with crimes against humanity. If I was every other country on this planet I would REQUIRE the US to be accountable! China as well but we need to clean house. At the very least Fauci needs to go.

14w · 10 likes · Reply

**vincentramcharan** @lc_bombshell this world fucking sucks. The US is so disgusting they'll never own up to anything they'll just start another war for no reason again to cover this up. I hate being an american

14w · 3 likes · Reply

JA239



# EXHIBIT 14





**nihgov** ✓ · Follow

**nihgov** ✓ Carlena's Alzheimer's Caregiver Story — "If I had to tell anyone [on] this journey, the biggest piece is just preparing yourself emotionally to lose that person a little bit every single day. Because that's what happens. In six months, something else is different about them. And that's extremely challenging.

Make as many memories as you can. Take as many pictures. I have a lot of pictures of [my mother], but I have one video where I can hear her voice. Because remember, she stopped speaking. She would talk with her eyes. So, the last time I got a chance to see her where she was vibrant and I knew she could comprehend what I was saying was right before the pandemic. I had video of her, and I said, 'Hey, pretty lady,' and she looked at me like, 'You talking to me?' I wish I had more video of her where I could hear her voice. I do wish that."

Read the entire story and find caregiving resources at www.facebook.com/NIHAging.
.
.
.
#NationalFamilyCaregiversMonth #Caregivers #FamilyCaregiver

♡ ⬜ ✈ 🔖

Liked by **genn_palm** and **others**

NOVEMBER 12, 2021

Add a comment...                    Post



**nihgov** ✓ · Follow

**christianschild** Free the beagles 🐶
11w  3 likes  Reply

**jadeeevf** FREE THE BEAGLES!!!!!!!!!!!!
11w  2 likes  Reply

**miss_torres9** Free The Beagles you sick monsters
11w  2 likes  Reply

**elizzabet_bedoya** How could you sleep? Killers!!!
11w  1 like  Reply  •••

**abu_rblx** STUPIDS THIS IS NOT AN UNIVERSITY THIS IS A JAIL OF BEAGLES!!! 🐶🐶🐶👊
11w  1 like  Reply

**abu_rblx** FREE THE BEAGLES!!!!!! 🐶🐶🐶

♡ ⬜ ✈ 🔖

Liked by **genn_palm** and **others**

NOVEMBER 12, 2021

Add a comment...                    Post

nihgov • Follow



silver_sonuvabtch Prosecute gain of function researchers.

11w   Reply

silver_sonuvabtch Gain of function

11w   Reply

angiebmrqz #stopanimalabuse 🦧🦧

11w   2 likes   Reply

angiebmrqz #stopanimalabuse

11w   2 likes   Reply

angiebmrqz FREE THE BEAGLES 🐶

11w   1 like   Reply

angiebmrqz FREE THE BEAGLES 🐶

11w   1 like   Reply

Liked by **genn_palm** and **others**

NOVEMBER 12, 2021

Add a comment…                                    Post

# EXHIBIT 15





nihgov • Follow

nihgov • Carlena's Alzheimer's Caregiver Story — "If I had to tell anyone [on] this journey, the biggest piece is just preparing yourself emotionally to lose that person a little bit every single day. Because that's what happens. In six months, something else is different about them. And that's extremely challenging.

Make as many memories as you can. Take as many pictures. I have a lot of pictures of [my mother], but I have one video where I can hear her voice. Because remember, she stopped speaking. She would talk with her eyes. So, the last time I got a chance to see her where she was vibrant and I knew she could comprehend what I was saying was right before the pandemic. I had video of her, and I said, 'Hey, pretty lady,' and she looked at me like, 'You talking to me?' I wish I had more video of her where I could hear her voice. I do wish that."

