# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** People for the Ethical Treatment of Animals

**v.** Lawrence Tabak, et al,

**Case No:** 23-5110

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Electronic Frontier Foundation
- Foundation for Individual Rights and Expression

### Counsel Information

**Lead Counsel:** Sophia Cope
**Direct Phone:** (415) 436-9333 **Fax:** (415) 436-9993 **Email:** sophia@eff.org

**2nd Counsel:** David Greene
**Direct Phone:** (415) 436-9333 **Fax:** (415) 436-9993 **Email:** davidg@eff.org

**3rd Counsel:**
**Direct Phone:** ( ) - **Fax:** ( ) - **Email:**

**Firm Name:** Electronic Frontier Foundation
**Firm Address:** 815 Eddy Street, San Francisco, CA 94109
**Firm Phone:** (415) 436-9333 **Fax:** (415) 436-9993 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save] [Reset Form] [Print Form]