# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5110**                              **September Term, 2023**

**1:21-cv-02380-BAH**

**Filed On: October 2, 2023 [2020042]**

People for the Ethical Treatment of
Animals, et al.,

        Appellants

    v.

Lawrence A. Tabak, in his official capacity
as Acting Director of the National Institutes
of Health and Xavier Becerra, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services,

        Appellees

## O R D E R

Upon consideration of appellees' consent motion for a 30-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | November 9, 2023 |
| Appellants' Reply Brief | December 13, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk