# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5110**                    **September Term, 2023**

**1:21-cv-02380-BAH**

**Filed On: January 12, 2024** [2035549]

People for the Ethical Treatment of
Animals, et al.,

        Appellants

    v.

Lawrence A. Tabak, in his official capacity
as Acting Director of the National Institutes
of Health and Xavier Becerra, in his official
capacity as Secretary of the U.S.
Department of Health and Human Services,

        Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that this case be returned to the court's active docket. It is

**FURTHER ORDERED** that the parties file motions to govern future proceedings by February 12, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Laura M. Morgan
     Deputy Clerk