Read the entire story and find caregiving resources at www.facebook.com/NIHAging.
.
.
.
#NationalFamilyCaregiversMonth #Caregivers #FamilyCaregiver #AlzheimersAwarenessMonth #NIH

11w

bakimliyim_com #stopanimaltesting
10w   2 likes   Reply

dilyasays End Murray's horrific primate experiments!!!
11w   Reply

giselevitoriabarbi STOOOPP 🙄😭😡😡😡😡
11w   2 likes   Reply

giselevitoriabarbi FREE BEAGLES!!!!! 😡😡😡😡😡😭😭
11w   2 likes   Reply

giselevitoriabarbi Parem de fazer maldades com os animais!!!!!!! 😡😡😡😡😡😡😭
11w   1 like   Reply

giselevitoriabarbi Assassinos! 😡😡😡😡😡
11w   Reply

giselevitoriabarbi MONSTROS!!!! 😡😡😡😡😭😭
11w   Reply

stars.medals ....NIH IS A CORRUPT CRIMINAL AGENCY..... LYING IS NOT SCIENCE .... COVID SHOTS ARE NOT SAFE OR EFFECTIVE .... SHAME ON YOU ALL MURDERERS....
11w   Reply

nbonaparte05 If the vaccines don't work, DON'T USE THEM. And those booster shots are only adding gas to a growing medical fire.
11w   Reply

christianschild Free the beagles 🐶
11w   3 likes   Reply

jadeeevf FREE THE BEAGLES!!!!!!!!!!!!
11w   2 likes   Reply

miss_torres9 Free The Beagles you sick monsters
11w   2 likes   Reply

elizzabet_bedoya How could you sleep? Killers!!!
11w   1 like   Reply

abu_rblx STUPIDS THIS IS NOT AN UNIVERSITY THIS IS A JAIL OF BEAGLES!!! 😡😡😡😤
11w   1 like   Reply

abu_rblx FREE THE BEAGLES!!!!!! 😡😡😡
11w   1 like   Reply

ghe_perez Free beagles !
11w   1 like   Reply

stephy_qs Killers!!!!!👊🏼🔥
11w   Reply

ronbaionedoda @whitecoatwaste
11w

JA245



**anggievanessa** there are about 5000 beagles locked up for cruel Fauci-Funded experiments #crueltyfree #crueldadeanimal #notestingonanimals

11w Reply

**isavb0619** Asesinos de perros

11w 1 like Reply

**rodrigorinaldini** Monsters 😡😱🚫

11w 1 like Reply

**pandakot999** Killers 👎👎👎👎

11w 1 like Reply

**pandakot999** 👎👎👎👎

11w 1 like Reply

**pandakot999** 👎👎👎👎👎

11w 2 likes Reply

**pandakot999** 👎👎👎👎👎

11w 2 likes Reply

**pandakot999** Free beagles! Killers!

11w 1 like Reply

**tamale_jackson2** Tried to search and follow the grim reaper. Instead it took me to this account? Anyone know what's going on with that?

11w Reply

**masonmay** ❤️

11w Reply

**_maryclairec_** Caregivers are the unsung heroes of medicine!

11w Reply

**physician_scientist** 🙌🙌🔥🔥👏👏👏 Thanks for the nice post

11w Reply

**sofia_toledo13** #freebeagles

11w 3 likes Reply

**silver_sonuvabtch** Prosecute gain of function researchers.

11w Reply

**silver_sonuvabtch** Gain of function

11w Reply

**angiebmrqz** #stopanimalabuse 🔥🔥

11w 2 likes Reply

**angiebmrqz** #stopanimalabuse

11w 2 likes Reply

**angiebmrqz** FREE THE BEAGLES 😟

11w 1 like Reply

**angiebmrqz** FREE THE BEAGLES 😟

11w 1 like Reply

Liked by **genn_palm** and **others**

NOVEMBER 12, 2021

Add a comment... Post

# EXHIBIT 16







nihgov • Follow

nihgov Umut Gurkan, Ph.D., a biomedical engineering professor at Case Western Reserve University, helped develop a portable diagnostic device to detect sickle cell disease in newborns. The blood test could help save lives in remote, underserved areas of the world that lack access to testing. Read his story: https://go.usa.gov/xMW42
.
.
.
#SickleCellAwarenessMonth #SickleCell #SCD #SCDFaces #science #research #NIH

19w

miloni.doshi.23 #animalabuser
18w Reply

k_romano18 Shut down primate labs!
18w Reply

Liked by koffivally and others
SEPTEMBER 17, 2021

Add a comment... Post

nihgov • Follow

drvarunteja 👏👏
19w Reply

pavel_grams #elisabethmurrayanimalabuse
19w 6 likes Reply

marc2020cc Shame on you, bunch of knuckleheads.
19w Reply

dee_psh_ika_ka_la_te #animalabuser
19w 5 likes Reply

marisolhdzlpz #stopanimalabuse #stopanimaltesting
19w Reply

srdickodanus burn in hell elizabeth #animalabuser
19w 5 likes Reply

Liked by koffivally and others
SEPTEMBER 17, 2021

Add a comment... Post

nihgov • Follow

**m.pixctures** Elisabeth Murray 🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮🤮

19w Reply

**m.pixctures** #animalabuse 🤬🤬🤬🤬🤬

19w Reply

**alam_deep_singh** Elisabeth Murray #animalabuser

19w Reply

**alam_deep_singh** Elisabeth Murray #animalabuser

19w Reply ···

**a.elizabeth.g** 🤮🤢🤢🤢🤮

19w Reply

Liked by **koffivally** and **others**

SEPTEMBER 17, 2021

Add a comment... Post

nihgov • Follow

**deviant.mockery** #animalabuse

19w 1 like Reply

**enricovena** #animalabuser

19w 2 likes Reply

**_botarate_** #animalabuse

19w 2 likes Reply ···

**_allboston** #animalabuse

19w 5 likes Reply

**susanvegan1111** #animalabuser

19w 3 likes Reply

**susanvegan1111** #animalabuser

19w 3 likes Reply

Liked by **koffivally** and **others**

SEPTEMBER 17, 2021

Add a comment... Post

# EXHIBIT 17





nihgov ✓ • Follow

nihgov ✓ Umut Gurkan, Ph.D., a biomedical engineering professor at Case Western Reserve University, helped develop a portable diagnostic device to detect sickle cell disease in newborns. The blood test could help save lives in remote, underserved areas of the world that lack access to testing. Read his story: https://go.usa.gov/xMW42
.
.
.
.
#SickleCellAwarenessMonth #SickleCell #SCD #SCDFaces #science #research #NIH

19w

miloni.doshi.23 #animalabuser
18w  Reply

k_romano18 Shut down primate labs!
18w  Reply

kbbollinger #animalabuser horrible person
19w  1 like  Reply

stars.medals .... First tell us why doctors and pharmacies are NOT allowed to give out Ivermectin to covid patients.. India's most populated area is now COVID FREE because of Ivermectin ... SHAME ON FUCKING FAUCI .... How much money does this short ugly fauci needs??
19w  Reply

farzaneh_427 Farzaneh2021.jeunesseglobal.com
19w  Reply

pieces_of_perri There needs to be a mandate for insurance companies to cover 100% of post-COVID care. I think of the March 2020 people who followed the protocol available at the time that was meant to keep us safe. However, the information was wrong and we became ill. It wasn't our fault. It angers me. The mail continues to bring bills. There are more appointments to schedule. We've paid for the errors of others with our physical and emotional health. Why must we also pay financially for errors others committed?
19w  Reply

m.pixctures Elisabeth Murray 😡😡😡😡😡😡😡😡 😡😡😡😡😡😡
19w  Reply

m.pixctures #animalabuse 🔴🔴🔴🔴🔴
19w  Reply

alam_deep_singh Elisabeth Murray #animalabuser
19w  Reply

alam_deep_singh Elisabeth Murray #animalabuser
19w  Reply

a.elizabeth.g 🤢🤢🤢🤢
19w  Reply

a.elizabeth.g GROSS
19w  Reply

a.elizabeth.g #abuser
19w  Reply

pratham_pvt1 #animalabuser
19w  Reply

pratham_pvt1 #animalabuser
19w  Reply

peppipepecita @nihgov animalabuser, discusting!
19w  Reply

peppipepecita @nihgov animalabuser, discusting!
19w  Reply

juliaeunika #animalabuser !!
19w  Reply

juliaeunika #animalabuser !!!!!
19w  Reply









[redacted]

joaquimmota #animalabuser
19w 1 like Reply

amnitd #animalabuser
19w 1 like Reply

crystaltonic 🤢🤢🤢🤢🤢🤢 Health my ssssss
19w Reply

madimafiwrites 🤢 #animalabuser
19w Reply

tejajavernik #animalabuser
19w Reply

ariel_levy6 Every like is a punch in Elizabeth's face
19w Reply

valesalinas2003 Torturadores!!!!!!!
19w Reply

ely.s2 #animalabuse 😡😡😡
19w Reply

iiemmanuell #animalabuse
19w 1 like Reply

matias86p #animalabuser
19w 1 like Reply

matias86p Paren de testear con animales!!!
19w 1 like Reply

iamartah #endanimalabuse
19w Reply

madyh.ibbard #endanimalabuse
19w Reply

_teresamartinezz_ #animalabuse
19w Reply

_teresamartinezz_ 😡😡😡😡😡😡😡😡
19w Reply

_teresamartinezz_ #animalabuser
19w Reply

tomaskugor #animalabuse
19w Reply

jody_cuberli #animalabuser
19w Reply

ardiant_2021 #animalabuser
19w 1 like Reply

grigo.vi #stopanimaltesting
19w Reply

tinamisou #animalabuser ⚠️
19w 2 likes Reply

_____aahana End this
19w 1 like Reply

deviant.mockery #animalabuse
19w 1 like Reply

enricovena #animalabuser
19w 2 likes Reply

_botarate_ #animalabuse
19w 2 likes Reply

_allboston #animalabuse
19w 5 likes Reply

susanvegan1111 #animalabuser
19w 3 likes Reply

[redacted]

susanvegan1111 #animalabuser
19w 3 likes Reply

nermina__b Keep you PhD for yourself, you capitalist
19w Reply

roya_novruzova.10 #animalabuser 😡🤬🤬🤬
19w 3 likes Reply

i_am_a_lazy_creature #animalabuser
19w 3 likes Reply

hridaytalurmusic #animalabuse
19w 4 likes Reply

victoriamacieirinha_ #animalabuse
19w 3 likes Reply

anjalisa_s #animalabuse 😡😡😡😡
19w 3 likes Reply

nad1nexlcj #animalabuse 😡😡😡😡
19w 3 likes Reply

instadariuta End this!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
19w 4 likes Reply

v.ict0ri.a #animalabuser 🖕🖕🖕🖕🖕
19w 1 like Reply

drvarunteja 👏👏
19w Reply

pavel_grams #elisabethmurrayanimalabuse
19w 6 likes Reply

marc2020cc Shame on you, bunch of knuckleheads.
19w Reply

dee_psh_ika_ka_la_te #animalabuser
19w 5 likes Reply

marisolhdzlpz #stopanimalabuse #stopanimaltesting
19w Reply

srdickodanus burn in hell elizabeth #animalabuser
19w 5 likes Reply

__swati1124__ #animalabuser
19w 4 likes Reply

whenwemet7869 #animalabuser
19w 4 likes Reply

__swati1124__ #animalabuser
19w 4 likes Reply

constancebrauns #animalabuse
19w 4 likes Reply

wennes4 #animalabuser 🤬🤬🤬🤬🤬🤬🤬🤬🤬🤬🤬
19w 4 likes Reply

wennes4 #animalabuser 🤬🤬🤬🤬🤬🤬🤬🤬🤬🤬🤬
19w 3 likes Reply

dthores1 🖕
19w 2 likes Reply

calipitchou #animalabuser
19w 4 likes Reply

soint Elisabeth murray can go and fck her self
19w 1 like Reply

highandantisocial #animalabuse
19w 2 likes Reply

deeeesh_aa Go 🤬 yourself and the company #animalabuser
19w 5 likes Reply

[redacted]

deeeesh_aa 😡😡😡
19w 11 likes Reply

itx_prenz Elizabeth Murray 👎👎👎👎👎👎👎👎👎👎👎👎
👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎👎
👎🚹🚹🚹🚹🚹🚹🚹🚹🚹🚹🗑🗑🗑 disgusting
19w 2 likes Reply

itx_prenz #animalabuser
19w 10 likes Reply

itx_prenz #animalabuser
19w 10 likes Reply

genessis72 🖕 ABUSER AND PSYCHOPATH
19w 1 like Reply

harsha.vardhan20 #animalabuser 🖕
19w 1 like Reply

janset_durgut #animalabuse
19w 7 likes Reply

sudaxina_ #animalabuser
19w 11 likes Reply

christian.delilai #animalabuser
19w 12 likes Reply

christian.delilai #animalabuser
19w 14 likes Reply

clementine_mcid_ #animalabuser
19w 6 likes Reply

youmommdotcom #animalabuser
19w 4 likes Reply

g.g.reptiles #animalabuse
19w 9 likes Reply

xjenniferkelsy 🖕🖕🖕🖕🖕🖕
19w 18 likes Reply

xjenniferkelsy 😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡
😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡😡
19w 13 likes Reply

damitorres07 #animalabuse !!!! 👎
19w 19 likes Reply

nermina__b Keep you PhD for yourself, you capitalist
19w 5 likes Reply

insteadof._ Disgusting
19w 1 like Reply

lynduuhh #animalabuser
19w 27 likes Reply

odinsaidmama #animalabuse
19w 30 likes Reply

odinsaidmama #animalabuser
19w 25 likes Reply

darla.amartinez Elisabeth Murray is a disgrace
19w 7 likes Reply

—— Hide replies

_scary_comic_ @darla.acostam notice how they hid your comment #fuckelisabethmurray
19w 3 likes Reply

miloni.doshi.23 how pathetic is Elisabeth Murray & how pathetic is your organization to encourage her
19w 42 likes Reply

realdankim He was my bioinformatics teacher!!!
19w 2 likes Reply

geen_partisan @vp I said am @nun_partisan @housedemocrats .

19w   1 like   Reply

k.n.o.r.o.n.k PLEASE HELP ME CFS SUFFERERS

19w   Reply

mrustum 🐔🐔🐔🐔

19w   2 likes   Reply

umutagurkan Thank you @nihgov for all your support and featuring our work on sickle cell disease, we couldn't have done any of this without you!

19w   3 likes   Reply

—— Hide replies

youmommdotcom @umutagurkan pls don't support them

19w   2 likes   Reply

kimgallen1 Incredible! Wonderful!

19w   1 like   Reply

drmeteinancli 🙈🐔🐔🐔 bravo

19w   Reply

Liked by koffivally and others

SEPTEMBER 17, 2021

Add a comment...                                    Post

# EXHIBIT 18

 **National Institutes of Health (NIH)** ✓
October 27, 2021 · 🌐

⋯

#RareDiseases affect about 30 million Americans, but of the approximately 7,000 rare diseases identified, only two heritable diseases currently have U.S. Food and Drug Administration-approved #GeneTherapies.

That's why #NIH, FDA, and 15 industry organizations teamed up to launch the Bespoke Gene Therapy Consortium (#BGTC). The #BGTC is part of the NIH Accelerating Medicines Partnership (#AMP). Learn more about the program, its aims and the other partners involved:



NIH.GOV
**NIH, FDA and 15 private organizations join forces to increase effective gene therapies for rare diseases**

👍😠 117                          90 Comments  28 Shares

👍 Like            💬 Comment            ↪ Share



**Carol Whaley**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves , and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w                              3

**Holly Hall**
I am rapidly losing my admiration for Dr, Fauci for having dogs paralyzed and then slowly eaten by sand fleas! THIS IS DISGUSTING AND HORRIBLE AND SHOULD NEVER BE ALLOWED! This shows NO GOOD INFORMATION!

Like   Reply   13w                              1

**Laetitia Dupont**
Beagle heads in cages so flies can bite. This is crazy. Stop now!!!

Like   Reply   13w                              1

**Cris Craveiro**
Shame on you! What are you trying to save when innocent baby lives are being so cruelly used? At what cost? They shouldn't cut their vocal cords, they should be forced to hear their screams!

Like   Reply   13w                              2



**Yvonne Perry**
Vile and disgusting allowing puppies heads to be eaten by sand flies what on earth is this going to prove anyone involved in this should hang their heads in shame or have the same done to them !!!

Like   Reply   13w



**Mariana Varejão**
There is no pride in accomplishing something at the expense of the lives and suffering of the innocent. You stuck YOUR heads in the flies, and then we will clap you.

Like   Reply   13w                                     1

**Ugo T. Werneck Vianna**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves , and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w



**Christian Boyer**
Absolutely disgusted with you. Feeding puppies to hungry sand flies? It's a shameful and ineffective practice. Unbelievable the ways humans can lower themselves , and the people who are actually doing it should be ashamed of themselves. Idea, lets try it on you instead.

Like   Reply   13w

 **Sylvia Guanlao**
The cure for the common colds is still not found. When the real causes can be found eventually the cure can be designed. Synergy of the living things including humans was altered. We were created to steward and not changed things created.. let it grow and die naturally.

Like    Reply    14w                                     1

 **Theresa Sweeny**
Love the word bespoke.

Like    Reply    14w

 **Gail Christiansen**
FIRE FAUCI! Close down the NIH! You are all nothing but monsters.                                                        ...

Like    Reply    14w                                     13

 **Karolane Figeys**
No, but seriously, would you like your children to be seen and sold as mere objects of laboratory experiments? LIVES that are needlessly taken away just for your experiences that we can clearly do without these atrocities. You deserve a fate in prison. You donate money to create unnecessary suffering, you are part of the murders, you are THE very conspirator.

Like    Reply    12w



**Linda Yotes Birrell**

Like   Reply   14w

**Ashley Patterson**
Beagle torturers! 👍 7

Like   Reply   14w

**Joan McDermott**
Beagle Lives Matter. 👍 6

Like   Reply   14w

**James Michael Sigler**
Get the Wuhan Lab to help. They're reputable...😒😒

Like   Reply   14w

Like   Reply   14w

**Eugenie VioletVelvet**
Ваши бесчеловечные опыты над животными антинаучны и омерзительны. Вы не учёные, а живодёры.

Like   Reply   See Translation   13w

**Rolf Rüdiger**
National Institute of Hell leave puppies alone you mf!!!!

# EXHIBIT 19

Available at https://www.nih.gov/news-events/social-media-outreach/nih-comment-guidelines.

# NIH Comment Guidelines

You are encouraged to share your thoughts and ideas any other website owned or administered by the National Institutes of Health (NIH) where commenting is supported. However, NIH blogs are not intended to serve as public forums. The views expressed in the Comments section reflect those of the individual(s) who authored the comment(s) and may not reflect those of NIH or the U.S. Department of Health and Human Services.

Due to the fact that NIH utilizes moderated blogs, comments submitted for consideration are not immediately visible. All comments are reviewed before they can be posted to ensure compliance with these guidelines. Be advised that NIH does not plan to respond to individual comments or questions on a routine basis.

The information below is designed to encourage respectful and constructive dialogue. Comments that include the following are prohibited:

- Vulgar, obscene, profane, threatening, or abusive language; personal attacks of any kind
- Discriminatory language (including hate speech) based on race, national origin, age, gender, sexual orientation, religion, or disability
- Endorsements of commercial products, services, organizations, or other entities
- Repetitive posts (for example, if you submit the same idea multiple times)
- Spam or undecipherable language (gratuitous links will be viewed as spam)
- Copyright infringement
- Links to external sites
- Images or videos
- Solicitation of funds
- Procurement-sensitive information related to any current/future NIH acquisition
- Surveys, polls, and questionnaires subject to the Office of Management and Budget Paperwork Reduction Act clearance
- Personally Identifiable Information (PII) or Sensitive Information (SI)
- Off-topic posts
- Reporters' questions — all media inquiries must be directed to the NIH Office of Communications and Public Liaison(link sends e-mail)

We ask that your comments be respectful and relevant to the specific topic. We welcome your comments at any time. However, given the need to responsibly manage federal resources, the reviewing and posting of comments will occur Monday through Friday during regular business hours.

In submitting your comments to an NIH website, you irrevocably grant NIH permission to copy, distribute, make derivatives, display, or perform your work publicly and free-of-charge.

Reporters are asked to send questions to the NIH media office through their normal channels and to refrain from submitting questions here as comments. Media inquiries will not be posted or answered.

Thank you for taking the time to review our comment policy. We encourage your participation in our discussion and look forward to hearing from you.